**A·S·K FINANCIAL LLP**
Joseph L. Steinfeld, Jr., Esq.
(*Admitted Pro Hac Vice*)
John T. Siegler, Esq.
Karen M. Scheibe, , Esq.
(*Admitted Pro Hac Vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
**Telephone:** (651) 406-9665 ext. 845 **Fax:** (651) 406-9676
**e-mail**: kscheibe@askfinancial.com

Edward E. Neiger, Esq.
111 John Street, Suite 800
New York, New York 10038
**Telephone:** (212) 267-7342 **Fax:** (212) 918-3427
**e-mail**: eneiger@askfinancial.com

Attorneys For Plaintiff, Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Quebecor World (USA), Inc., et al.[1],<br><br>               Debtors. | Bk. No. 08-10152-JMP<br>(Jointly Administered)<br><br>Chapter 11<br><br>Honorable James M. Peck |
| Eugene I. Davis, as Litigation Trustee for the Quebecor World Litigation Trust,<br><br>               Plaintiff,<br><br>vs.<br><br>Listed on Exhibit "A",<br><br>               Defendants. | |

## CERTIFICATE OF SERVICE

I, Laurie Porten, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS BROUGHT BY EUGENE I.**

---

[1] The Debtors are the following entities: Quebecor World (USA) Inc., Quebecor Printing Holding Company, Quebecor World Capital Corporation, Quebecor World Capital II GP, Quebecor World Capital II LLC, WCZ, LLC, Quebecor World Lease GP, Quebecor World Lease LLC, QW Memphis Corp., The Webb Company, Quebecor World Printing (USA) Corp., Quebecor World Loveland Inc., Quebecor World Systems Inc., Quebecor World San Jose Inc., Quebecor World Buffalo Inc., Quebecor World Johnson & Hardin Co., Quebecor World Northeast Graphics Inc., Quebecor World UP Graphics Inc., Quebecor World Great Western Publishing Inc., Quebecor World DB Acquisition Corp., WCP-D, INC., Quebecor World Taconic Holdings Inc., Quebecor World Retail Printing Corporation, Quebecor World Arcata Corp., Quebecor World Nevada Inc., Quebecor World Atglen Inc., Quebecor World Krueger Acquisition Corp., Quebecor World Book Services LLC, Quebecor World Dubuque Inc., Quebecor World Pendell Inc., Quebecor World Fairfield Inc., QW New York Corp., Quebecor World Dallas II Inc., Quebecor World Nevada II LLC, Quebecor World Dallas, L.P., Quebecor World Mt. Morris II LLC, Quebecor World Petty Printing Inc., Quebecor World Hazleton Inc., Quebecor World Olive Branch Inc., Quebecor World Dittler Brothers Inc., Quebecor World Atlanta II LLC, Quebecor World RAI Inc., Quebecor World KRI Inc., Quebecor World Century Graphics Corporation, Quebecor World Waukee Inc., Quebecor World Logistics Inc., Quebecor World Mid-South Press Corporation, Quebecor Printing Aviation Inc., Quebecor World Eusey Press Inc., Quebecor World Infiniti Graphics Inc., Quebecor World Magna Graphic Inc., Quebecor World Lincoln Inc, and Quebecor World Memphis LLC.

**DAVIS, AS LITIGATION TRUSTEE FOR THE QUEBECOR WORLD LITIGATION TRUST, PURSUANT TO SECTIONS 502, 547, 548, 549 AND 550 OF THE BANKRUPTCY CODE AND EXTENDING THE 120-DAY TIME LIMIT FOR SERVICE OF THE SUMMONSES AND COMPLAINTS AND OPPORTUNITY FOR HEARING** was made on June 8, 2010 by Mail Service, first class, postage fully pre-paid to the persons on the attached service list.

June 8, 2010

_/s/ Laurie N. Porten_ .
Laurie N. Porten
ASK Financial LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121

# Exhibit "A"

| Defendant | Adversary Number |
|---|---|
| AB Trucking | 10-02319 |
| Advance Business Capital LLC | 10-02654 |
| Allegis Group, Inc. dba Aerotek Commercial Staffing | 10-02657 |
| Luis A. Rodriguez dba All Transport aka Alll Transport | 10-02628 |
| Amsan, LLC fdba Eve Incorporated | 10-02730 |
| Colorscope dba Andrew Cha International, Inc. | 10-02656 |
| AT& T Inc. | 10-02659 |
| Athens Paper Company, Inc. | 10-02725 |
| Cavert Wire Company, Inc. | 10-02630 |
| Central Lewmar LLC dba Strategic Paper Group | 10-01323 |
| Colter & Peterson, Inc. | 10-02631 |
| DHL Express (USA), Inc. and DHL Express Ltd. | 10-02731 |
| Express Personnel Services Inc. | 10-02273 |
| Federal Express Corporation | 10-02727 |
| General Electric Capital Corporation | 10-02636 |
| Gould Paper Corporation fdba Town Paper Corporation | 10-01335 |
| International Paper Company dba Xpedx | 10-01307 |
| Labor Ready, Inc. | 10-02733 |
| C. O. Minot & Son Industrial | 10-02664 |
| Nationwide Magazine & Book Distributors, Inc. | 10-02666 |
| Ovalstrapping, Incorporated | 10-02661 |
| Legacy PMI, Inc. fka Packaging Machines International, Inc. | 10-02749 |
| Pacific Material Handling Solutions, Inc. dba Yale-Pacific Material Handling | 10-02754 |
| Performance Transportation Corp. | 10-02638 |
| Robert Half International Inc. dba Creative Group | 10-01041 |
| The Sanders Truck Transportation Company, Incorporated | 10-02642 |
| SOS Services, LLC dba SOS Services | 10-01676 |
| Tembec USA LLC | 10-01368 |
| Tri-State Armature & Electrical Works Inc. dba Tri-State Electric of Jonesboro | 10-02734 |
| Unisource Worldwide, Inc. dba Unisource Corporation | 10-02667 |
| Wesco Distribution, Inc. dba Englewood Electrical Supply | 10-02735 |
| 4B Elevator Components Limited dba 4B Components Ltd. dba 4B Braime Elevator Components Ltd. | 10-01796 |
| A&L Janitorial Services dba A&L Services | 10-01376 |
| A & L Logistics, Inc. | 10-01403 |
| A2N, Inc. dba A2N Equipment Repair Inc. | 10-01000 |
| The Aaron Group dba Aaron Direct | 10-01308 |
| ABB Inc. | 10-02279 |
| A B C Building Maintenance, Inc. | 10-01101 |
| ABC Temp Service Inc. | 10-01798 |
| Abraham Technical Services Inc. dba AbeTech dba AbeTech Bar Code Solutions | 10-01228 |
| ABF Freight System, Inc. | 10-02280 |
| Acadia Group, Inc. dba Acadia Group LLC | 10-01104 |

| | |
|---|---|
| Precious Metals Recycling dba Accurate Recovery Systems | 10-01407 |
| Accuprepress, Inc. | 10-01377 |
| Ace World Wide Air Freight Co., Inc. | 10-02286 |
| Acme Graphic Arts Finishing, Inc. | 10-02123 |
| Randstad Professionals US, LP fka Acsys Inc. | 10-02258 |
| Active Health Management, Inc. | 10-01800 |
| Actega Kelstar, Inc. | 10-01230 |
| Tej Bandhu Group dba Adaan Business Solutions Pvt. Ltd. | 10-02240 |
| ADI Logistics | 10-01466 |
| Adrian Trucking, Inc. | 10-01470 |
| ADT Security Systems, Inc. | 10-02124 |
| A. Duie Pyle, Inc. | 10-01378 |
| Advance Chemical and Paper Company, Inc. dba Advance Chemical Company | 10-02260 |
| Advanced Industrial Services, Inc. | 10-01002 |
| Advanced Resources LLC | 10-02126 |
| Advantage-Vendco Trucking dba Advantage Corp. | 10-01108 |
| Advantage Corp. | 10-02669 |
| Advantage Book Binding, Inc. | 10-01232 |
| Advanced Web | 10-01411 |
| Advance Electric Co. Inc. | 10-01767 |
| AEC, Inc. | 10-02241 |
| Affiliated Customs Brokers USA, Inc. | 10-01776 |
| Affordable Office Interiors, Inc. | 10-01481 |
| Ahead Human Resources Franchise Corp. | 10-01007 |
| Ahold Financial Services, LLC | 10-01416 |
| AIM Applied International Motion & Applied International Motion LLC dba AIM Applied International Motion, Inc. | 10-02282 |
| Airgas Safety, Inc. | 10-01234 |
| Air Stamping, Inc. | 10-01003 |
| Air Draulics Engineering Co. | 10-02263 |
| Air-OHeat & Air Conditioning, Inc. | 10-02243 |
| Air Flo dba Air Flow Spray Equipment Co. | 10-01781 |
| Air Mac, Inc. | 10-01114 |
| Air Systems, LLC dba Air Systems, Inc. | 10-01379 |
| Air Systems Design, Inc. | 10-02663 |
| AIS Graphic Services, Inc. | 10-01004 |
| A.J. Adhesives, Inc. | 10-01484 |
| A.J. Transportation, Inc. | 10-02244 |
| Alan's Industrial Waste Service, Inc. | 10-02246 |
| Allied Hose & Belting Co., Inc. and Allied Rubber & Gasket, Inc. | 10-01498 |
| E. Roberts Alley & Associates, Inc. dba Alley & Associates, Inc. | 10-01380 |
| Alliance Shippers, Inc. | 10-01117 |
| All Freight Delivery Service, Inc. | 10-02248 |
| Allstates Transportation Company | 10-02129 |
| All-Ways Trucking OT, LLC | 10-02294 |
| All Points Packaging and Distribution, Inc. | 10-01009 |
| All Modes Transport, Inc. | 10-02265 |
| All Direct Mail Services, Inc. | 10-02250 |
| All Star Personnel, Inc. | 10-01803 |
| Amalgamated International LTD dba Amalganated International LTD dba Amalgamated International LTD | 10-01501 |
| American Airlines, Inc. | 10-02295 |

| | |
|---|---|
| American Roller Company, LLC | 10-02024 |
| American River Packaging, Inc. aka American River PackageOne | 10-01806 |
| Amerigas Propane, L.P. | 10-02131 |
| America Direct, Inc. | 10-02297 |
| American Packaging Distributors Corp. | 10-01523 |
| Ameritemps | 10-02270 |
| A.M. Express, Inc. | 10-02253 |
| American Central Transport, Inc. | 10-01011 |
| American Freight Factors | 10-02254 |
| Team Ten LLC dba American Eagle Paper Corp. | 10-01309 |
| Appalachian Machine, Incorporated dba American Marketing Sales Company | 10-01808 |
| A.M. Transport Services, Inc. | 10-01118 |
| Anchor Computer, Inc. | 10-01421 |
| Anderson Material Handling Co. | 10-01423 |
| Apex Capital LP fka Apex Capital Corp. | 10-01311 |
| API Foils Inc. | 10-01121 |
| Apollo Security, Inc. | 10-01525 |
| Apollo Couriers, Inc. | 10-01811 |
| Applied Industrial Technologies, Inc. | 10-01013 |
| Howroyd-Wright Employment Agency, Inc. dba Apple One Employment Services | 10-02272 |
| Apple Inc. fka Apple Computer, Inc. | 10-02255 |
| Aramark Uniform & Career Apparel, LLC dba Aramark Uniform Services | 10-01240 |
| Argyle Transport Services | 10-02132 |
| Arico Engineering, Inc. | 10-01382 |
| Ariba, Inc. | 10-01426 |
| Armstrong Transportation & Trailers, LLC | 10-02133 |
| Art Tape and Label Corporation | 10-01383 |
| Air Service and Parts Sales Inc. dba ASAP Service and Parts | 10-02134 |
| Ashland Inc. dba Ashland Chemical Co. | 10-01242 |
| ASL Distribution Services Ltd. | 10-01795 |
| Associated Steam Specialty Company | 10-02259 |
| Assist Financial Services, Inc. | 10-02135 |
| Marubeni America Corporation fdba Integrated Resources Holdings, Inc. fdba A.T. Clayton & Co., Inc. | 10-01313 |
| Atlas Machine and Supply, Inc. | 10-01810 |
| Anderson Trucking Service, Inc. dba ATS, Inc. | 10-02027 |
| Austrian Machine Corp. | 10-01387 |
| Auscor Transportation dba Auslander Corp./Auscor Trans. | 10-02758 |
| The Avogadro Group, LLC | 10-01528 |
| B & K Electric Wholesale | 10-02278 |
| B&S Trucking of Jackson, LLC | 10-02304 |
| Bah Express, Inc. | 10-01244 |
| East Chicago Machine Tool Corporation dba Balemaster | 10-01124 |
| Balley Transportation Corp. | 10-01389 |
| BNBS, Inc. dba Bank and Business Solutions | 10-02321 |
| Barton Solvents, Inc. | 10-02292 |
| Barnes Group Inc. dba Barnes Distribution | 10-01021 |
| Barron Equipment Company, Inc. | 10-02262 |
| Barcom, Inc. | 10-02323 |
| Barcoding, Inc. dba Barcoding.com Inc. | 10-01247 |

| | |
|---|---|
| Barrett Industries, Inc. dba Barrett Machine, Inc. | 10-01391 |
| Barlow Transportation Services, Inc. | 10-01010 |
| Tel-Comm Incorporated Barrett Graphic Services | 10-02137 |
| Baron's Express, Inc. | 10-01825 |
| Barnes Machine Shop, LLC | 10-01429 |
| Bay State Bindery, Inc. | 10-02296 |
| Toron, Inc. dba BC Lucas Binders | 10-02264 |
| B D Transportation, Inc. | 10-02138 |
| Bearings Manufacturing Co. | 10-02266 |
| Bearing Distributors, Inc. | 10-02324 |
| Beasley Enterprises | 10-01829 |
| Beaver's Excavating, Inc. | 10-02298 |
| Bell liquefied Gas, Inc. | 10-01835 |
| Bemer Petroleum Corp. aka Bemer's | 10-02267 |
| Bennett Metal Products, Inc. | 10-01128 |
| Berg Grain & Produce, Inc. dba Berg Grain & Produce - Fargo | 10-01432 |
| Best Paper Company | 10-01249 |
| Best-Wade Petroleum, Inc. | 10-01014 |
| Bestway Systems, Inc. | 10-02299 |
| Bett-A-Way Traffic Systems Inc. dba Bett-A-Way Beverage Distributing, Inc. | 10-02139 |
| B.G.R., Inc. | 10-01026 |
| B G Transport | 10-02029 |
| Big Box Logistics LLC | 10-01015 |
| Binderyonics, Inc. | 10-01532 |
| Bind-Rite Services, Inc. | 10-01130 |
| Bindtech, Inc. | 10-01535 |
| Bindery 1, Inc. | 10-01028 |
| Binding Edge, Inc. | 10-02301 |
| Binswanger Corporate Services, Inc. dba Binswanger | 10-01250 |
| Bindtech Products, Inc. | 10-02274 |
| Beverage Industry Recycling Program of Logan County, Inc. dba BIRP of Logan County, Inc. | 10-01135 |
| Bison Transport | 10-01816 |
| BK Finance Group, Inc. dba BK Finance Group | 10-01030 |
| Blanchard Systems Inc. | 10-01252 |
| Blackjack Express, Inc. | 10-01821 |
| Blackhawk Transport, Inc. | 10-02277 |
| Blackhawk Logistics, LLC | 10-01139 |
| Blackwater Logistics, Inc. | 10-01394 |
| Bluff City Distributing Company, Inc. dba Bluff City Electronics | 10-02326 |
| Loudon Street Electric Service, Inc. dba Blue Ridge Electric Services | 10-01434 |
| Blue Chip Mailing Services, Inc. | 10-01396 |
| Blue Tick Express Inc. | 10-01843 |
| Blue Water Consolidators, Inc. | 10-01032 |
| Blue Collar Logistics, Inc. | 10-01254 |
| BNSF Railway Company and Jones Lang LaSalle Global Services - RR, Inc. fka Staubach Global Services - RR, Inc. | 10-02281 |
| Bonded Carriers, Inc. | 10-01017 |
| Bonus Transportation, Inc. | 10-01143 |
| Rudy Bonzi, Inc. | 10-01846 |
| The Newark Group, Inc. dba Book Covers, Inc. | 10-01256 |

| | |
|---|---|
| Bowling Green Rubber & Gasket Company, LLC dba Bowling Green Rubber & Gasket | 10-01538 |
| Bow Finishing Company, Inc. | 10-02140 |
| Branham Corporation | 10-02283 |
| Bragg Mechanical Service | 10-02329 |
| Brisco Graphics LLC | 10-01034 |
| Brown Printing Company East aka Brown Printing Co. | 10-01020 |
| Brown Transmission and Bearing Company | 10-02287 |
| Brodie System, Inc. | 10-01146 |
| Brock, LLC | 10-01540 |
| Brothers Trucking LLC | 10-01852 |
| Brokerage and Transportation Sales, Inc. | 10-01831 |
| Brown Rudnick Berlack Israels LLP | 10-01036 |
| Brymag Transport Inc. and Jebco International | 10-02031 |
| BSP Warehousing and Distribution, Inc. | 10-02141 |
| Buckler Transport, Inc. | 10-01440 |
| Buchanan Hauling & Rigging, Inc. | 10-02303 |
| Bulkley Dunton Publishing | 10-02307 |
| Bulldog Freightway, Inc. dba Bulldog Trucking LLC | 10-01038 |
| Burgess Industries, Inc. | 10-01258 |
| Bush Motor Express, Inc. | 10-01024 |
| Butler Automatic Inc. | 10-02142 |
| Butler Color Press, Inc. | 10-01039 |
| Bureau of Worker's Compensation State Insurance Fund dba BWC State Insurance Fund | 10-01442 |
| C&C Lift Truck, Inc. | 10-01543 |
| C & D Trucking Company | 10-02755 |
| C & J Graphics, Inc. dba C & J Graphics of the Carolinas, Inc. | 10-01446 |
| C&W Pressroom Products Unlimited | 10-02032 |
| C&W Machine | 10-02331 |
| CAD Transportation, Inc. | 10-01025 |
| Calhoun Distribution, Inc. | 10-01546 |
| Callahan Packaging & Fulfillment dba Callahan Packaging & Fulfillment Co., Inc. | 10-01417 |
| Ernest Packaging and Nevada Packaging, Inc. | 10-01550 |
| California Trucking Inc. | 10-01040 |
| Campbell Motor Lines, Inc. | 10-01260 |
| Cameo Employment Services, Inc. dba Cameo Employment Services | 10-01555 |
| Candar Technologies | 10-02333 |
| Capital Partners Financial Corp. dba Freight Capital | 10-01833 |
| Carlton-Bates Company | 10-01863 |
| Carbigraphic Products Corporation dba Carpigraphic Products | 10-01448 |
| Care Petroleum Inc. | 10-02328 |
| Cariweb Products, Inc. | 10-01450 |
| Caraustar Mill Group, Inc. | 10-01315 |
| Cargo Transportation Services, Inc. dba Cargo Transportation Services | 10-01424 |
| Cartage Plus | 10-01453 |
| Carlile Transportation Systems, Inc. | 10-01458 |
| Carson Trucking, Inc. | 10-01836 |
| Cargo Network Services Corporation | 10-01461 |
| Case Paper Co., Inc. | 10-01262 |
| Catalyst Paper (USA) Inc. | 10-01317 |
| C.C. Jones Produce Trucking, Inc. | 10-02144 |

| | |
|---|---|
| CCL Label, Inc. | 10-01043 |
| CCP Industries, Inc. | 10-01464 |
| CC Trucking, Inc. | 10-01557 |
| CD Consortium Corporation | 10-01263 |
| Cellmark Paper, Inc. | 10-01321 |
| Celtic Express, Inc. | 10-02145 |
| Centimark Corporation | 10-01029 |
| Centennial Bindery, LLC | 10-02146 |
| Center for Hearing Health, Inc. | 10-01468 |
| Central Warehouse Company | 10-01471 |
| Century Intermodal Corporation | 10-01046 |
| Century Finance, LLC dba Century Finance | 10-02293 |
| CGS Publishing Technologies International LLC | 10-01472 |
| Chapel Hill Mfg. Co. | 10-01431 |
| A.F. Chapman Corporation dba Chapman Corporation | 10-01478 |
| Chambersburg Machine Company, Inc. | 10-01435 |
| Chevron Corporation dba Chevron | 10-01559 |
| Chema Technology, Inc. | 10-01048 |
| Chipper Express, Inc. | 10-01483 |
| Chowchilla Precision Machine, Inc. dba Chowchilla Precision Machine | 10-01488 |
| C.H. Robinson Worldwide, Inc. and C.H. Robinson Company | 10-01326 |
| Christenson Transportation, Inc. | 10-01033 |
| Cintas Corporation | 10-01150 |
| Circle J Enterprises | 10-01566 |
| Cisco Systems, Inc. | 10-01880 |
| CJL Logistics, Inc. | 10-02245 |
| Clark Worldwide Transportation, Inc. | 10-02336 |
| Clayton Machine & Repair, Inc. | 10-01839 |
| Clarklift-West, Inc. dba Clarklift Teampower | 10-01568 |
| Clack Transportation, Inc. dba Clack Transportation | 10-01841 |
| Clark Container, Incorporated | 10-02148 |
| Classroomdirect.com, LLC | 10-02553 |
| The Clean Uniform Company fdba Clean Uniform Services, Inc. | 10-01844 |
| Clean Rentals, Inc. | 10-02306 |
| Clean Management, Inc. | 10-02560 |
| Cleaners of America Corp. dba Cleaners of America | 10-01493 |
| Jochero, Inc. dba Cleaning Detail | 10-01569 |
| Cleannet U.S.A., Inc. | 10-02738 |
| Clipper Exxpress Company dba Clipper Group | 10-02337 |
| Clifford/Paper Inc. | 10-01328 |
| Clough Trucking Co | 10-01447 |
| Clock Freight, Inc. | 10-02341 |
| CMYK/Print 911, Inc. dba CMYK/Print 911 | 10-01496 |
| Canadian National Railway Company dba CN Rail | 10-01888 |
| Cobra Logistics, Inc. | 10-02149 |
| Cole Pallet Company, LLC dba Cole Pallet Company | 10-01452 |
| Collins Ink Corporation | 10-02571 |
| Cold Country Express, Inc. | 10-02308 |
| Colfax Envelope Corporation | 10-02342 |
| Colonial Iron Shop, Inc. | 10-02576 |
| Compliance Management International, Inc. | 10-02150 |
| Compair Ohio | 10-02151 |
| Compressors & Tools, Inc. | 10-02577 |

| | |
|---|---|
| Commercial Factors of Atlanta, Inc. | 10-01850 |
| Comdata Network, Inc. | 10-01265 |
| Commodore Express, Inc. | 10-01853 |
| Com-Pak Services, Inc. | 10-02310 |
| Compressed Air Management, Incorporated | 10-01889 |
| Comcap, LLC fka Commercial Capital Lending, LLC | 10-01855 |
| Commerce Warehousing, LLC | 10-02152 |
| Concentric Sourcing | 10-01890 |
| Cone Solvents, Inc. | 10-01459 |
| Wesco Distribution, Inc. dba Control Corporation of America aka Control Corp. of America Div. of Wesco Distribution | 10-02311 |
| Control System Laboratories | 10-02347 |
| Continental Press, Inc. dba Continental Press | 10-01503 |
| Concorde Refrigerated, Inc. | 10-01462 |
| Connelly Land Surveying | 10-02578 |
| Concept Financial Group, Incorporated | 10-02033 |
| Conard Transportation, Inc. | 10-02312 |
| Conley & Company, Inc. | 10-01152 |
| Consolidated Graphics, Inc. dba Consolidated Printing Solutions | 10-01891 |
| Corporate Express Office Products, Inc. dba Corporate Express | 10-02579 |
| Corporate Concepts, Inc. | 10-01268 |
| Corporate Billing, LLC fdba Corporate Billing, Inc. | 10-01037 |
| Coral Graphic Services, Inc. | 10-01155 |
| Cornerstone Staffing Solutions, Inc. | 10-01051 |
| Courier Systems, Inc. | 10-02348 |
| Pacific Commercial Services LLC dba Coverall of Dallas aka Coverall Dallas | 10-02034 |
| Cowan Systems, LLC dba Cowan Systems, Inc. | 10-02313 |
| Coxco, Inc. dba Coxco | 10-01465 |
| Crawford Trucking, Inc. | 10-02314 |
| Creative Mailing Services | 10-02350 |
| Creative Packaging, Inc. | 10-02315 |
| Cressler Trucking, Inc. | 10-01507 |
| Creative Marketing Concepts, Inc. | 10-01473 |
| Crest Graphics, Inc. | 10-01576 |
| Cross Country Machine Repair | 10-01479 |
| Crown Roll Leaf, Inc. | 10-01858 |
| Crown Beverages, Inc. | 10-02153 |
| CRST Van Expedited, Inc. dba CRST Inc. | 10-01157 |
| CSX Transportation, Inc. | 10-01055 |
| CTA Construction Co., Inc. dba CTA Services | 10-01476 |
| CX Press Trucking, Inc. dba CXPress Trucking, Inc. | 10-02156 |
| D & D Overhead Door Service, Inc. dba D&D Overhead Door Service | 10-01579 |
| D & G Trucking | 10-01161 |
| D&G Delivery, Inc. | 10-01510 |
| D & L and Sons Transportation, Inc. dba D&L and Sons Transportation | 10-01511 |
| D & N Delivery Corporation dba D&N Delivery | 10-01512 |
| Dakota Carriers, Inc. | 10-02353 |
| Dallas, Garland & Northeastern Railroad, Inc. | 10-02035 |
| Dan Rich Enterprise, Inc. dba Dan Rich Logistics | 10-01042 |
| Daniel B. Hastings, Inc. | 10-01582 |
| Dango Express, Inc. | 10-01482 |
| Darby Electric Co., Inc. | 10-01583 |

| | |
|---|---|
| Davis Advertising Incorporated | 10-02580 |
| Decker Transport Co., Inc. | 10-01164 |
| Dedicated Distribution Services, Inc. | 10-01896 |
| Defender Services, Inc. | 10-02665 |
| Dehesa Distribution, Inc. | 10-01860 |
| Dell Inc. fka Dell Computer Corporation | 10-02157 |
| Deltacraft Paper Company, L.L.C. dba Deltacraft Paper & Converting | 10-01056 |
| Dempsey Uniform & Linen Supply, Inc. | 10-01862 |
| Dennison Lubricants, Inc. | 10-01585 |
| Dependable Highway Express, Inc. | 10-01864 |
| Detail Distribution, Inc. | 10-01897 |
| Devine Industries LLC | 10-01587 |
| Astar Air Cargo, Inc. dba DHL Airways, Inc. and DHL Express (USA), Inc. | 10-01270 |
| DHX-Dependable Hawaiian Express, Inc. | 10-01044 |
| Diamond Chemical Co., Inc. | 10-01900 |
| Diesel Direct, Inc. | 10-02159 |
| Digital Imaging Solutions, Inc. | 10-01167 |
| Jodi Reeves dba Digital Textbox | 10-02649 |
| Pro Staff Personnel Services dba Dobbs Temporary Services, Inc. dba Digital People | 10-01060 |
| Digital Light Source, Inc. | 10-01514 |
| Direct Service Transport, Inc. | 10-01272 |
| Direct Transport, Ltd. | 10-01169 |
| Direct Air Service, Inc. | 10-01515 |
| Direct Expediting LLC | 10-02354 |
| Diversco, Inc. | 10-01061 |
| Dixon Machine Co., Inc. | 10-02355 |
| DL's Die Cutting, Inc. | 10-01868 |
| DMB, LLC | 10-01517 |
| DM Hockey Holdings LLC | 10-02338 |
| Doghouse Computers, Inc. dba Doghouse Computers | 10-01518 |
| Domino Amjet, Inc. | 10-01047 |
| Don Fuller Trucking, Inc. | 10-02340 |
| Specialty Footwear Group, Inc. fka Dorsey Safety Products Company dba Dorsey Safety Shoes Inc. | 10-02356 |
| Dougherty Equipment Company, Inc. dba Dougherty Equipment Company | 10-01492 |
| Double R Transport, Inc. | 10-01721 |
| Doug Andrus Distributing LLC | 10-01064 |
| Dubois Chemicals, Inc. | 10-02583 |
| Duckerings Transport Ltd. | 10-01869 |
| Dunkel Bros. Machinery Moving, Inc. | 10-02584 |
| Duplainville Transport, Inc. | 10-01495 |
| Dust Busters Plus, Inc. | 10-01730 |
| DYC Supply Company | 10-01273 |
| Dyer Distributing, L.P. dba Dyer Distributing & Warehousing dba Dyer Distributing | 10-01500 |
| Dynaric Inc. | 10-01049 |
| E & J Leasing, Inc. | 10-02359 |
| E & M Bindery, Inc. | 10-01172 |
| Eagle Capital Corporation | 10-01066 |
| Eagle Systems, Inc. | 10-02037 |

| | |
|---|---|
| Eagle Transportation, LLC dba Pettey Leach Trucking | 10-01870 |
| EAM-Mosca Corp. | 10-02160 |
| Earl L. Henderson Trucking Company and Commerce Bank, N.A., a subsidiary of Commerce Bancshares, Inc. | 10-02383 |
| Eastman Kodak Company | 10-01068 |
| Eastern Carrier Service | 10-01275 |
| Eastmount Environmental Services, LLC | 10-01871 |
| Easy Mover, Inc. | 10-01522 |
| Eckhart & Company, Inc. | 10-01524 |
| Ecological Fibers, Inc. | 10-01332 |
| Electronics For Imaging, Inc. dba EFI Inc. aka EFI Software | 10-01071 |
| E Fire, Inc. | 10-02368 |
| EGW Personnel Services, LP | 10-02038 |
| Edward E. Jackson dba EJ's Transportation aka EJ's Transport | 10-02369 |
| Electric Motor Service, Inc. | 10-02385 |
| Electric Drives, Inc. | 10-01527 |
| Ggs Capital Co. fdba Electrical South Inc. | 10-01873 |
| Electrical Equipment Company | 10-02370 |
| Elettra North America, LLC | 10-01876 |
| Electro Design, Inc. dba Electro Design & Drafting | 10-01735 |
| EMC Trucking, Inc. | 10-02589 |
| Emond Plumbing & Heating, Inc. | 10-02590 |
| Employment Solutions, Inc. | 10-01178 |
| Employment Connections Inc. | 10-02386 |
| The Employability Group Inc. | 10-01903 |
| E.M. Smith & Co. | 10-02371 |
| Energy Machinery, Inc. dba Energy Machinery | 10-02372 |
| EFS, Inc. dba Engineered Facility Solutions, Inc. | 10-02039 |
| EnSafe Inc. | 10-01050 |
| Domtar Paper Company, LLC dba Enterprise Group | 10-02388 |
| Environmental Pneumatics, Inc. | 10-01502 |
| Envirosota, Inc. | 10-02390 |
| Envirobusiness, Inc. | 10-01181 |
| Environmental Sampling Technology, Inc. | 10-02393 |
| Equipment Depot, Ltd. | 10-02395 |
| Erickson Electric Company | 10-01741 |
| Ernst Hoffman, Inc. | 10-01504 |
| E.R. Smith Associates, Inc. | 10-01073 |
| Espresso Delivery Systems LLC | 10-02161 |
| Etheridge Electric Co., Inc. | 10-02040 |
| Bruno Unger USA dba Euro-Knives USA | 10-01052 |
| Exchange Capital Corporation | 10-02162 |
| Exclusive Cargo, Inc. | 10-01506 |
| Exopack, LLC | 10-01910 |
| Express Messenger Systems, Inc. | 10-01914 |
| Expro Transit Inc. | 10-02373 |
| Express America Trucking, Inc. | 10-01533 |
| Factory & Steel Transportation, Inc. | 10-02041 |
| Fairway Express Courier Service dba Fairway Xpress Courier | 10-01881 |
| Far West Finance, Inc. | 10-02164 |
| Farwest Freight Systems, Inc. | 10-01916 |
| Fastechnology Group, LLC | 10-01919 |
| Fayette Janitorial Service, LLC | 10-02375 |

| | |
|---|---|
| Felter Freight Systems, Ltd. dba Felter Freight USA Inc. | 10-02592 |
| FFE Transportation Services, Inc. | 10-02042 |
| Fibermark North America, Inc. dba Fibermark DSI Inc. | 10-01053 |
| Dazian, LLC dba FIM, LLC | 10-02165 |
| Finish Line Binderies, Inc. | 10-02043 |
| First Response, Inc. | 10-01921 |
| First Down Expedite, LLC | 10-02593 |
| Flanery Cleaning | 10-02397 |
| Flex-Pak Corporation | 10-01077 |
| Fleetone Factoring, LLC | 10-01278 |
| Fleet Global Services, Inc.Z | 10-01894 |
| FL Transportation, Inc. | 10-02376 |
| Flyboy Logistics Inc. | 10-01184 |
| Focus Mailing, LLC | 10-01508 |
| Forcum Lannom Contractors, LLC dba Forcum Lannom Materials | 10-02595 |
| Fortran Printing, Inc. | 10-01745 |
| Forbo Adhesives, LLC | 10-01078 |
| Forward Air, Inc. | 10-01485 |
| Fortner Graphic Solutions, Inc. | 10-01054 |
| Fowler Envelope LC | 10-01187 |
| The Newark Group, Inc. dba Franklin Boxboard Corp. | 10-02399 |
| Franklin Express, Inc. | 10-01487 |
| Franklin Pallet, Inc. | 10-01748 |
| Fraser Direct Distribution Services, Ltd. | 10-02400 |
| Frank Potter Trucking Co. | 10-01509 |
| Fragomen, Del Rey, Bernsen & Loewy, LLP | 10-02596 |
| Franklin Freight Brokerage, Inc. | 10-01895 |
| French's Catering & Design | 10-01516 |
| Freight All Kinds, Inc. | 10-01190 |
| The Freight Escape, Inc. dba Freight Escape | 10-02377 |
| Freight Force, Inc. dba Freight Force | 10-01519 |
| Freeland Harris Consulting Engineers of Kentucky, Inc. dba Freeland Harris Consulting | 10-02597 |
| Ralph Franks dba Fresh Cut Lawn Maintenance | 10-02756 |
| FTL, Inc. dba FTL A Distribution Inc. | 10-01537 |
| Fujifilm Graphic Systems U.S.A., Inc. | 10-01333 |
| Fulbright & Jaworski L.L.P. | 10-01280 |
| Garrison Service Company, Inc. | 10-02401 |
| Garner Printing Company dba Garner Publishing Company | 10-02167 |
| Gateway Transportation Service, Inc. | 10-01544 |
| Gateway Press, Incorporated | 10-02601 |
| G Brouillette & Sons, Inc. | 10-01545 |
| GE Betz, Inc. | 10-02168 |
| GE Energy and Industrial Services, Inc. | 10-01193 |
| Geil Enterprises, Inc. | 10-01080 |
| General Roll Leaf Mfg., Co., Inc. | 10-01490 |
| General Rewinding, Inc. dba General Newsprint | 10-01058 |
| J.E.S. Personnel Consultants, Inc. dba Genie Temporary Service | 10-02169 |
| General Help, LLC dba General Help Company | 10-01751 |
| Gene R. Williams Trucking, Inc. | 10-01754 |
| Genesis Group, Inc. aka Genesis Logistics | 10-01547 |
| General System, Inc. | 10-01548 |
| George M. Douglas Company, Incorporated | 10-02170 |

| | |
|---|---|
| Georgia-Pacific Corporation | 10-01282 |
| G.E. Richards Graphic Supplies Co., Inc. dba GE Richards Graphic Supply | 10-01549 |
| GE Supply Logistics LLC dba GE Supply | 10-02379 |
| GES Control Systems, Inc. | 10-02171 |
| G.F. Puhl Company, Inc. | 10-01081 |
| Gleeson Trucking, Inc. dba Gleeson Trucking | 10-01552 |
| Global Eagle Transportation, Inc. | 10-01553 |
| Golden State Distributions Inc. | 10-01310 |
| Goss International Americas, Inc. | 10-01334 |
| Graphics Microsystems, Inc. | 10-01196 |
| Graphic Innovators, Inc. | 10-01082 |
| Wiese Planning & Engineering, Inc. and GWJ Enterprises, LLC fdba Grady W. Jones Co. | 10-02045 |
| Grafikamerica, Inc. | 10-01899 |
| Grafsolve LLC dba Graphic Arts Specialties | 10-01575 |
| Terry Grimes Graphic Center of Sacramento, Inc. dba Graphic Center | 10-02745 |
| Graphic Fullfillment & Finishing, Inc. | 10-01200 |
| Graphic Arts Service and Supply, Inc. | 10-02172 |
| Graphic Arts Express, Inc. | 10-01085 |
| Graphic Printing Roller Ltd. | 10-02247 |
| Graphic Binding, Inc. | 10-01577 |
| Gray Hair Software, Inc. | 10-02414 |
| Grand River Printing, Inc. | 10-02173 |
| Great Plains Transportation Services, Inc. | 10-02381 |
| GRE Fulfillment, Inc. | 10-01203 |
| Griffin Gear, Inc. | 10-01531 |
| Griffin Trucking, LLC dba Griffin Trucking | 10-01536 |
| Group Logic, Inc. | 10-01943 |
| Groupe Lelys Inc, Le dba Groupe Lelys | 10-02249 |
| GS Freight, Inc. | 10-02602 |
| Galasso Trucking & Rigging, Inc. dba GTI Galasso Trucking, Inc. | 10-01539 |
| Guaranteed Air Freight & Forwarding, Inc. dba Guaranteed Air Freight | 10-01542 |
| Gulick Freight Service Logistics, Inc. | 10-02603 |
| H & H Transportation, Inc. | 10-02174 |
| Habif, Arogeti & Wynne, P.C. dba HA&W | 10-01086 |
| Hadronics, Inc. | 10-02382 |
| Hagemeyer North America, Inc. | 10-01312 |
| Halasz Electrical Contractors Inc. | 10-02604 |
| The Hamilton-Ryker Group, LLC and Hamilton-Ryker Company LLC | 10-01065 |
| Hanover Controls & Supply Corp. dba Hanover Controls | 10-02421 |
| Haney Truck Line LLC dba Haney Truck Line, Inc. | 10-01551 |
| Handling Systems, Inc. | 10-01597 |
| Hartford Direct | 10-01946 |
| Harold Bibbs & Sons Trucking, Inc. | 10-02606 |
| S. Mancuso, Inc. and Steven Mancuso dba Hart Industries/Silver Recovery Systems | 10-01554 |
| Hartt Transportation Systems, Inc. | 10-02175 |
| W. Frank Harshaw and Associates, Inc. dba Harshaw Trane Service | 10-02384 |
| Hasco Oil Co., Inc. | 10-01556 |
| The Newark Group, Inc. dba Haverhill Paperboard | 10-01088 |
| Robert W. Haws Sr. dba Haws Commercial Cleaning | 10-02670 |
| Haywood Trucking, Inc. | 10-02423 |

| | |
|---|---|
| Western Kentucky Shoes, Inc. dba Hayes Shoes | 10-02739 |
| HB3, Inc. | 10-01558 |
| H.B. Fuller Company | 10-01337 |
| The Hearst Corporation dba Hearst Magazine | 10-02047 |
| Henry A. Petter Supply Company LLC dba Henry A Petter Supply Co. | 10-02389 |
| Henkel Corporation dba Henkel Adhesives | 10-01339 |
| Hendrickson Trucking, Inc. | 10-02176 |
| Hetzels Overland Transport, Inc. dba Hetzels Overland Transport | 10-01760 |
| HFW Industries, Incorporated | 10-02425 |
| Larry Hickox Trucking dba Hickox Trucking | 10-02391 |
| Highway Distribution Systems, Inc. | 10-01314 |
| High Speed Video Inc. | 10-01069 |
| Highway Freight Systems, Inc. | 10-01599 |
| Highwaymen, Inc. | 10-01561 |
| Hilley Trucking | 10-01601 |
| Hillside Custom Machining, Welding & Fabrication, LLC dba Hillside Custom Machine | 10-01761 |
| Hines Bindery Systems Service, Inc. dba Hines Bindery Systems, Inc. | 10-02427 |
| Hire Dynamics Rx, LLC dba Hire Dynamics, LLC | 10-01949 |
| Hogan Transports, Inc. | 10-01765 |
| Koch Development Corporation dba Holiday World Theme Park | 10-02608 |
| Homestead Fuel, Incorporated | 10-01904 |
| Honeycutt Mechanical Contractors, Inc. dba Honeycutt Mechanical, Inc. | 10-01562 |
| Honey Baked Ham Company, Inc. | 10-02609 |
| Horizon Paper Co., Inc. | 10-01340 |
| Hostmann-Steinberg, Inc. dba Hostmann Steinberg | 10-01316 |
| Hosea Project Movers, LLC | 10-02610 |
| Hot Brokers, Inc. | 10-01602 |
| Howe Sound Pulp and Paper Limited Partnership | 10-01965 |
| HTE Technologies | 10-02392 |
| Hurletron Incorporated | 10-01204 |
| Hurst Logistics, Inc. | 10-01604 |
| H.W. Temps, Inc. | 10-02049 |
| Hyster New England, Inc. | 10-02180 |
| International Business Machines Corporation dba IBM Corporation | 10-01070 |
| IGS Knives, Inc. | 10-01770 |
| IH Services, Inc. | 10-02050 |
| ILF Technologies, LLC dba ILF Technology LLC | 10-01773 |
| IMC America Inc. | 10-01072 |
| IMG Technologies, Inc. | 10-02433 |
| Imprimerie Graphica Inc. | 10-02611 |
| Industrial Knife Co., Inc. dba Industrial Knife Company | 10-01775 |
| Industrial Solutions, LLC | 10-01318 |
| Industrial Machine and Fabrication, Inc. | 10-01778 |
| Independent Courier of CT Trucking, Inc. | 10-01567 |
| Industrial Support Services, Inc. dba Industrial Support Services | 10-01780 |
| Industrial Maintenances & Engineering Corporation | 10-01612 |
| Industrial Piping Co. | 10-02612 |
| Infoprint Solutions Company, LLC | 10-01074 |
| In-Line Finishing Solutions LLC dba In-Line Finishing Equipment LLC dba Inline Finishing Solutions | 10-01211 |
| Innolutions, Inc. | 10-01613 |
| Inncon Automation Corporation | 10-01570 |

| | |
|---|---|
| Innovative Staff Solutions, Inc. | 10-01090 |
| InPress Systems AB | 10-02752 |
| Inserts USA Inc. | 10-01319 |
| Insulfab Plastics, Inc. dba Insulfab Plastics | 10-01615 |
| International Ink Company, L.L.C. | 10-02435 |
| International Laser Group, Inc. | 10-02404 |
| IMC - MetalsAmerica, LLC dba International Metals & Chemicals Group | 10-01913 |
| International Delivery Solutions, LLC | 10-01214 |
| Interstate Capital Corp. | 10-01091 |
| Pitney Bowes, Inc. dba International Mail Express Inc. | 10-02614 |
| Irving Pulp & Paper, Limited dba Irving Paper Inc. | 10-01342 |
| ISC Sales, Inc. | 10-01221 |
| Iselann-Moss Industries, Inc. dba Iselann Moss | 10-01617 |
| IWM Corporation dba Industrial Water Management Corporation | 10-01580 |
| J & E Truck Leasing, Inc. dba J&E Truck Leasing | 10-01782 |
| J & R Schugel Trucking, Inc. | 10-01322 |
| J & W Cartage Co., Inc. | 10-01083 |
| Jacobson Staffing Company, L.C. dba Jacobson Industrial Services | 10-01581 |
| Jackson Corrugated Container Company dba Jackson Corrugated Container | 10-02181 |
| Jacobi Carbons, Inc. | 10-01223 |
| Jaeckle Fleischmann & Mugel, LLP dba Jaeckle Fleischmann & Mugel | 10-01584 |
| James Transportation Services | 10-02615 |
| Jardis Industries, Inc. | 10-02182 |
| Jason Ware Imagery LLC | 10-02617 |
| Jasso Trucking | 10-02438 |
| JDC Logistics Inc. | 10-01093 |
| JD Factors, LLC | 10-01324 |
| Jeco Plastic Products, LLC | 10-01084 |
| Jeff Spencer Trucking, Inc. | 10-01620 |
| Jefco, Inc. | 10-02183 |
| Jenco Micro Edge, Inc. | 10-01786 |
| Jenkins Transportation, LLC | 10-02005 |
| Jernigan Trucking, Inc. | 10-01624 |
| Electronics For Imaging, Inc. aka EFI fka Jetrion LLC | 10-02439 |
| John H. Pasquale & J.H. Pasquale Consulting | 10-02184 |
| J.L. Mcintosh, Inc. | 10-02619 |
| J-Lynn, Inc. dba JL Transportation | 10-02009 |
| JNJ Express, Inc dba JNJ Logistics | 10-01586 |
| Johnson Controls, Inc. | 10-01325 |
| Johnston Trucking, Inc. | 10-01588 |
| The John Lawrence Group, Inc. | 10-02185 |
| John Bouchard & Sons Co. | 10-02011 |
| John J. Jerue Transportation, Inc. dba John J Jerue Transportation | 10-01590 |
| Johnston Technologies, Inc. | 10-01626 |
| T.A. Baer Logistics, LLC dba Jones Shipley Express | 10-01592 |
| Jones Brothers Towing Inc. dba Jones Brothers Towing & Trucking, Inc. | 10-02445 |
| Jones Express, Inc. | 10-02405 |
| Joncas Postexperts, Inc. dba Joncas Post Experts | 10-01920 |
| Jorgenson & Co. | 10-02406 |
| Jorson & Carlson Co. | 10-01225 |
| Journey Freight International | 10-02407 |

| | |
|---|---|
| J.P.F. Inc. | 10-01098 |
| JP Logistics, Inc. | 10-01327 |
| JTL Trailers LLC | 10-01226 |
| Just Right Equipment | 10-02408 |
| J.V. Trucking, Inc. dba JV Trucking | 10-01924 |
| Karchner Team Logistics, Inc. | 10-01628 |
| Katahdin Paper Company LLC dba Katahdin Services Co. LLC | 10-01345 |
| KBA North America, Inc. | 10-01087 |
| KDXpress LLC | 10-02013 |
| Kelle's Transport Service, Inc. | 10-01227 |
| Ken-Tenn Truck & Trailer | 10-01594 |
| Kenway Distributors, Inc. | 10-02411 |
| Kenning Outsource Group, Inc. | 10-01790 |
| Kentuckiana Engineering Company | 10-02621 |
| Kevico Express, Inc. | 10-01595 |
| Kevin Patterson Transport Inc. | 10-02052 |
| Keystone Industries, Inc. | 10-01793 |
| Key Container Corporation | 10-01229 |
| Keystone Logistics Solutions, Inc. | 10-02412 |
| Kforce.com, Inc. | 10-02447 |
| Kimberly-Clark Corporationzkenn.., | 10-02449 |
| King's Express, Inc. | 10-01630 |
| King Supply, Inc. | 10-01794 |
| Kingdom Express, Inc. | 10-01596 |
| Tennessee Valley Manufacturing Solutions, Inc. dba Kingsport Book Inc. | 10-01109 |
| International Paper Company dba Kirk Paper Packaging & Graphics | 10-01331 |
| K&L Gates LLP fka Kirkpatrick & Lockhart LLP | 10-01092 |
| Kleeberg Sheet Metal, Inc. | 10-01799 |
| Kline Mechanical Systems, Inc. dba Kline Heating and Air Conditioning, Inc | 10-01598 |
| Knight Transportation, Inc. | 10-01231 |
| Eastman Kodak Company dba Kodak Versamark, Inc. | 10-01600 |
| Eastman Kodak Company dba Kodak Graphic Communications Company | 10-02020 |
| Kolbus America, Inc. | 10-01116 |
| Kolnik Trucking Incorporated | 10-02622 |
| Komori America Corporation | 10-02416 |
| Komatsu Forklift U.S.A., LLC | 10-02450 |
| I. Kruger Inc. aka Kruger Inc. | 10-02021 |
| Krujex Transport Corp. | 10-02186 |
| Kruger Pulp & Paper Sales, Inc. dba Kruger Paper | 10-01341 |
| K+ Technology Solutions, LLC | 10-02187 |
| Kuhl Lumber & Pallets, Inc. | 10-02188 |
| K Walter Service Corporation | 10-01094 |
| Tann Corporation dba Langbein Engelbracht America aka L&E America | 10-01233 |
| Label Source, Ltd. | 10-02418 |
| Los Angeles Grinding Co. aka LA Grinding Co. Inc. | 10-01120 |
| Lagrou Distribution System, Inc. | 10-02189 |
| Lakes Executive Search, Inc. | 10-01603 |
| Lann Chemical & Supply Co. | 10-01804 |
| Landstar Inway, Inc. | 10-01343 |
| Lantern Associates, L.L.C. | 10-02451 |
| Lawson Software Americas, Inc. | 10-01095 |

| | |
|---|---|
| Lawrence Service, Inc. dba Lawrence Service | 10-01605 |
| Layne Industrial Supplyd | 10-01807 |
| Library Binding Service, Inc. dba Library Binding Corp. | 10-02190 |
| L D Davis Industries, Inc. | 10-01123 |
| Leadership 21 Worldwide dba Leadership Worldwide, Inc. | 10-01344 |
| Left Lane Transportation, Inc. | 10-01096 |
| Phoenix Color Corp. dba Lehigh Phoenix | 10-01235 |
| Lehigh Construction Group, Inc. dba Lehigh | 10-01639 |
| Lewis F. McDonald, Inc. dba LF McDonald Inc. Transfer | 10-02422 |
| Liberty Book and Bible Manufactures Inc. | 10-02452 |
| Central National-Gottesman Inc. dba Lindenmeyr Book Publishing | 10-01347 |
| Lion Industrial Knife Company, Inc. dba Lion Industrial Knife Co. | 10-01607 |
| Liquid Capital Exchange, Inc. | 10-02626 |
| Bergman Clean & Lisa Bergman Professional | 10-02191 |
| Lithographics, Inc. | 10-01097 |
| Litho Service Canada, Inc. | 10-01929 |
| Litco Automation, Inc. dba Litco Automation | 10-01609 |
| Lemon's Maintenance dba L M S Company | 10-01237 |
| Logan Security, Inc. dba Logan Security | 10-01611 |
| LogiMethods | 10-02627 |
| Lone Star Temps, L.C. | 10-01346 |
| Loudon Machine, Inc. | 10-01099 |
| L.P. MacAdams Company, Inc. | 10-01239 |
| LSQ Funding Group, L.C. | 10-02629 |
| Luttrell Belting Supply Company, Inc. | 10-01131 |
| L.W. Parrish, LLC | 10-02055 |
| M&G Materials Handling Co. | 10-01614 |
| M & J Noonan Express, Inc. | 10-02632 |
| M & L Trucking and FEC Company aka Old Frontier Family, Inc. | 10-01100 |
| Machtronic Products Co., Inc. | 10-01241 |
| Macdermid Printing Solutions, LLC | 10-01643 |
| Machine Diagnostics of Memphis | 10-02194 |
| MCD, Inc. dba Madison Cutting Die Inc. | 10-02454 |
| Magazine Publishers of America, Inc. | 10-02195 |
| Maiers Transport & Warehousing, Inc. | 10-01102 |
| Mail Contractors of America, Inc. | 10-01243 |
| Malwa Transport, Inc. | 10-02025 |
| Manpower Inc. | 10-01348 |
| Man Roland Inc. | 10-01103 |
| Manville Electric Motor Co., Inc. | 10-01621 |
| The Maple Press Company dba Maple-Vail Book Manufacturing | 10-01245 |
| Master Flo Technology, Inc. | 10-02026 |
| The Mason and Dixon Lines, Incorporated dba Mason and Dixon Lines, Inc. | 10-01644 |
| Masterman's, LLP | 10-02028 |
| MPC Color Inc. dba Master Printing Company aka Master Print Group | 10-01645 |
| Master Machine & Engineering Co., Inc. dba Master Machine & Engineering | 10-01812 |
| Matson Integrated Logistics, Inc. fka Matson Intermodal System, Inc. | 10-01648 |
| McCord Material Handling Group LLC dba Material Handling Group | 10-01930 |
| Matrix Partners International LLC | 10-01354 |
| Matson Integrated Logistics, Inc. | 10-01934 |
| Maumee Express, Inc. | 10-01106 |

| | |
|---|---|
| Maupin, Cox & Legoy, a Professional Corporation | 10-01246 |
| Max Daetwyler Corp. | 10-01134 |
| McDanco Transportation, Inc. | 10-02635 |
| McGrann Paper Corporation | 10-01935 |
| McKenzie Banking Company | 10-02197 |
| McKaypres, Inc. dba McKay Press, Inc. | 10-01817 |
| McMaster Carr Supply Company | 10-01136 |
| Premier Graphics, Inc. and Premier Graphics Holding, Inc. | 10-01360 |
| MCS Registration Services | 10-02637 |
| MCS Services, Inc. and Micro Computer Solutions, Inc. dba MCS | 10-01107 |
| MCX, LLC | 10-02198 |
| Media Technology, Incorporated | 10-02455 |
| Megtec Systems, Inc. | 10-01251 |
| Dr. Pepper Bottling Co. of Paragould, Inc. dba Mellow Moon Dist. | 10-01625 |
| Merchants Distribution Service, LTD. | 10-02046 |
| Meridian Express, Inc. | 10-02059 |
| Mercurygate International, Inc. | 10-01819 |
| Mercury Holdings, LLC dba Mercury Transportations | 10-02430 |
| Mettler-Toledo, Inc. | 10-02639 |
| Werner Enterprises L.P. dba Metal Supermarkets-Dallas | 10-02641 |
| Metroplex Supply Company | 10-01652 |
| Heritage Operating, L.P. dba Metro Lift Propane | 10-02456 |
| Metafix, Inc. | 10-02199 |
| MGR Express, Inc. dba MGR Express | 10-01654 |
| Micro Tech Staffing Group, Inc. | 10-01110 |
| Wyndham Worldwide Corporation dba Microtel Inn & Suites | 10-02441 |
| Ednard Universal Business, Inc. dba Midwest Specialty Products | 10-01253 |
| Mid-South Plumbing & Electrical Supply Company, Inc. | 10-01822 |
| Midwest Trucking Transport, Inc. | 10-01656 |
| Midwestern Transit Service, Inc. | 10-02048 |
| Midway Industrial Forklift Services, Inc. | 10-02643 |
| Midwest Transport, Inc. | 10-02051 |
| Midland Express, Inc. dba Midland Express | 10-01823 |
| Midland Paper Company | 10-01349 |
| Milan Express Co., Inc. | 10-01142 |
| Miller-Cooper Company | 10-02444 |
| Millwood, Inc. | 10-01362 |
| Miller Electric Supply, Inc. | 10-01936 |
| Millwood Trucking, Inc. | 10-01939 |
| McGowen Printing & Mailing, Inc. dba Miller Printing and Mailing | 10-02201 |
| Miracle Logistics, Inc. | 10-02056 |
| Mission Uniform & Linen Svc dba Mission Uniform Service | 10-01826 |
| MLG Trucking, Inc. | 10-01494 |
| MNG Truckline dba MNG Truckline Inc. | 10-01112 |
| The Newark Group, Inc. dba Mobile Paperboard Corp. | 10-01255 |
| Modern Air Mechanical dba Modern Air | 10-01828 |
| Modern Handling Equipment Company | 10-02458 |
| Monroe Graphics, LLC dba Monroe Graphic Service | 10-02448 |
| Monitoring Technology Corporation | 10-01830 |
| Morgan Southern, Inc. | 10-02060 |
| Motion Industries, Inc. | 10-01113 |
| Motor Air Dispatch, Inc. | 10-01834 |
| M P Transport, Inc. dba MP Transport | 10-02515 |

| | |
|---|---|
| M R A Carrier Inc. | 10-01145 |
| Myllykoski North America Inc. | 10-01351 |
| Nama Graphics, Inc. | 10-01632 |
| Napp Systems Inc. | 10-01942 |
| Narrowgate, L.P. fdba Narrowgate, Inc. | 10-01257 |
| National Starch LLC dba National Starch & Chemical Co. | 10-02058 |
| Nationwide-Southeast Inc. | 10-01363 |
| National Filters Corporation fka National Filter Center, Inc. | 10-01944 |
| Nationwide Transport Finance LLP dba Nationwide Transport Finance | 10-02644 |
| National Fire Sprinklers, Inc. | 10-01660 |
| National Packaging Specialists, Inc. | 10-02203 |
| National Book Foundation, Inc. dba National Book Foundation | 10-01661 |
| Nationwide Magazine & Book Distributors, Inc. dba Nationwide Midwest | 10-01837 |
| National Bankers Trust and D & D Carriers | 10-02753 |
| Nebraska Atlantic Transportation, Inc. | 10-02460 |
| Neenah Paper, Inc. | 10-01838 |
| New England Newspaper Supply Company, Inc. dba Nensco | 10-02461 |
| Nerak Systems, L.P. dba Nerak Systems, Inc. | 10-01665 |
| Premier Farnell, PLC dba Newark aka Premier Farnell Canada, Ltd. | 10-02519 |
| New Pig Corporation | 10-01950 |
| New England Finishing, Inc. | 10-01259 |
| New Penn Motor Express, Inc. | 10-01151 |
| N.Y.U.V., Inc. aka New York U V Inc. | 10-01365 |
| The Newark Group, Inc. dba Newark Paperboard Products | 10-01119 |
| New Leaf Paper, Inc. | 10-02204 |
| New Bedford Thread Co., Inc. | 10-02064 |
| Singh Ajmer dba New Public Transport | 10-02062 |
| New Dimensions | 10-01634 |
| Newpage Corporation | 10-01352 |
| Niagara Frontier Custom Fabrication Inc. | 10-01951 |
| National Industrial Coatings, Inc. dba Nicoat | 10-01261 |
| Niche Publications, Inc. dba Niche Media | 10-01840 |
| R R Donnelley dba The Nielsen Company aka Nielsen Ohio Valley Litho | 10-01153 |
| Nippon Paper Industries USA Co., Ltd. | 10-01353 |
| Nolensville Printing Co. | 10-01636 |
| S. Minhas & Non Stop Fastfreight, Inc. | 10-02463 |
| Nordson Corporation | 10-02063 |
| Norske Skog (USA) Inc. | 10-01355 |
| Norkol Converting Corporation | 10-01264 |
| North American Cerutti Corporation | 10-02066 |
| North American Publishing Co. & Gold Ink Awards | 10-01156 |
| Norkol, Inc. | 10-01367 |
| Norampac Leominster Inc. | 10-01266 |
| Norman Davis, Inc. dba Norman Davis Trucking | 10-01845 |
| Northeast Industrial Technologies, Inc. dba Northeast Industrial Technology | 10-01638 |
| Northstar Transportation Solutions LLC | 10-02065 |
| Nova Marketing, Inc. | 10-01640 |
| EBSCO Industries, Inc. dba NSC International | 10-01847 |
| NTC | 10-01267 |
| Numerical Concepts, Inc. | 10-01692 |
| Carrier Rental Systems, Inc. dba Nutemp | 10-02650 |

| | |
|---|---|
| NuVision Graphics, Inc. | 10-01369 |
| Oak Harbor Freight Lines, Inc. | 10-01954 |
| Robert Half International, Inc. dba OfficeTeam | 10-02652 |
| Office Depot, Inc. | 10-01269 |
| Oklahoma-Air Filter Sales & Service Co. | 10-02464 |
| Olympic Adhesives, Inc | 10-01854 |
| Olympic Delivery Service, Inc. | 10-02069 |
| Omnisource Integrated Supply, LLC | 10-01371 |
| On Board Xpress, Inc. | 10-01694 |
| Ongweoweh, Corp. | 10-01127 |
| On-Hand Distributors, Incorporated dba On-Hand Adhesives | 10-02655 |
| Optima Expedited Trucking, Inc. | 10-02071 |
| Orange Commercial Credit | 10-01271 |
| ORBIS Corporation | 10-01160 |
| Orr Safety Corporation dba Orr Safety Equipment Company | 10-01697 |
| Office Systems Exchange, Inc. dba OSE Office Furniture | 10-02074 |
| William Holingsworth dba P & H Forklift Service | 10-01647 |
| P & M Services, Inc. | 10-01385 |
| Pacific Packaging Products, Inc. | 10-01129 |
| Packaging Services of Maryland, Inc. | 10-01274 |
| Pacific East Transportation Company, Inc. | 10-01699 |
| Packaging Systems, Inc. | 10-02205 |
| Pack Graphics, Inc. | 10-01649 |
| Zak Brothers Printing, L.L.C. dba Palmer Printing Co. | 10-02522 |
| Palmentere Bros. Cartage Service, Inc. | 10-01388 |
| Palace Sports & Entertainment, Inc. | 10-02465 |
| C. Orozco Trucking dba Palmito Trucking | 10-02747 |
| Pamarco, Incorporated dba Pamarco Global Graphis | 10-01956 |
| Panel Prints, Inc. | 10-01957 |
| Panther II Transportation, Inc. | 10-02206 |
| Panther Oil Company, Inc. | 10-01959 |
| Paperfold/Graphic Finishers, Inc. | 10-01700 |
| Paper Cutters, Inc. | 10-02076 |
| Paragon Data Systems, Inc. | 10-01703 |
| Parker Solvents Company, Inc. | 10-02523 |
| PARC Elitch Gardens, LLC dba Parc Elitch Gardens | 10-02675 |
| Paschall Truck Lines, Inc. | 10-01390 |
| Patterson Freight Companies dba Patterson Freight Systems, Inc. | 10-01132 |
| Patrick Transportation Company | 10-01857 |
| P.C.I. Industrial Supply, Inc. dba PCI Industrial Supply | 10-01653 |
| Penn Graphics Equipment, Inc. | 10-02207 |
| Penske Truck Leasing Corporation | 10-02077 |
| Penton Media, Inc. | 10-01162 |
| Peoples Capital and Leasing Corp. dba Peoples Capital & Lease | 10-02067 |
| Perretta Graphics Corp. | 10-02466 |
| Fibermark North America, Inc. dba Permalin Products Company | 10-01133 |
| TrueBlue, Inc. dba Spartan Staffing, LLC fdba Personnel Management, Inc. | 10-01276 |
| Petit Printing Corp. | 10-02677 |
| P.E. Wilson Trucking, LLC dba PE Wilson Trucking | 10-01710 |
| PSC, LLC dba Phillip Service Corp. | 10-02524 |
| Philips Brothers Electrical Contractors, Inc. | 10-02208 |

| | |
|---|---|
| Phoenix Commercial Printers, Inc. dba Phoenix Commercial Printing, Inc. | 10-01872 |
| Phoenix Oil Company | 10-02678 |
| Phoenix Capital Group, L.L.C. | 10-02078 |
| Pioneer Logistics Systems, Inc. | 10-01165 |
| Pitman Company | 10-01392 |
| Plasma Coatings, Inc. | 10-02467 |
| Plasti-Clad Metal Products, Inc. dba Plasti Clad Metal Products | 10-01712 |
| P.M. Recycling, Inc. | 10-01874 |
| Pollution Control Industries, Inc. | 10-02084 |
| Pook Chemical, LLC | 10-01875 |
| Pooley, Inc. | 10-02085 |
| Povinelli Grinding Service, Inc. dba Povinelli Grinding Service | 10-01655 |
| Power Brushes, Inc. | 10-01877 |
| Power Equipment Co. of Memphis | 10-01166 |
| Power Transmission Specialties, Inc. | 10-02068 |
| Powertec Inc. | 10-01883 |
| Power & Control Resources | 10-01714 |
| Powerhandling, Inc. dba Powerhandling | 10-01885 |
| Precision Products & Consulting, Inc. | 10-01138 |
| Precision Brush Co. | 10-02740 |
| Precision Pallet Company | 10-01279 |
| Pressroom Solutions, Inc. | 10-01715 |
| Premier Medical Group, P.C. | 10-02086 |
| GHL Packaging Group fka Preferred Packaging Systems, Inc. dba Preferred Packaging Systems | 10-02679 |
| Preferred Packaging Co., Inc. | 10-02070 |
| Premium Personnel, Inc. | 10-01141 |
| Preprint Logistics Management, Inc. | 10-01356 |
| Precision Tool & Engineering, Inc. dba Precision Tool & Engineering | 10-01662 |
| Press Control Services, Inc. | 10-02209 |
| Precision Knife and Tool Company LLC, dba Precision Knife Grinding | 10-01886 |
| PriceWaterhouseCoopers LLP | 10-01168 |
| Printing Industries Association, Inc., of Southern California and Printing Industry of Minnesota, Inc. and Printing Indu | 10-01395 |
| Prim Hall Enterprises, Inc. | 10-02210 |
| Printers' Service, Inc. | 10-01962 |
| Prime Delivery Service, Inc. and Primetime Express, Inc. dba Primetime Express | 10-01887 |
| Printwell Acquisition Company, Inc. dba Printwell | 10-02680 |
| Priority Transportation, LLC | 10-01281 |
| Process & Power, Inc. | 10-01716 |
| Pro Staff Personnel Service, Inc. | 10-01397 |
| Professional Image, Inc. | 10-01717 |
| Proforma, Inc. | 10-02526 |
| Pro-Tech Security, Inc. | 10-02682 |
| R.R. Donnelley & Sons Company fdba Pro Line Printing Inc. | 10-02683 |
| Professional Transportation Brokers, Inc. | 10-02684 |
| Prowest Pneumatics & Supply, LLC | 10-01718 |
| Putman, Inc. and Professional Resources, Inc. and A-1 Staffing, Inc. | 10-02470 |
| Prudential Relocation, Inc. | 10-01283 |
| Rho-Chem, LLC fka Rho-Chem Corporation | 10-02471 |
| P S, Inc. | 10-01170 |

| | |
|---|---|
| Puebla Transport Company Corp. | 10-02088 |
| Quality Cartage, Inc. dba QTI Inc. | 10-01399 |
| Quaker Transport, Inc. | 10-01144 |
| QP1, Inc. dba Quality Personnel | 10-02211 |
| Qualified Resources International LLC | 10-01171 |
| Quality Rework and Sorting, Inc. | 10-01664 |
| Qualitec Professional Services-San Antonio, L.P. dba Qualitec Professional Service | 10-02472 |
| Quiroa's Transportation LLC | 10-01400 |
| QVC, Inc. dba QVC Network | 10-02527 |
| R & B Transportation, LLC | 10-01719 |
| R & L Carriers, Inc. | 10-01357 |
| R & R Freight Services | 10-01666 |
| R & R Wood Products, Inc. | 10-02528 |
| R.A. Brooks Trucking, Co., Inc. | 10-02212 |
| Raider Express, Inc. | 10-02686 |
| R. A. Kerley Ink Engineers, Inc. | 10-02090 |
| Randik Paper Co. dba Randik | 10-01720 |
| Randstad Staffing Services, Inc. | 10-01359 |
| Rand-Whitney Container LLC | 10-02473 |
| Rapid Service Engraving Company dba Rapid Service | 10-01722 |
| Ravens Trucking, Inc. | 10-02072 |
| RBW Logistics Corporation | 10-02687 |
| RBX, Inc. dba RBX Transportation, Inc. | 10-01972 |
| RCS International, Inc. | 10-01284 |
| Ready Trucking, Inc. | 10-01173 |
| Reading Traffic Services aka Kulp's Motor Express | 10-02073 |
| Recycled Pallets, Inc. dba Recycled Pallets | 10-01667 |
| Redline PDM | 10-02213 |
| Red Fish Logistics, Inc. | 10-01974 |
| Reed Smith LLP fka Reed Smith Sachnoff & Weaver | 10-01905 |
| Regal Services dba Regal Service | 10-01908 |
| James Register dba Register Construction | 10-02214 |
| Remedy Express, Inc. | 10-01668 |
| REM Enterprises, Inc. | 10-01723 |
| REM Transportation, Inc. | 10-01285 |
| Results Staffing, Inc. | 10-01176 |
| The Reynolds Company | 10-01401 |
| Rubber & Gasket Company of America, Inc. dba RGA Allied Belting | 10-02689 |
| RGS Carrier, Inc. | 10-02215 |
| Rhody Transportation & Warehousing, Inc. dba Rhody Transportation, Inc. | 10-02690 |
| RHR International Company | 10-02691 |
| Richmond Supply Company | 10-01179 |
| Richard L. Hodges, Inc. | 10-01912 |
| Richardson Trucking, Inc. | 10-02477 |
| Riddleberger Brothers, Inc. | 10-02091 |
| Riechmann Transport, Inc. | 10-02092 |
| Riley Electric Company, Inc. | 10-01725 |
| Rima Enterprises, Inc. | 10-01404 |
| Ris Paper Company, Inc. | 10-01149 |
| Rite Cargo Express Inc. | 10-01286 |
| Rite Aid Corporation | 10-02529 |

| | |
|---|---|
| Riverside Manufacturing Group, Inc. dba Riverside Group | 10-01976 |
| Riverside Transport, Inc. | 10-02531 |
| R. J. Kimball Construction, Inc. | 10-02478 |
| RLB & Associates | 10-02479 |
| Steve D. Hodge dba Roadshop | 10-02668 |
| Roanoke Trade Services, Inc. and Navigators Insurance Company and Navigators Management (UK) Ltd. | 10-01154 |
| Roadlink USA East, L.L.C. | 10-02093 |
| Roadrunner Dawes Freight Systems, Inc. dba Roadrunner Transportation Services, Inc. | 10-01669 |
| Roberts Electric Motors, Inc. | 10-01915 |
| Rock-Tenn Company | 10-02741 |
| Rockford Industrial Equipment, Inc. dba Rockford Industrial Equipment | 10-01671 |
| Rogers Logistics Group, Ltd. dba Rogers Group | 10-01182 |
| Rogers Printing, Inc. | 10-01406 |
| Roosevelt Paper Company | 10-01361 |
| Roskam Automatic Machinery, Inc. | 10-02217 |
| Ross-Gage Inc. | 10-01185 |
| Rost Cleaning Services | 10-02532 |
| Rosie Deer Express, LLC | 10-01918 |
| Royal Freight, L.P. | 10-02694 |
| RSC Equipment Rental, Inc. | 10-01978 |
| RSV Engineering Inc. | 10-01159 |
| RTS Financial Service, Inc. | 10-01287 |
| All American Flooring, Inc. dba Rug Mart | 10-02533 |
| Rumble Trucking & Logistics, Inc. dba Rumble Trucking | 10-02480 |
| RWI Transportation LLC | 10-02095 |
| Rycoline Products, Inc. | 10-01410 |
| S & W Express, Inc. | 10-02742 |
| Safeguard Filter Company, Inc. | 10-01672 |
| James C. Ferebee dba Safety & Health Consultant | 10-01923 |
| Safetynet, Inc. | 10-02096 |
| Carey A. Wimberly, Jr. dba Sahira Trucking | 10-02534 |
| Saia Motor Freight Line, LLC fka Saia Motor Freight Line, Inc. | 10-01364 |
| Samuel Strapping Systems, Inc. | 10-01288 |
| Santa Fe Machine Works, Inc. | 10-02098 |
| SAS System Automation | 10-02535 |
| Savanna Pallets, Inc. | 10-01727 |
| Schott Farms, Inc. | 10-01413 |
| Schroeder Freight, Inc. | 10-02099 |
| School Specialty, Inc. | 10-01163 |
| Scout Sourcing, Inc. | 10-01289 |
| Scott-Gross Company, Inc. | 10-02100 |
| SD Direct Messenger Service, Inc. dba SD Direct Messenger Service | 10-01731 |
| Securitas Security Services, USA, Inc. | 10-02218 |
| John R. Seiberlich, Inc. dba Seiberlich Trane | 10-01927 |
| Sentinel Technologies, Inc. | 10-01933 |
| Sevenoaks Capital Associates, LLC fdba Sevenoaks Capital Corporation | 10-02696 |
| Shaw Material Handling Systems, Inc. | 10-01736 |
| Shaker Advertising Agency, Inc. | 10-01415 |
| Sharp Electronics Corporation | 10-02481 |
| Shackelford Enterprises, Inc. | 10-01980 |
| Shealy Electrical Wholesalers, Inc. | 10-02697 |

| | |
|---|---|
| Short Distribution, Inc. | 10-02538 |
| Shoals Transportation LLC | 10-01675 |
| Siemens Water Technologies Corp. | 10-02101 |
| Siemens Industry, Inc. fdba Siemens Building Technologies, Inc. | 10-02482 |
| Signode Service Business | 10-02539 |
| Signature Cards, L.P. | 10-01981 |
| Sigma Breakthrough Technologies, Inc. dba Sigma Breakthrough Tech | 10-01418 |
| SSA Security, Inc. dba Silverhawk Security | 10-02102 |
| Silver Streak, Inc. | 10-02698 |
| Illinois Tool Works Inc. dba Simco Company Inc. | 10-02220 |
| SimplexGrinnell L.P. | 10-02103 |
| Peradam, Inc. dba Sir Speedy Printing aka Sir Speedy | 10-02483 |
| Sitma, USA, Inc. | 10-02484 |
| S & L Factory Services, Incorporated | 10-01174 |
| Smith Cartage, Inc. | 10-01290 |
| Smokey Tranpsort, Inc. | 10-02485 |
| Snelling Staffing, L.L.C. dba Snelling Personnel Services | 10-02104 |
| Softchoice Corporation | 10-02540 |
| Sohal Brothers Inc. dba Sohal Bros. | 10-02105 |
| Solideal USA Inc. fdba Solideal Industrial Tire, Inc. | 10-02541 |
| SolTech, Inc. | 10-02075 |
| Sons & Brothers Trucking, LLC | 10-02222 |
| SOS Staffing Services, Inc. | 10-01291 |
| Alejandro Soto Chavez dba Soto Transportation, Inc. | 10-01189 |
| Southwest Logistics, Inc. | 10-01677 |
| Southern Material Handling Company | 10-02223 |
| Source, Inc. | 10-02700 |
| Southern Graphic Systems, Inc. | 10-02701 |
| The Jacobson Companies, Inc. dba Southwest Storage & Distribution L.L.P. | 10-01422 |
| Rexel, Inc. fdba Southland Electrical Supply | 10-02224 |
| Southeastern Laboratories, Inc. | 10-01948 |
| Source Business Forms Incorporated | 10-02486 |
| Southwest Material Handling, Inc. | 10-01743 |
| South East Carriers, Inc. | 10-01983 |
| Southern Instruments, Inc. | 10-02542 |
| Southern Industrial, LLC | 10-01953 |
| Southern Film Extruders, Inc. | 10-01955 |
| Spa Finder, Inc. dba SpaFinder, Inc. | 10-02225 |
| ProActive Ink dba Spectrum Industrial Services, Inc. | 10-01425 |
| Graphic Communications Union Local 527-S aka Specialties & Paper Product Union 527 | 10-02543 |
| Spectra Color Corporation | 10-01678 |
| Spectrum Supply Company | 10-02226 |
| Spiral Binding Company, Inc. | 10-01180 |
| Spirit Services Company | 10-01292 |
| Spirit Express Trucking, Inc. | 10-02107 |
| Sprint Nextel Corporation | 10-01428 |
| Sprint Print, Inc. | 10-02488 |
| SS Chad Express, LLC | 10-02702 |
| State Systems, Inc. | 10-01984 |
| Staples, Inc. | 10-01183 |
| Staffmark | 10-02703 |

| | |
|---|---|
| State Line Transport LLC | 10-02108 |
| Staffworks, LLC | 10-01192 |
| Steve's Bindery Service, Inc. | 10-01985 |
| Steadfast Transcontinent, Inc. | 10-01679 |
| Stefi Trans, Inc. | 10-02491 |
| Stewart & Stevenson Acquisition LLC dba Stewart & Stevenson | 10-01746 |
| Stix Transportation, Inc. dba Stix Transportaiton | 10-01958 |
| St. Louis Metallizing Company | 10-02079 |
| Newpage Wisconsin System Inc. fdba Stora Enso North America Corp. | 10-01366 |
| STP Bindery Services, Inc. | 10-01960 |
| Streamline Incorporated | 10-01293 |
| Strategic Selling Solutions | 10-02546 |
| Sunbelt Finance, L.L.C. | 10-01194 |
| Sunbelt Sales & Markting Associates, Inc. | 10-02547 |
| Sunteck Transport Co., Inc. dba Sunteck Transport Group, Inc. | 10-01682 |
| Sunray Printing Solutions, Inc. | 10-02110 |
| Sundown Express, LLC | 10-01430 |
| Support Products, Inc. | 10-01186 |
| Superior Saw Service, Inc. | 10-01683 |
| Michigan Trucking dba Super Service, Inc. dba GTS Transportation, LLC | 10-01750 |
| Superhot Messenger Service, Inc. | 10-01966 |
| Superior Electric Motor Service Inc. | 10-01752 |
| Sure Trucking, Inc. | 10-02706 |
| Susquehanna Air Conditioning Refrigeration Service, Inc. | 10-01294 |
| Sweetway Express Inc. | 10-01197 |
| Swift Transportation Co., Inc. | 10-01433 |
| Synergy Gas Corporation dba Synergy Gas, Inc. | 10-01684 |
| System Scale Corporation | 10-02492 |
| Systran Financial Services Corporation | 10-02549 |
| T & L Trucking, Inc. | 10-02707 |
| Totoket Wire Products Corporation dba Taconic Wire Corporation | 10-02493 |
| Resham S. Takhar dba Takhar Trucking | 10-01295 |
| The Tancor Corporation | 10-02708 |
| Tara Transport, Inc. | 10-02709 |
| Ontario Limited Financials dba TBN Transport | 10-02228 |
| TCI Business Capital, Inc. | 10-01436 |
| Technodiaman USA Inc. & Technodiamant Almere BV | 10-02494 |
| Eastman Kodak Company fdba Tech Services International, LLC | 10-02551 |
| Temp Star Staffing Ltd. dba Tempstar Staffing | 10-02710 |
| Doug Landry Enterprises, Inc. dba Tennessee Saw & Knife | 10-02495 |
| Tennessee Express, Inc. | 10-01296 |
| Terry Anderson dba Terry Anderson Trucking | 10-02496 |
| Tetra Tech, Inc. | 10-01989 |
| Textron Financial Corporation | 10-01199 |
| Tim G. Ivy dba TBI Mechanical | 10-01990 |
| Thermal Care, Inc. dba Thermal Care | 10-01438 |
| Thermal Label Warehouse, Inc. | 10-01967 |
| Thermalair, Inc. | 10-02229 |
| Thiele Technologies, Inc. dba Thiele Technologies | 10-01755 |
| Think Ink, Inc. | 10-02554 |
| Thoroughbred Direct Intermodal Services, Inc. | 10-01370 |
| Tibbetts Electric, Inc. | 10-01991 |

| | |
|---|---|
| Tiger Electric, Inc. | 10-01297 |
| Tim's Trucking | 10-01968 |
| Titan Transfer, Inc. | 10-01202 |
| IKS Klingelnberg Gmbh dba TKM United States, Inc. | 10-01443 |
| To-Jo Mushrooms, Inc. dba To Jo Mushrooms Transportation LLC | 10-01686 |
| Tokarz Transportation, LLC | 10-01758 |
| YMH-Torrance, Inc. fdba Torrance Electric Company, Inc. | 10-02230 |
| Total Lubrication Services & Supplies, LLC & Total Lubrication Services LLC dba Total Lubrication Services | 10-02497 |
| Atlanta Fork Lifts, Inc. dba Toyota Forklifts of Atlanta | 10-02498 |
| Ingersoll Rand Co. dba Trane Company | 10-01205 |
| Transport Clearings East, Inc. dba Transport Clearings LLC | 10-01298 |
| Trade Winds Transit, Inc. | 10-01208 |
| Transportation Alliance Bank Inc. | 10-01449 |
| Transport Distribution Company | 10-01992 |
| Transportation Specialists, Inc. | 10-01762 |
| Transportation Management Services, Inc. | 10-02557 |
| Tradewinds Transportation, LLC | 10-01299 |
| Transport Denis Cyr | 10-02114 |
| Transportation Consultants, Inc. | 10-02231 |
| Trenton Industrial Laundry. | 10-02232 |
| Trenton Mills, LLC | 10-02501 |
| T.S. Expediting Services, Inc. aka Tri-State Expedited Service, Inc. | 10-01688 |
| Trius Trucking, Inc. aka Trius Truckline Inc. | 10-01195 |
| Tri State Belting | 10-02561 |
| Turn Around Trucking, Inc. | 10-01693 |
| TWM, Inc. dba Norrell Services | 10-02757 |
| Uline Inc. dba Uline Shipping Supply | 10-02562 |
| Ultimate Finish Inc. | 10-01766 |
| United Parcel Service, Inc. | 10-01210 |
| United Rentals, Inc. | 10-02713 |
| Union Pacific Railroad | 10-01454 |
| West Tennessee Express, Inc. and First South Bank | 10-02505 |
| United Industrial Services, Inc. and United Oil Recovery, Inc. | 10-02563 |
| Univar USA Inc. | 10-02564 |
| UniFirst Corporation | 10-02714 |
| Uniglobe Courier Services, Inc. | 10-01970 |
| UniStaff LLC | 10-02233 |
| Universal Am-Can Ltd | 10-01696 |
| United Mail, LLC | 10-01301 |
| Universal Funding LLP | 10-02565 |
| Unit Cargo Container Line, Inc. | 10-02566 |
| Universal Color Corporation, Inc. | 10-02080 |
| Unilever United States, Inc. | 10-01198 |
| UPM-Kymmene, Inc. | 10-01372 |
| UPromise, Inc. | 10-01302 |
| UPS Supply Chain Solutions, Inc. dba UPS Freight | 10-01213 |
| USA Truck, Inc. | 10-01373 |
| U.S.A. Cartage, Inc. | 10-01455 |
| USF Holland, Inc. | 10-01201 |
| USF Reddaway, Inc. | 10-01303 |
| US Industrial Sales, Inc. | 10-02567 |
| Tricom Inc. of Milwaukee and StaffCo Management Group, Inc. | 10-01216 |

| | |
|---|---|
| Valco Cincinnati, Inc. dba Valco Melton | 10-02081 |
| Valley Industrial Rubber Products Co., Inc. | 10-01206 |
| Dunn Paper, Inc. and Valentine Paper, Inc. | 10-02234 |
| Max Pak Corp. fka Van Pak Corporation | 10-01994 |
| Vaughan's Industrial Repair, Inc. dba Vaughan's Industrial Repair Co. | 10-01771 |
| Vaughan Baugh Express, Inc. | 10-02235 |
| Vedior Holding US, Inc. | 10-02116 |
| Veemetco, Inc. | 10-01217 |
| Vertis, Inc. | 10-02117 |
| Vercusky Painting, Inc. | 10-02673 |
| Victor Envelope Company | 10-02083 |
| Victors Tech Cleaning | 10-02006 |
| VideoJet Technologies Inc. | 10-01457 |
| Vincent Electric Company | 10-01702 |
| Virginia Specialties Products | 10-02507 |
| Vitran Express, Inc. | 10-01209 |
| Vitesse Transport Corporation | 10-02718 |
| VM Ware, Inc. | 10-01779 |
| Vouk Transportation, Inc. | 10-02236 |
| Vulcan, Inc. | 10-01995 |
| Walt Powley Inline, Inc. | 10-01218 |
| Warco Transportation, Inc. | 10-01460 |
| Waste Management, Inc. | 10-02719 |
| Waste Industries, Inc. & Waste Industries LLC & Waste Industries | 10-02118 |
| Watts Bindery Service LLC | 10-01704 |
| WCJ - Pilgrim Wire, LLC | 10-01304 |
| Web Printing Controls, Company Incorporated | 10-01219 |
| Weber Paper Company | 10-01706 |
| Wedco, Inc. | 10-01788 |
| Weiss Bros. of Hagerstown, Inc. | 10-01707 |
| Wells Fargo Central Bank & Wells Fargo & Company dba Wells Fargo Bank | 10-02509 |
| Wesco International, Inc. dba Wesco Distributors | 10-02720 |
| Westaff (USA), Inc. | 10-01305 |
| Western Innovations, Inc. | 10-02721 |
| West Wind Express, Inc. | 10-02510 |
| Wholesale Equipment of Fresno, Inc. dba Wholesale Equipment | 10-02119 |
| WIJT Technology, Inc. | 10-02014 |
| Wiley & Wilson, Inc. dba Wiley & Wilson | 10-02016 |
| Wilderness Transport | 10-02511 |
| Windy Hill Foliage, Inc. | 10-02018 |
| Wise Staffing Services, Inc. | 10-01215 |
| Wood Personnel Services dba WPS | 10-02238 |
| Mail Tech, LTD dba World Marketing, Inc. dba World Marketing Atlanta dba World Marketing Chicago | 10-01222 |
| World Wide Mailers Ltd. | 10-02513 |
| World Marketing, Inc. dba World Marketing Chicago and Mail Tech, Ltd. dba World Marketing Chicago | 10-02674 |
| Workforce Resources, Inc. | 10-02722 |
| Worksource dba Worksource, Inc. | 10-01791 |
| Wyndham Worldwide Corporation dba Wyndham Hotel Group and WWC Supplier Services Inc. | 10-01463 |
| U.S. Xpress, Inc. dba Xpress Direct | 10-01375 |

| | |
|---|---|
| Xynatech, Inc. | 10-02570 |
| Yale Trucks Kentuckiana, Inc. dba Yale Kentuckiana Inc. | 10-02000 |
| Yankee Courier Services, LLC | 10-02001 |
| Yankee Pallet Products, Inc. | 10-02572 |
| Yarmouth Lumber, Inc. | 10-02019 |
| Yard Masters, Inc. | 10-02573 |
| YRC Inc. fka Yellow Transportation Inc. | 10-01306 |
| Yes Express, Inc. | 10-02723 |
| YLR Express LLC | 10-02744 |
| York Freight, Inc. | 10-02574 |
| Yusen Air & Sea Service (U.S.A.) Incorporated | 10-02120 |
| Schneider Graphics, Inc. dba Zappen Press, Inc. | 10-01467 |
| Zep Manufacturing Companym | 10-02514 |
| Zilly Transportation Services LLC aka Zilly Transportation | 10-02002 |

Mike Harris, President
**AB Trucking**
725 Industrial Road
Halls, TN 38040

Dawn Arnold, Esq.
Rattet, Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue
Harrison, NY 10528
(Counsel for **Advance Business Capital
LLC**)

Jennifer Eyler, Esq.
Allegis Group
7301 Parkway Drive
Hanover, MD 21076
(Counsel for **Allegis Group, Inc. dba
Aerotek Commercial Staffing**)

Rosendo Gonzalez, Esq.
Gonzalez & Associates
515 S. Figueroa Street, Suite 1970
Los Angeles, CA 90071
(Counsel for **Luis A. Rodriguez dba All
Transport aka Alll Transport**)

Walt Hinz, Vice President
**Amsan, LLC fdba Eve Incorporated**
1830 North 109th East Avenue
Tulsa, OK 74116

Andrew Cha, RegAgt/Principal
**Colorscope dba Andrew Cha International,
Inc.**
4867 Melrose Avenue
Los Angeles, CA 90029

Mark Haut, Esq.
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103
(Counsel for **AT& T Inc.**)

Christopher Gresh, Esq.
Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174
(Counsel for **Athens Paper Company, Inc.**)

Michael Shiner, Esq.
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(Counsel for **Cavert Wire Company, Inc.**)

E. Franklin Childress, Jr.
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(Counsel for **Central Lewmar LLC dba
Strategic Paper Group**)

Steven Sheldon, Esq.
Day Pitney LLP
P.O. Box 1945
Morristown, NJ 07962
(Counsel for **Colter & Peterson, Inc.**)

Paula Berkeley, Esq.
Preference Claim Analysis & Resolution
2003 Pleasant Hill Road, Suite 16
Sebastopol, CA 95472
(Counsel for **DHL Express (USA), Inc. and
DHL Express Ltd.**)

Dennis Nolan, Esq.
Anderson Kill & Olick P.C.
1251 Avenue of the Americas
New York, NY 10020
(Counsel for **Express Personnel Services
Inc.**)

Robert Ross, Esq.
Federal Express Corporation- Legal Dept.
3620 Hacks Cross Rd, Bldg B, 2nd Floor
Memphis, TN 38125
(Counsel for **Federal Express Corporation**)

Jared Kemper, Esq.
Foley & Mansfield PLLP
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401
(Counsel for **General Electric Capital
Corporation**)

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **Gould Paper Corporation fdba
Town Paper Corporation**)

E. Franklin Childress, Jr.
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(Counsel for **International Paper Company
dba Xpedx**)

Andrew Muller, Esq.
Platzer, Swergold, Karlin, Levine, Goldberg
& Jaslow, LLP
1065 Avenue of the Americas, 18th Fl.
New York, NY 10018
(Local Counsel for **Labor Ready, Inc.**)

Magdalena Bragun, Esq.
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
(Counsel for **Labor Ready, Inc.**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **C. O. Minot & Son Industrial**)

James Rollins, Esq.
Holland & Knight LLP
1201 West Peachtree NE, Suite 2000
Atlanta, GA 30309
(Counsel for **Nationwide Magazine & Book
Distributors, Inc.**)

David Lamb, President
**Ovalstrapping, Incorporated**
206 Firman Street
Hoquiam, WA 98550

Branko Vukotic, President
**Legacy PMI, Inc. fka Packaging Machines
International, Inc.**
2709 Sheridan Raod
Buffalo Grove, IL 60089

Gregg Ficks
Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building, Suite 200
San Francisco, CA 94111
(Counsel for **Pacific Material Handling
Solutions, Inc. dba Yale-Pacific Material
Handling**)

Craig Helmreich, Esq.
Scopelitis, Garvin, Light, Hanson & Feary
10 W. Market Street, Ste 1500
Indianapolis, IN 46204
(Counsel for **Performance Transportation
Corp.**)

David Primack, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street
Wilmington, DE 19801
(Counsel for **Robert Half International Inc.
dba Creative Group**)

John Mills, President
**The Sanders Truck Transportation
Company, Incorporated**
3969 Goshen Industrial Boulevard
Augusta, GA 30906

Larry W. Bullard, President
**SOS Services, LLC dba SOS Services**
1913 Mare Road
Warrington, PA 18976

Steven Wells
Hodgson Russ, LLP
The Guaranty Bldg, 140 Pearl St, #100
Buffalo, NY 14202
(Counsel for **Tembec USA LLC**)

David Cocke, Esq.
Evans Petree PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
(Counsel for **Tri-State Armature &
Electrical Works Inc. dba Tri-State
Electric of Jonesboro**)

Fred Stevens, Esq.
Fox Rothschild LLP
100 Park Avenue, Ste. 1500
New York, NY 10017
(Local Counsel for **Unisource Worldwide,
Inc. dba Unisource Corporation**)

Kathleen Aiello, Esq.
Fox Rothschild LLP
100 Park Avenue, Ste. 1500
New York, NY 10017
(Counsel for **Unisource Worldwide, Inc.
dba Unisource Corporation**)

Patrick Orr, Esq.
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017
(Local Counsel for **Wesco Distribution, Inc.
dba Englewood Electrical Supply**)

Helen Ward, Esq.
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
(Counsel for **Wesco Distribution, Inc. dba
Englewood Electrical Supply**)

Summer Bourne, Esq.
Rafool & Bourne, P.C.
411 Hamilton Blvd., Suite 1600
Peoria, IL 61602
(Counsel for **4B Elevator Components
Limited dba 4B Components Ltd. dba 4B
Braime Elevator Components Ltd.**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **A&L Janitorial Services dba
A&L Services**)

Officer, Managing Agent, Or General Agent
A & L Logistics, Inc.
2554 Riverside Rd
Valdosta, GA 31601

Patrick Carothers, Esq.
Thorp Reed & Armstrong, LLP
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
(Counsel for **A2N, Inc. dba A2N Equipment
Repair Inc.**)

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **The Aaron Group dba Aaron
Direct**)

Enrique Santacana, President
**ABB Inc.**
12040 Regency Parkway
Cary, NC 27518-7707

Les Agner, RegAgt/Principal
**A B C Building Maintenance, Inc.**
2617 Milledgeville Rd.
Augusta, GA 30904

Officer, Managing Agent, Or General Agent
**ABC Temp Service Inc.**
889 Dorchester Avenue, Suite 123
Dorchester, MA  02125

Steven J. Schmidt, Chief Executive Officer
**Abraham Technical Services Inc. dba
AbeTech dba AbeTech Bar Code Solutions**
12560 Fletcher Lane #100
Rogers, MN  55374

Shaun McCaffrey, Esq.
Arkansas Best Corp.
P.O. Box 10048
Fort Smith, AR  72901
(Counsel for **ABF Freight System, Inc.**)

Officer, Managing Agent, Or General Agent
**Acadia Group, Inc. dba Acadia Group
LLC**
8705 Perimeter Park Blvd Ste 7
Jacksonville, FL  32256

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA  15219
(Counsel for **Precious Metals Recycling dba
Accurate Recovery Systems**)

John Shu, RegAgt/Officer
**Accuprepress, Inc.**
4640 Darien Street
Torrance, CA  90503

George Erwin, III, Esq.
Schmidt, Darling & Erwin
2300 North Mayfair Road, Suite 1175
Milwaukee, WI  53226
(Counsel for **Ace World Wide Air Freight
Co., Inc.**)

Daniel Risner, President
**Acme Graphic Arts Finishing, Inc.**
6200 Malbury Way
Vernon, CA  90058

Daniel J. Foley, President
**Randstad Professionals US, LP fka Acsys
Inc.**
60 Harvard Mill Square
Wakefield, MA  01880

Dr. Lonny Reisman, Officer
**Active Health Management, Inc.**
102 Madison Avenue
New York, NY  10016

Constantine Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Ave., 20th Floor
New York, NY  10022
(Counsel for **Actega Kelstar, Inc.**)

Officer, Managing Agent, Or General Agent
**Tej Bandhu Group dba Adaan Business
Solutions Pvt. Ltd.**
88 Bahadurshah Zafar Marg
New Delhi, DL  110002

David Signorile, President
**ADI Logistics**
45 Saw Mill Pond Rd
Edison, NJ  08817

Howard R. Adrian, Principal
**Adrian Trucking, Inc.**
705 Highway 78 East
Richland, IA  52585

J. Brualdi Ulysses, Jr., President
**ADT Security Systems, Inc.**
300 Interpace Parkway
Parsippany, NJ  07054

Leo Gibbons
MacElree Harvey, Ltd.
17 West Miner Street
West Chester, PA  19381
(Counsel for **A. Duie Pyle, Inc.**)

Bruce Davis, Chief Executive Officer
**Advance Chemical and Paper Company,
Inc. dba Advance Chemical Company**
1212 New Savanah Road
Augusta, GA 30901

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **Advanced Industrial Services,
Inc.**)

Leo Sheridan, Officer
**Advanced Resources LLC**
200 West Jackson Street Suite 1700
Chicago, IL 60606

Julie K. Yamashita, President
**Advantage-Vendco Trucking dba
Advantage Corp.**
5775 Stella Drive
Sun Valley, NV 89433

Rodney Sumpter, Esq.
Attorney at Law
139 Vassar Street
Reno, NV 89502
(Counsel for **Advantage Corp.**)

Deborah Devan, Esq.
Neuberger, Quinn, Gielen, Rubin & Gibber,
P.A.
One South Street, 27th Floor
Baltimore, MD 21201
(Counsel for **Advantage Book Binding, Inc.**)

Officer, Managing Agent, Or General Agent
**Advanced Web**
600 Hoover Street NE Suite 500
Minneapolis, MN 55413

Malcolm Futhey, III, Esq.
Farris, Bobango, Branan PLC
40 S. Main St., Suite 2000, One Commerce
Squa
Memphis, TN 38103
(Counsel for **Advance Electric Co. Inc.**)

Thoma K. Breslin, President
**AEC, Inc.**
1100 East Woodfield Road Suite 550
Schaumburg, IL 60173

Francois Cartier, Esq.
Affilidated Custom Brokers Ltd.
193 West Service Road
Champlain, NY 12919
(Counsel for **Affiliated Customs Brokers
USA, Inc.**)

Keith Allen, Esq.
Mandell Menkes LLC
333 West Wacker Drive, Suite 300
Chicago, IL 60606
(Counsel for **Affordable Office Interiors,
Inc.**)

Mark Sandlin, Esq.
Goldberg Simpson, LLC
9301 Dayflower Street
Prospect, KY 40059
(Counsel for **Ahead Human Resources
Franchise Corp.**)

Christopher Candon, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110
(Counsel for **Ahold Financial Services,
LLC**)

Jack Thomas, Officer
**AIM Applied International Motion &
Applied International Motion LLC dba
AIM Applied International Motion, Inc.**
1615 Yeager Avenue
La Verne, CA 91750

Stephen Turman, Esq.
Moritt, Hock, Hamroff & Horowitz, LLC
400 Garden City Plaza, Ste. 202
Garden City, NY 11530
(Local Counsel for **Airgas Safety, Inc.**)

Kathleen Miller, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
Wilmington, DE 19899
(Counsel for **Airgas Safety, Inc.**)

Timothy Tighe, Jr., Esq.
Bolen Robinson & Ellis, LLP
202 South Franklin, 2nd Floor
Decatur, IL 62523
(Counsel for **Air Stamping, Inc.**)

Kate Bradley, Esq.
Brouse McDowell LPA
388 South Main Street, #500
Akron, OH 44311
(Counsel for **Air Draulics Engineering Co.**)

Lynn Vick, RegAgt/Principal
**Air-OHeat & Air Conditioning, Inc.**
115 South Main
Stillwater, OK 74076

Cynthia Feeley, Esq.
Feeley & Associates, P.C.
161 North Clark Street, Suite 4700
Chicago, IL 60601
(Counsel for **Air Flo dba Air Flow Spray
Equipment Co.**)

Vickie Driver, Esq.
Pronske & Patel, P.C.
2200 Ross Avenue, Suite 5350
Dallas, TX 75201
(Counsel for **Air Mac, Inc.**)

Alan Steiden, RegAgt/Principal
**Air Systems, LLC dba Air Systems, Inc.**
4512 Bishop Lane
Louisville, KY 40218

Mark Goldstein, Esq.
Lowe, Stein, Hoffman, Allweiss & Hauver,
L.L.P.
701 Poydras St, Suite 3600
New Orleans, LA 70139
(Counsel for **Air Systems Design, Inc.**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **AIS Graphic Services, Inc.**)

Andy Schwartz, President
**A.J. Adhesives, Inc.**
4800 Miami
Saint Louis, MO 63116

Diane M. Delfarno, President
**A.J. Transportation, Inc.**
530 Mohassuck Industrial Highway
Lincoln, RI 02865

Alan L. Shirley, RegAgt/President
**Alan's Industrial Waste Service, Inc.**
3145 Chandler's Mill Road
Ridgely, TN 38080

Kevin Larner, Esq.
Riker, Danzig, Scherer, Hyland & Perretti,
LLP
One Speedwell Avenue
Morristown, NJ 07962
(Counsel for **Allied Hose & Belting Co., Inc.
and Allied Rubber & Gasket, Inc.**)

Courtney Gilmer, Esq.
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
211 Commerce Street, Suite 1000
Nashville, TN 37201
(Counsel for **E. Roberts Alley & Associates,
Inc. dba Alley & Associates, Inc.**)

Ronald Horowitz, Esq.
Attorney at Law
14 Tindall Road
Middletown, NJ 07748
(Counsel for **Alliance Shippers, Inc.**)

Scott Schuster, Esq.
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
(Counsel for **All Freight Delivery Service, Inc.**)

David Cohen, Esq.
Law Office of David E. Cohen, P.C.
55 West Monroe Street, Suite 600
Chicago, IL 60603
(Counsel for **Allstates Transportation Company**)

Bill Vehrs, Principal
**All-Ways Trucking OT, LLC**
3639 Aviation Way
Medford, OR 97504

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **All Points Packaging and Distribution, Inc.**)

Victor Reckmeyer, II, Esq.
Donner & Reckmeyer LLP
4701 North Port Washington Road
Milwaukee, WI 53212
(Counsel for **All Modes Transport, Inc.**)

Allan Sarver, Esq.
Allan D. Sarver, Attorney at Law
16027 Ventura Boulevard, Suite 660
Encino, CA 91436
(Counsel for **All Direct Mail Services, Inc.**)

Max Smith, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
(Counsel for **All Star Personnel, Inc.**)

Patricia Heer, Esq.
Duane Morris LLP
1540 Broadway
New York, NY 10036
(Counsel for **Amalgamated International LTD dba Amalganated International LTD dba Amalgamated International LTD**)

K. Helen Yu
American Airlines, Inc.
4333 Amon Carter Blvd., MD 5675
Fort Worth, TX 76051
(Counsel for **American Airlines, Inc.**)

Ronald Barliant, Esq.
Goldberg Kohn Ltd.
55 East Monroe St., Suite 3700
Chicago, IL 60603
(Counsel for **American Roller Company, LLC**)

Tom P. Kandris, President
**American River Packaging, Inc. aka American River PackageOne**
4225 Pell Drive
Sacramento, CA 95838-2533

Fred Stevens, Esq.
Fox Rothschild LLP
100 Park Avenue, Ste. 1500
New York, NY 10017
(Local Counsel for **Amerigas Propane, L.P.**)

Raymond Patella, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
(Counsel for **Amerigas Propane, L.P.**)

Stephen Turman, Esq.
Moritt, Hock, Hamroff & Horowitz, LLC
400 Garden City Plaza, Ste. 202
Garden City, NY 11530
(Local Counsel for **America Direct, Inc.**)

Geoffrey Treece
Quattlebaum, Grooms, Tull & Burrow PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
(Counsel for **America Direct, Inc.**)

Eric Monzo, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899
(Counsel for **American Packaging
Distributors Corp.**)

Michele Brown, Principal
**Ameritemps**
6100 Rockside Woods Boulevard Suite 350
Independence, OH 44131

Russell Hall, Esq.
DeGrand, Reardon & Hall, P.C.
517 Ludington St.
Escanaba, MI 49829
(Counsel for **A.M. Express, Inc.**)

Marshall Turner, Esq.
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(Local Counsel for **American Central
Transport, Inc.**)

Michael Fielding, Esq.
Blackwell, Sanders, Peper and Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(Counsel for **American Central Transport,
Inc.**)

Bruce Gorden, Principal
**American Freight Factors**
635 North Plaza Drive
Visalia, CA 93290-9327

Clayton Davidson, Esq.
McNees, Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17108
(Counsel for **Team Ten LLC dba American
Eagle Paper Corp.**)

William Callahan, Esq.
LeClair Ryan
1800 Wachovia Tower, Drawer 1200
Roanoke, VA 24006
(Counsel for **Appalachian Machine,
Incorporated dba American Marketing
Sales Company**)

Liese Howarth, Esq.
Gallagher & Howarth, PC
68 Bridge Street, Suite 207
Suffield, CT 06078
(Counsel for **A.M. Transport Services, Inc.**)

Michael Amato, Esq.
Ruskin Moscou Faltischek P.C.
1425 RXR Plaza
Hempstead, NY 11556
(Counsel for **Anchor Computer, Inc.**)

Donald Anderson, President
**Anderson Material Handling Co.**
223 Wohlsen Way
West Lancaster, PA 17603

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Local Counsel for **Apex Capital LP fka
Apex Capital Corp.**)

Mark Gilbert, Esq.
Coleman Talley LLP
910 North Patterson Street
Valdosta, GA 31601
(Counsel for **Apex Capital LP fka Apex Capital Corp.**)

Randy Nuckolls, Credit Manager
**API Foils Inc.**
3841 Greenway Circle
Laurence, KS 66046

Robert Somma, Esq.
Posternak Blankstein & Lund LLP
800 Boylston Street
Boston, MA 02199
(Counsel for **Apollo Security, Inc.**)

Fariborz Ghamarifard, RegAgt/Principal
**Apollo Couriers, Inc.**
1039 West Hillcrest Boulevard
Inglewood, CA 90301

Kate Bradley, Esq.
Brouse McDowell LPA
388 South Main Street, #500
Akron, OH 44311
(Counsel for **Applied Industrial Technologies, Inc.**)

Bernard Howroyd, President
**Howroyd-Wright Employment Agency, Inc. dba Apple One Employment Services**
327 West Broadway
Glendale, CA 91204-1301

Thomas Counts, Esq.
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
(Counsel for **Apple Inc. fka Apple Computer, Inc.**)

Sheila Schwager
Hawley, Troxell, Ennis & Hawley
877 Main Street, Suite 1000
Boise, ID 83702
(Counsel for **Aramark Uniform & Career Apparel, LLC dba Aramark Uniform Services**)

Michelle Greenberg, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(Counsel for **Argyle Transport Services**)

Ronald Chorches, Esq.
Law Offices of Ronald I. Chorches, LLC
449 Silas Deane Hwy, 2nd Floor
Wethersfield, CT 06109
(Counsel for **Arico Engineering, Inc.**)

David McCormick, President
**Ariba, Inc.**
210 Sixth Avenue
Pittsburgh, PA 15222

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Armstrong Transportation & Trailers, LLC**)

L. Judson Todhunter, Esq.
Howard and Howard
200 South Michigan Avenue, Suite 1100
Chicago, IL 60604
(Counsel for **Art Tape and Label Corporation**)

Dwight Haygood, Jr.
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202
(Counsel for **Air Service and Parts Sales Inc. dba ASAP Service and Parts**)

Reginald Jackson, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
(Counsel for **Ashland Inc. dba Ashland Chemical Co.**)

Thomas Slome, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, NY 11530
(Counsel for **ASL Distribution Services Ltd.**)

David E. Rainsford, President
**Associated Steam Specialty Company**
3709 Jones Street
Drexel Hill, PA 19026-2300

Jared Ullman, Esq.
Rattet, Pasternak & Gordon-Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528
(Counsel for **Assist Financial Services, Inc.**)

Alyson Fiedler, Esq.
Schiff Hardin LLP
900 3rd Avenue
New York, NY 10022
(Counsel for **Marubeni America Corporation fdba Integrated Resources Holdings, Inc. fdba A.T. Clayton & Co., Inc.**)

Richard F. Gimmel Jr., RegAgt/President
**Atlas Machine and Supply, Inc.**
7000 Gloval Drive
Louisville, KY 40258

Henry Wang, Esq.
Gray Plant Mooty
500 IDS Ctr/80 S. Eighth St.
Minneapolis, MN 55402
(Counsel for **Anderson Trucking Service, Inc. dba ATS, Inc.**)

Paul Labov, Esq.
Edwards Angell Palmer and Dodge LLP
750 Lexington Avenue
New York, NY 10022
(Counsel for **Austrian Machine Corp.**)

Eugene Bosak, Owner
**Auscor Transportation dba Auslander Corp./Auscor Trans.**
50 Emerald Lane
Old Bridge, NJ 08857

Daphne Golliher, Esq.
The Williams Firm
1850 Mt. Diablo Blvd., Suite 340
Walnut Creek, CA 94596
(Counsel for **The Avogadro Group, LLC**)

Curtiss Bonneville, Esq.
Bonneville & Cramer
929 North Grand Avenue
West Covina, CA 91791
(Counsel for **B & K Electric Wholesale**)

Bogdan Sieczkowski, Owner
**B&S Trucking of Jackson, LLC**
466 Cook Road
Jackson, NJ 08527

Brian Duva, Esq.
Mozley, Finlayson & Loggins
5605 Glen Ridge Drive, Suite 900
Atlanta, GA 30342
(Counsel for **Bah Express, Inc.**)

Abigail Snow, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169
(Counsel for **East Chicago Machine Tool Corporation dba Balemaster**)

Officer, Managing Agent, Or General Agent
**Balley Transportation Corp.**
1800 East State St
Trenton, NJ 08618

Christopher Gresh, Esq.
Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174
(Counsel for **BNBS, Inc. dba Bank and Business Solutions**)

William Graham, Esq.
Graham, Ervanian & Cacciatore, LLP
317 Sixth Avenue, Suite 900
Des Moines, IA 50309
(Counsel for **Barton Solvents, Inc.**)

Jon Newton, Esq.
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103
(Counsel for **Barnes Group Inc. dba Barnes Distribution**)

Benjamin Patterson
Lane & Waterman LLP
220 North Main Street, Suite 600
Davenport, IA 52801
(Counsel for **Barron Equipment Company, Inc.**)

David Fulton, Esq.
Scarborough, Fulton & Glass
701 Market Street, Suite 1000
Chattanooga, TN 37402
(Counsel for **Barcom, Inc.**)

Matthew Kaufman, Esq.
Attorney at Law
225m Broadway, Suite 1606
New York, NY 10007
(Local Counsel for **Barcoding, Inc. dba Barcoding.com Inc.**)

Vincent Guida, Jr., Esq.
Bowie & Jensen, LLC
29 West Susquehanna Avenue, Suite 600
Baltimore, MD 21204
(Counsel for **Barcoding, Inc. dba Barcoding.com Inc.**)

Bruce Downing, Esq.
Harrison & Johnston, PLC
21 s. Loudoun St.
Winchester, VA 22601
(Counsel for **Barrett Industries, Inc. dba Barrett Machine, Inc.**)

James R. Lindsay, RegAgt/Principal
**Barlow Transportation Services, Inc.**
1305 Grand DD SE
Faucett, MO 64448

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Local Counsel for **Tel-Comm Incorporated Barrett Graphic Services**)

Vickie Driver, Esq.
Pronske & Patel, P.C.
2200 Ross Avenue, Suite 5350
Dallas, TX 75201
(Counsel for **Tel-Comm Incorporated Barrett Graphic Services**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **Baron's Express, Inc.**)

Officer, Managing Agent, Or General Agent
**Barnes Machine Shop, LLC**
209 N Pine St
Duvall, IL 62565

H.Theodore MacDonald, President
**Bay State Bindery, Inc.**
23 Drydock Avenue
Boston, MA 02210

Fred Stevens
Fox Rothschild LLP
100 Park Avenue, 15th Floor
New York, NY 10017
(Counsel for **Toron, Inc. dba BC Lucas Binders**)

Craig Helmreich, Esq.
Scopelitis, Garvin, Light, Hanson & Feary
10 W. Market Street, Ste 1500
Indianapolis, IN 46204
(Counsel for **B D Transportation, Inc.**)

Thomas L. Miller, President
**Bearings Manufacturing Co.**
1033 North Kolmar Avenue
Chicago, IL 60651

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Bearing Distributors, Inc.**)

Russell Savory, Esq.
Gotten, Wilson, Savory & Beard, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103
(Counsel for **Beasley Enterprises**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Beaver's Excavating, Inc.**)

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **Bell liquefied Gas, Inc.**)

Bruce Bemer, RegAgt/President
**Bemer Petroleum Corp. aka Bemer's**
210 Commerce Street
Glastonbury, CT 06033-2449

Timothy Tighe, Jr., Esq.
Bolen Robinson & Ellis, LLP
202 South Franklin, 2nd Floor
Decatur, IL 62523
(Counsel for **Bennett Metal Products, Inc.**)

Rachel Blumenfeld, Esq.
Law Office of Rachel Blumenfeld
26 Court Street, Suite 2400
Brooklyn, NY 11242
(Counsel for **Berg Grain & Produce, Inc. dba Berg Grain & Produce - Fargo**)

Barbara Yong, Esq.
Golan & Christie LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602
(Counsel for **Best Paper Company**)

John P. Wade, President
**Best-Wade Petroleum, Inc.**
Highway 51
Ripley, TN 38063

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Bestway Systems, Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Bestway Systems, Inc.**)

Alan Marder, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, NY 11530
(Counsel for **Bett-A-Way Traffic Systems Inc. dba Bett-A-Way Beverage Distributing, Inc.**)

Shanti Katona, Esq.
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
(Counsel for **B.G.R., Inc.**)

Officer, Managing Agent, Or General Agent
**B G Transport**
1312 Enterprise Drive, #H
Romeoville, IL  60446

David Preminger, Esq.
Keller Rohrback P.L.C.
700 Broadway Avenue, Suite 3200
New York, NY  10003
(Local Counsel for **Big Box Logistics LLC**)

Gary Gotto, Esq.
Keller Rohrback P.L.C.
3101 North Central Avenue, Suite 1400
Phoenix, AZ  85012
(Counsel for **Big Box Logistics LLC**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA  15219
(Counsel for **Binderyonics, Inc.**)

David Relkin, Esq.
Law offices of David Relkin
140 West 69th Street Suite 54B
New York, NY  10023
(Local Counsel for **Bind-Rite Services, Inc.**)

Steven Garber, Esq.
Steven M. Garber & Associates, A P.C.
1901 Avenue of the Stars, 11th Floor
Los Angeles, CA  90067
(Counsel for **Bind-Rite Services, Inc.**)

John Rowland, Esq.
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
211 Commerce Street, Suite 1000
Nashville, TN  37201
(Counsel for **Bindtech, Inc.**)

Douglas Tabachnik, Esq.
Law Offices of Douglas T. Tabachnik
Three Osage Drive
Old Bridge, NJ  08857
(Local Counsel for **Bindery 1, Inc.**)

Bradley Kruse, Esq.
Brown, Winick, Graves, Gross, Bakerville
and Schoenebaum PLC
666 Grand Ave, Suite 2000 Ruan Center
Des Moines, IA  50309
(Counsel for **Bindery 1, Inc.**)

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY  10018
(Counsel for **Binding Edge, Inc.**)

Jennifer Cranston, Esq.
Ciardi, Ciardi & Astin, P.C.
2005 Market Street, Suite 1930
Philadelphia, PA  19103
(Counsel for **Binswanger Corporate
Services, Inc. dba Binswanger**)

Arnold O. Rexroad, President
**Bindtech Products, Inc.**
2202 Wagner Street
Vandalia, IL  62471-4000

Scott Bachert, Esq.
Harned Bachert & McGehee PSC
324 East 10th Avenue
Bowling Green, KY  42101
(Counsel for **Beverage Industry Recycling
Program of Logan County, Inc. dba BIRP
of Logan County, Inc.**)

Duncan Jessiman, Chairman of the Board
**Bison Transport**
1001 Sherwin Road
Winnipeg, Manitoba,   R3H-0T8

Alex Pirogovsky, Esq.
Pirogovsky Fremderman, Ltd.
3100 Dundee Road, Suite 507
Northbrook, IL 60062
(Counsel for **BK Finance Group, Inc. dba
BK Finance Group**)

Anthony Marchese
McGlinchey Stafford PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130
(Counsel for **Blanchard Systems Inc.**)

Duane Weaver, Esq.
Horvath & Weaver, P.C.
10 S. LaSalle Street, Suite 1400
Chicago, IL 60603
(Counsel for **Blackjack Express, Inc.**)

Allen Levine, Esq.
Hofheimer Gartlir & Gross, LLP
530 Fifth Avenue
New York, NY 10036
(Local Counsel for **Blackhawk Transport,
Inc.**)

Jeffrey Armstrong, Esq.
Leo & Brooks, LC
200 Randolph Avenue, Suite 200
Huntsville, AL 35801
(Counsel for **Blackhawk Transport, Inc.**)

Allen Levine, Esq.
Hofheimer Gartlir & Gross, LLP
530 Fifth Avenue
New York, NY 10036
(Local Counsel for **Blackhawk Logistics,
LLC**)

Karl Leo, Esq.
LEO & BROOKS, LLC
200 Randolph Ave., Suite 200
Huntsville, AL 35811
(Counsel for **Blackhawk Logistics, LLC**)

Stephen Turman, Esq.
Moritt, Hock, Hamroff & Horowitz, LLC
400 Garden City Plaza, Ste. 202
Garden City, NY 11530
(Counsel for **Blackwater Logistics, Inc.**)

Alfred L. Cowles III, RegAgt/President
**Bluff City Distributing Company, Inc. dba
Bluff City Electronics**
3339 Fontaine Road
Memphis, TN 38116

Eric Zabicki, Esq.
Pick & Zabicki LLP
369 Lexington Avenue, 12th Floor
New York, NY 10017
(Counsel for **Loudon Street Electric Service,
Inc. dba Blue Ridge Electric Services**)

Kari Yeomans, Esq.
Lutz, Cornetet, Meyer & Rush
123 Boggs Lane
Cincinnati, OH 45246
(Counsel for **Blue Chip Mailing Services,
Inc.**)

Martin Shegog, President
**Blue Tick Express Inc.**
973 Country Club Drive
Kankakee, IL 60901

Fred Stevens, Esq.
Fox Rothschild LLP
100 Park Avenue, Ste. 1500
New York, NY 10017
(Counsel for **Blue Water Consolidators,
Inc.**)

Charles Kinsey, President
**Blue Collar Logistics, Inc.**
18302 Highway 392
Greeley, CO 80631

Linda Casey, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Philadelphia, PA 19103
(Counsel for **BNSF Railway Company and Jones Lang LaSalle Global Services - RR, Inc. fka Staubach Global Services - RR, Inc.**)

John McConnell, Esq.
Hargraves McConnell & Costigan, P.C.
420 Lexington Avenue, Suite 2101
New York, NY 10170
(Counsel for **Bonded Carriers, Inc.**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Bonus Transportation, Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Bonus Transportation, Inc.**)

James Bonzi, RegAgt/Principal
**Rudy Bonzi, Inc.**
2650 West Hatch Road
Modesto, CA 95358

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **The Newark Group, Inc. dba Book Covers, Inc.**)

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Local Counsel for **Bowling Green Rubber & Gasket Company, LLC dba Bowling Green Rubber & Gasket**)

Amanda Blakeman, Esq.
Bell, Orr, Ayers & Moore, P.S.C.
1010 College Street; P.O. Box 738
Bowling Green, KY 42102
(Counsel for **Bowling Green Rubber & Gasket Company, LLC dba Bowling Green Rubber & Gasket**)

Craig Cook, President
**Bow Finishing Company, Inc.**
27 Terrill Park Drive
Concord, NH 03302

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Local Counsel for **Branham Corporation**)

John Hilinski, Esq.
Attorney at Law
7851 Tanners Lane, Suite D
Florence, KY 41042
(Counsel for **Branham Corporation**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Bragg Mechanical Service**)

Steven Reingold, Esq.
Jager Smith P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
(Counsel for **Brisco Graphics LLC**)

Will Tansey
Ravich Meyer Kirkman McGrath Nauman & Tansey, P.A.
4545 IDS Center 80 South Eighth Street
Minneapolis, MN 55402
(Counsel for **Brown Printing Company East aka Brown Printing Co.**)

John Gallagher
Stockton Bates LLP
1617 JFK Blvd., Suite 1005
Philadelphia, PA 19103
(Counsel for **Brown Transmission and Bearing Company**)

Joseph Zapata, Jr., Esq.
Fox Rothschild LLP
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648
(Counsel for **Brodie System, Inc.**)

Christopher R. Obrien, RegAgt/Officer
**Brock, LLC**
4374 Contractors Common, Ste A
Livermore, CA 94551

Harvey Washington, Owner
**Brothers Trucking LLC**
712 North Watson Road, #222
Arlington, TX 76011

Francisco Connell, Esq.
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Ste 2600
Chicago, IL 60606
(Counsel for **Brokerage and Transportation Sales, Inc.**)

John Elstad, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(Counsel for **Brown Rudnick Berlack Israels LLP**)

Officer, Managing Agent, Or General Agent
**Brymag Transport Inc. and Jebco International**
505 av Meloche
Dorval, QC H9P2W2

Peter W. Terry, RegAgt/President
**BSP Warehousing and Distribution, Inc.**
11430 Ferrell Drive Suite 600
Dallas, TX 75234-9409

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Local Counsel for **Buckler Transport, Inc.**)

William Knecht, Esq.
McCormick Law Firm
835 West 4th Street
Williamsport, PA 17701
(Counsel for **Buckler Transport, Inc.**)

Craig Helmreich, Esq.
Scopelitis, Garvin, Light, Hanson & Feary
10 W. Market Street, Ste 1500
Indianapolis, IN 46204
(Counsel for **Buchanan Hauling & Rigging, Inc.**)

E. Franklin Childress, Jr.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(Counsel for **Bulkley Dunton Publishing**)

Officer, Managing Agent, Or General Agent
**Bulldog Freightway, Inc. dba Bulldog Trucking LLC**
7370 North Ciancetti Avenue
Fresno, CA 93722

Henry Wang, Esq.
Gray Plant Mooty
500 IDS Ctr/80 S. Eighth St.
Minneapolis, MN 55402
(Counsel for **Burgess Industries, Inc.**)

David Bloom, Esq.
Evans, Lowenstein, Shimanovsky & Moscardini, LTD
130 South Jefferson Street, Suite 500
Chicago, IL 60661
(Counsel for **Bush Motor Express, Inc.**)

Scott Rever, Esq.
Wasserman, Jurista & Stolz, P.C.
225 Millburn Avenue, Suite 207, POB 1029
Millburn, NJ 07041
(Counsel for **Butler Automatic Inc.**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Butler Color Press, Inc.**)

Officer, Managing Agent, Or General Agent
**Bureau of Worker's Compensation State
Insurance Fund dba BWC State Insurance
Fund**
30 W Spring St.
Columbus, OH 43215

Ronald Casaetto, Principal
**C&C Lift Truck, Inc.**
30 Parkway Pl.
Edison, NJ 08837

Diane Sparks, Owner
**C & D Trucking Company**
24563 Soto Road
Hayward, CA 94544

Ilissa Churgin Hook, Esq.
Yablonsky & Associates, LLC
1430 Route 23 North
Wayne, NJ 07470
(Local Counsel for **C & J Graphics, Inc. dba
C & J Graphics of the Carolinas, Inc.**)

Brian Bishop
Bishop, Daneman & Simpson, LLC
1400 South Charles Street
Baltimore, MD 21230
(Counsel for **C & J Graphics, Inc. dba C &
J Graphics of the Carolinas, Inc.**)

Christopher Hemrick, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
(Counsel for **C&W Pressroom Products
Unlimited**)

Ronald Coker, Owner
**C&W Machine**
700 Race Track Road
Lavinia, TN 38348

Leslie Barr
Windels Marx Lane & Mittendorf, LLP
156 W 56th Street
New York, NY 10019
(Counsel for **CAD Transportation, Inc.**)

Joseph A. Dzurenda, President
**Calhoun Distribution, Inc.**
4075 Windgap Avenue
Pittsburgh, PA 15204

Joseph Rusnak, Esq.
Tune, Entrekin & White, P.C.
315 Deaderick Street, Suite 1700
Nashville, TN 37238
(Counsel for **Callahan Packaging &
Fulfillment dba Callahan Packaging &
Fulfillment Co., Inc.**)

Timothy Wilson, RegAgt/President
**Ernest Packaging and Nevada Packaging,
Inc.**
5777 Smithway Street
Commerce, CA 90040

Officer, Managing Agent, Or General Agent
**California Trucking Inc.**
2618 West La Palma Ave.
Anaheim, CA 92801

David Blaylock, Esq.
Glankler Brown, PLLC
1700 One Commerce Square
Memphis, TN 38103
(Counsel for **Campbell Motor Lines, Inc.**)

Samuel Croweand, Esq.
Samuel P. Croweand Jesse T. Morrison
Attorneys at Law
3800 East Conours Street, Suite 300
Ontario, CA 91764
(Counsel for **Cameo Employment Services,
Inc. dba Cameo Employment Services**)

Officer, Managing Agent, Or General Agent
**Candar Technologies**
12 Arnold Street
Toronto, ON M8Z 5A6

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Counsel for **Capital Partners Financial
Corp. dba Freight Capital**)

Patrick Orr, Esq.
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017
(Local Counsel for **Carlton-Bates Company**)

Helen Ward, Esq.
Cohen & Grisby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
(Counsel for **Carlton-Bates Company**)

Robert Junghans, Esq.
Attorney at Law
2 Skillman Lane
North Oaks, MN 55127
(Counsel for **Carbigraphic Products
Corporation dba Carpigraphic Products**)

Marianna Williams, Esq.
Ashley, Ashley and Arnold
PO Box H
Dyersburg, TN 38024
(Counsel for **Care Petroleum Inc.**)

Rick Schell, Esq.
Law Offices of Richard D. Schell
1801 South 2nd Street, Suite 460
Mc Allen, TX 78503
(Counsel for **Cariweb Products, Inc.**)

JOnathan Jordan, Esq.
King & Spalding LLP
1180 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
(Counsel for **Caraustar Mill Group, Inc.**)

Daniel Fass
Klapper & Fass
170 Hamilton Avenue, Suite 318
White Plains, NY 10601
(Counsel for **Cargo Transportation
Services, Inc. dba Cargo Transportation
Services**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Cartage Plus**)

Roy Longacre, Esq.
Longacre & Associates
425 G Street, Suite 910
Anchorage, AK 99501
(Counsel for **Carlile Transportation
Systems, Inc.**)

Donald Carson, Owner
**Carson Trucking, Inc.**
2168 Highway 1394
East Bernstadt, KY 40769

David Rosenzweig, Esq.
Fulbright & Jaworski LLP
555 Flower St.
Los Angeles, CA 90071
(Local Counsel for **Cargo Network Services
Corporation**)

Kristian Gluck, Esq.
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
(Counsel for **Cargo Network Services Corporation**)

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **Case Paper Co., Inc.**)

Rachel Braunstein
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(Counsel for **Catalyst Paper (USA) Inc.**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **C.C. Jones Produce Trucking, Inc.**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **CCL Label, Inc.**)

Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd., Suite 118
Syosset, NY 11791
(Counsel for **CCP Industries, Inc.**)

Carlo Fiore
**CC Trucking, Inc.**
16675 Williams Street
Thornton, CO 80602

William Connelly, Esq.
Hinshaw & Culbertson LLP
222 North Lasalle Street, Suite 300
Chicago, IL 60601
(Counsel for **CD Consortium Corporation**)

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **Cellmark Paper, Inc.**)

Timothy Somen, Esq.
McFadden & Dillion, P.C.
120 South LaSalle, Suite 1335
Chicago, IL 60603
(Counsel for **Celtic Express, Inc.**)

Samuel Grego, Esq.
Dickie, McCamey & Chilcote, P.C.
2 PPG Place, Suite 400
Pittsburgh, PA 15222
(Counsel for **Centimark Corporation**)

Sarah Bryan, Esq.
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
(Counsel for **Centennial Bindery, LLC**)

Andrew Olsson, Esq.
Robinson & Wood, Inc.
227 N. 1st Street
San Jose, CA 95113
(Counsel for **Center for Hearing Health, Inc.**)

Keith Schofner, Esq.
Lambert, Leser, Isackson, Cook & Giunta, PC
916 Washington Avenue, Suite 309
Bay City, MI 48707
(Counsel for **Central Warehouse Company**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Century Intermodal Corporation**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Century Finance, LLC dba Century Finance**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Century Finance, LLC dba Century Finance**)

Stephen Packman, Esq.
Archer & Greiner, P.C.
2 Penn Plaza, Suite 1500
New York, NY 10121
(Counsel for **CGS Publishing Technologies International LLC**)

John Seeburger, President
**Chapel Hill Mfg. Co.**
431 Glenside Ave.
Laverock, PA 19038

Callan Yeoman, Esq.
Armstrong Teasdale LLP
One Metropolitan Square, Ste 2600
Saint Louis, MO 63102
(Counsel for **A.F. Chapman Corporation dba Chapman Corporation**)

Brian A. Seniw, President
**Chambersburg Machine Company, Inc.**
25481 Sunset Drive
Chambersburg, PA 17201

John S. Watson, Chief Executive Officer
**Chevron Corporation dba Chevron**
6001 Bollinger Canyon Rd V/2309D
San Ramon, CA 94583

Joseph Niebler, Jr., Esq.
Niebler, Pyzyk, Roth & Carrig LLP
N94 W17900 Appleton Avenue
Menomonee Falls, WI 53052
(Counsel for **Chema Technology, Inc.**)

Duane Weaver, Esq.
Horvath & Weaver, P.C.
10 S. LaSalle Street, Suite 1400
Chicago, IL 60603
(Counsel for **Chipper Express, Inc.**)

Robert B. Upton, RegAgt/Principal
**Chowchilla Precision Machine, Inc. dba Chowchilla Precision Machine**
115 Howell Rd
Sharon, CA 93610

John Wiehoff, Chief Executive Officer
**C.H. Robinson Worldwide, Inc. and C.H. Robinson Company**
14701 Charlson Rd.
Eden Prairie, MN 55347

Roy E. Christenson, RegAgt/Principal
**Christenson Transportation, Inc.**
2001 West Old Route Hwy. 66
Strafford, MO 65757

Jason Stitt, Esq.
Keating, Muething & Klekamp PLL
One E. 4th St., Suite 1400
Cincinatti, OH 45202
(Counsel for **Cintas Corporation**)

Philip Combs, Esq.
Attorney at Law
6601 Dixie Highway
Florence, KY 41042
(Counsel for **Circle J Enterprises**)

Karel Karpe, Esq.
White and Williams LLP
250 W. 34th St., Suite 4110
New York, NY 10119
(Local Counsel for **Cisco Systems, Inc.**)

Gaye Heck, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
(Counsel for **Cisco Systems, Inc.**)

Jason Roberts, Officer
**CJL Logistics, Inc.**
73 Galaxy Blvd., Unit 3
Toronto, ON M9W 5T4

Mark Frankel, Esq.
Backenroth Frankel & Krinsky, LLP
489 5th Avenue
New York, NY 10017
(Local Counsel for **Clark Worldwide
Transportation, Inc.**)

Clayton Davidson, Esq.
McNees, Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17108
(Counsel for **Clark Worldwide
Transportation, Inc.**)

Andrew Helfand, Esq.
Helfand & Helfand
60 East 42nd Street, Suite 1048
New York, NY 10165
(Local Counsel for **Clayton Machine &
Repair, Inc.**)

Jim Lyons, Esq.
Lyons & Cone, P.L.C.
PO Box 7044; 407 S. Main
Jonesboro, AR 72403
(Counsel for **Clayton Machine & Repair,
Inc.**)

Robert Biegler, Esq.
The Biegler Law Firm
725 University Avenue
Sacramento, CA 95825
(Counsel for **Clarklift-West, Inc. dba
Clarklift Teampower**)

Darrin Clack, RegAgt/Principal
**Clack Transportation, Inc. dba Clack
Transportation**
3160 Abbey Drive
Atlanta, GA 30331

Madison Martin, Esq.
Stites & Harbison, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
(Counsel for **Clark Container,
Incorporated**)

Timothy Nixon, Esq.
Godfrey & Kahn S.C.
780 North Water Street
Milwaukee, WI 53202
(Counsel for **Classroomdirect.com, LLC**)

Gregory Herkert
The Stolar Partnership LLP
911 Washington Avenue
Saint Louis, MO 63101
(Counsel for **The Clean Uniform Company
fdba Clean Uniform Services, Inc.**)

Mark Bodzioch, RegAgt/President
**Clean Rentals, Inc.**
355 Church Street
New Bedford, MA 02746

Everett Petronio, Jr.
Kalander & Shaw, Ltd.
931 Jefferson Blvd., Suite 2004
Warwick, RI 02886
(Counsel for **Clean Management, Inc.**)

Clint Davis, Esq.
Clint Davis, Esq., LLC
11900 Chester Village Drive
Chester, VA 23831
(Counsel for **Cleaners of America Corp.
dba Cleaners of America**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Jochero, Inc. dba Cleaning
Detail**)

Mark Salek, President
**Cleannet U.S.A., Inc.**
9861 Brokenland Pkwy.
Columbia, MD 21046

Sara Lorber, Esq.
The Law Office of William J. Factor, Ltd.
105 West Madison, Suite 400
Chicago, IL 60602
(Counsel for **Clipper Exxpress Company
dba Clipper Group**)

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **Clifford/Paper Inc.**)

Marie Clough, Owner
**Clough Trucking Co**
564 Old Country Rd
Dix Hills, NY 11746

Mario Kovatchev, RegAgt/Principal
**Clock Freight, Inc.**
437 Rozzi Place Suite 114
South San Francisco, CA 94080

Rick A. Sayler, Chief Executive Officer
**CMYK/Print 911, Inc. dba CMYK/Print
911**
356 Lein Rd
W. Seneca, NY 14224

Claude Mongeau, Chief Executive Officer
**Canadian National Railway Company dba
CN Rail**
935 De La Gauchetiere Street West 16th F
Montreal, QB H3B-2M9

Thomas Ambrosio, Esq.
Corrado & Martella, P.C.
921 Summit Avenue
Jersey City, NJ 07307
(Counsel for **Cobra Logistics, Inc.**)

Officer, Managing Agent, Or General Agent
**Cole Pallet Company, LLC dba Cole Pallet
Company**
5940 Highway 70 West
Camden, TN 38320

Anthony Covatta, Esq.
The Drew Law Firm Co., LPA
One West 4th Street, Suite 2400
Cincinnati, OH 45202
(Counsel for **Collins Ink Corporation**)

Michael J. Layton, RegAgt/Principal
**Cold Country Express, Inc.**
3030 24th Avenue South Suite 2
Moorhead, MN 56560

Dianea Bindon, President
**Colfax Envelope Corporation**
951 Commerce Court
Buffalo Grove, IL 60089

Daniel S. Swenson, RegAgt/Principal
**Colonial Iron Shop, Inc.**
15 Dust House Road
Enfield, CT 06082

Robert McGuckin, Esq.
King Laird, P.C.
373 East Main Street, Suite 101
Collegeville, PA 19426
(Counsel for **Compliance Management
International, Inc.**)

Eric Niedermeyer, Principal
**Compair Ohio**
9841 York-Theta Drive
Parma, OH 44133

Robert Milton, President
**Compressors & Tools, Inc.**
756 Westmoreland Drive
Tupelo, MS 38801-6522

Jared Ullman, Esq.
Rattet, Pasternak & Gordon-Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528
(Counsel for **Commercial Factors of Atlanta, Inc.**)

Paul Labov, Esq.
Edwards Angell Palmer and Dodge LLP
750 Lexington Avenue
New York, NY 10022
(Local Counsel for **Comdata Network, Inc.**)

William O'Bryan, Esq.
Miller & Martin LLP
1200 One Nashville Pl,150 Fourth Avenue North
Nashville, TN 37219
(Counsel for **Comdata Network, Inc.**)

Jerry L. Keen, RegAgt/Principal
**Commodore Express, Inc.**
482 Waldron Road
La Vergne, TN 37086-3547

Thomas McCaully, Chief Executive Officer
**Com-Pak Services, Inc.**
365 New Albany Road
Moorestown, NJ 08057

Marvin Coan, Esq.
Hummel Coan Miller & Sage
239 South 5th Street
Louisville, KY 40202
(Counsel for **Compressed Air Management, Incorporated**)

Jared Ullman, Esq.
Rattet, Pasternak & Gordon-Oliver, LLP
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528
(Counsel for **Comcap, LLC fka Commercial Capital Lending, LLC**)

Andrew Helfand, Esq.
Helfand & Helfand
60 East 42nd Street, Suite 1048
New York, NY 10165
(Local Counsel for **Commerce Warehousing, LLC**)

Jim Lyons, Esq.
Lyons & Cone, P.L.C.
PO Box 7044; 407 S. Main
Jonesboro, AR 72403
(Counsel for **Commerce Warehousing, LLC**)

Roy Flesh, Owner
**Concentric Sourcing**
2118 59th Street
Saint Louis, MO 63110

William Norton, III, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
(Counsel for **Cone Solvents, Inc.**)

Helen Ward, Esq.
Cohen & Grisby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
(Counsel for **Wesco Distribution, Inc. dba Control Corporation of America aka Control Corp. of America Div. of Wesco Distribution**)

George Faust, Q.C.
Attorney at Law
14 Lafayette Square, Suite 2006
Buffalo, NY 14203
(Counsel for **Control System Laboratories**)

James Wiant, Esq.
Rinke Noonan
Suite 300, U.S. Bank Plaza, P.O. Box 1497
Saint Cloud, MN 56302
(Counsel for **Continental Press, Inc. dba
Continental Press**)

Officer, Managing Agent, Or General Agent
**Concorde Refrigerated, Inc.**
6212 NE 14th St
Marquisville, IA 50313

Frank Johnstone, Esq.
Wilson Worley Moore Gamble & Stout PC
2021 Meadowview Lane, 2nd Floor
Kingsport, TN 37660
(Counsel for **Connelly Land Surveying**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Concept Financial Group,
Incorporated**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Conard Transportation,
Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Conard Transportation, Inc.**)

Kevin E. Conley, President
**Conley & Company, Inc.**
260 Franklin Street 18th Floor
Boston, MA 02110

Demetra Liggins, Esq.
Thompson & Knight LLP
919 Third Avenue, 39th Floor
New York, NY 10022
(Local Counsel for **Consolidated Graphics,
Inc. dba Consolidated Printing Solutions**)

Allison Byman, Esq.
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX 77002
(Counsel for **Consolidated Graphics, Inc.
dba Consolidated Printing Solutions**)

George Shuster, Jr., Esq.
WilmerHale
60 State Street
Boston, MA 02109
(Counsel for **Corporate Express Office
Products, Inc. dba Corporate Express**)

Patrick Keeley, Esq.
Piccione, Keeley & Associates Ltd.
122C South County Farm Road
Wheaton, IL 60187
(Counsel for **Corporate Concepts, Inc.**)

Eric Ray, Esq.
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203
(Counsel for **Corporate Billing, LLC fdba
Corporate Billing, Inc.**)

David Liess, Chief Executive Officer
**Coral Graphic Services, Inc.**
840 South Broadway
Hicksville, NY 11801

Dan McCarthy
Hill, Farrer & Burrill, LLP
300 South Grand Avenue, 37th Floor
Los Angeles, CA 90071
(Counsel for **Cornerstone Staffing
Solutions, Inc.**)

Stewart Cofsky, Chief Financial Officer
**Courier Systems, Inc.**
30 Pulaski Street
Bayonne, NJ 07002

Eric Moser, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
(Local Counsel for **Pacific Commercial
Services LLC dba Coverall of Dallas aka
Coverall Dallas**)

Daniel Mordenoff, Esq.
K&L Gates LLP
1717 Main St. Suite 2800
Dallas, TX 75201
(Counsel for **Pacific Commercial Services
LLC dba Coverall of Dallas aka Coverall
Dallas**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Cowan Systems, LLC
dba Cowan Systems, Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Cowan Systems, LLC dba
Cowan Systems, Inc.**)

Jon Terry, Esq.
Bains and Terry
1813 Third Avenue North
Bessemer, AL 35020
(Counsel for **Coxco, Inc. dba Coxco**)

Francis Hurley, Esq.
Phil Watson PC
535 E. Army Post Road
South Des Moine, IA 50315
(Counsel for **Crawford Trucking, Inc.**)

Kevin Kuligowski, President
**Creative Mailing Services**
490 Pepper Street
Monroe, CT 06468

James Hamilton, President
**Creative Packaging, Inc.**
175 James Street
Worchester, MA 01603

Christopher Rice, Esq.
Martson, Deardorff, Williams, Otto, Gilroy &
Faller
Ten East High Street
Carlisle, PA 17013
(Counsel for **Cressler Trucking, Inc.**)

Matthew Haapoja, Esq.
Trimble & Associates, Ltd.
10201 Wayzata Boulevard, Suite 130
Minnetonka, MN 55305
(Counsel for **Creative Marketing Concepts,
Inc.**)

Michael Chapman, Esq.
Rendigs, Fry, Kiely & Dennis, LLP
One West Fourth Street, Suite 900
Cincinnati, OH 45202
(Counsel for **Crest Graphics, Inc.**)

Marianna Williams, Esq.
Ashley, Ashley and Arnold
PO Box H
Dyersburg, TN 38024
(Counsel for **Cross Country Machine
Repair**)

Joseph Campisano, Esq.
Sedita, Campisano & Campisano, LLC
81 Two Bridges Road, Suite 211
Fairfield, NJ 07004
(Counsel for **Crown Roll Leaf, Inc.**)

Christopher Jaime, Esq.
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, NV 89520
(Counsel for **Crown Beverages, Inc.**)

Eric Lam, Esq.
Simmons, Perrine, Moyer, Bergman PLC
115 3rd Street S.E., Suite 1200
Cedar Rapids, IA 52401
(Counsel for **CRST Van Expedited, Inc. dba CRST Inc.**)

Daniel Blanks, Esq.
McGuireWoods LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
(Counsel for **CSX Transportation, Inc.**)

Lyle Coghlin, Owner
**CTA Construction Co., Inc. dba CTA Services**
60 K Street, 4th Floor
South Boston, MA 02127

Thomas Gays II, Esq.
Saunders, Cary & Patterson
9100 Arboretum Pkwy, Suite 300
Richmond, VA 23236
(Counsel for **CX Press Trucking, Inc. dba CXPress Trucking, Inc.**)

Darell Kincaid, RegAgt/President
**D & D Overhead Door Service, Inc. dba D&D Overhead Door Service**
108 Reynolds Drive
Franklin, TN 37067

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **D & G Trucking**)

Donald Chalifoux, President
**D&G Delivery, Inc.**
12 N 425 Jackson Dr
Elgin, IL 60123

David Stanielon
**D & L and Sons Transportation, Inc. dba D&L and Sons Transportation**
2 Fairmount Ave
Johnston, RI 02919

Darren Bresee, President
**D & N Delivery Corporation dba D&N Delivery**
1410 Pama Lane
Las Vegas, NV 89119

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **Dakota Carriers, Inc.**)

Officer, Managing Agent, Or General Agent
**Dallas, Garland & Northeastern Railroad, Inc.**
403 International Parkway, Suite 500
Richardson, TX 75081

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Dan Rich Enterprise, Inc. dba Dan Rich Logistics**)

Len Trivigno, Esq.
Carter, Ledyard & Milburn, LLP
2 Wall Street
New York, NY 10005
(Local Counsel for **Daniel B. Hastings, Inc.**)

Patrick Autry, Esq.
The Nunley Firm LLP
1580 South Main Street, Suite 200
Boerne, TX 78006
(Counsel for **Daniel B. Hastings, Inc.**)

Officer, Managing Agent, Or General Agent
**Dango Express, Inc.**
5625 S Union Ave
Bakersfield, CA 93307

Officer, Managing Agent, Or General Agent
**Darby Electric Co., Inc.**
402 US Highway 29 North
Anderson, SC 29621

George G. Griffin, President
**Davis Advertising Incorporated**
One Bala Plaza, Suite 6
Bala-Cynwyd, PA 19004-4600

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Decker Transport Co., Inc.**)

Richard C. Augustine, President
**Dedicated Distribution Services, Inc.**
280 Indian Springs ROA
Indiana, PA 15701

Ron Jones, Esq.
Clawson & Staubes, LLC
126 Seven Farms Drive, Suite 200
Wando, SC 29492
(Counsel for **Defender Services, Inc.**)

Byron Rodriguez, RegAgt/Principal
**Dehesa Distribution, Inc.**
1851 Renee Way
Concord, CA 94521

Paul Rachmuth, Esq.
Gersten Savage LLP
600 Lexington Avenue
New York, NY 10022
(Local Counsel for **Dell Inc. fka Dell Computer Corporation**)

G. James Landon, Esq.
Streusand & Landon, LLP
811 Barton Springs Rd., Suite 811
Austin, TX 78704
(Counsel for **Dell Inc. fka Dell Computer Corporation**)

Nathan Wheatley, Esq.
Calfee, Halter & Griswold, LLP
800 Superior Avenue
Cleveland, OH 44114
(Counsel for **Deltacraft Paper Company, L.L.C. dba Deltacraft Paper & Converting**)

Lawrence Durkin, Esq.
Durkin & MacDonald LLC
538 Spruce Street, Suite 800
Scranton, PA 18503
(Counsel for **Dempsey Uniform & Linen Supply, Inc.**)

Timothy Dennison, President
**Dennison Lubricants, Inc.**
102 Charles A. Eldridge Drive
Lakeville, MA 02347

Ronald Massman, RegAgt/Principal
**Dependable Highway Express, Inc.**
2555 East Olympic Boulevard
Los Angeles, CA 90023

Shea Wellford, Esq.
Martin, Tate, Morrow & Marston, P.C.
6410 Poplar Ave., Suite 1000
Memphis, TN 38119
(Counsel for **Detail Distribution, Inc.**)

William Creim, Esq.
Creim Macias Koenig & Frey LLP
633 W. 5th Street, 51st Floor
Los Angeles, CA 90071
(Counsel for **Devine Industries LLC**)

Lipi Pattel, Esq.
WilmerHale
399 Park Avenue
New York, NY 10022
(Counsel for **Astar Air Cargo, Inc. dba
DHL Airways, Inc. and DHL Express
(USA), Inc.)**

Bradley James Dechter, Principal
**DHX-Dependable Hawaiian Express, Inc.**
19201 Susana Road
East Rancho Domingue, CA 90221

Brian Jackiw, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Ste 3000
Chicago, IL 60606
(Counsel for **Diamond Chemical Co., Inc.)**

Robert Berluti, Esq.
Berluti & McLaughlin, LLC
44 School Street, 9th Floor
Boston, MA 02108
(Counsel for **Diesel Direct, Inc.)**

Francis C. Liedtke II, President
**Digital Imaging Solutions, Inc.**
1430 West Thorndale
Itasca, IL 60143

Officer, Managing Agent, Or General Agent
**Jodi Reeves dba Digital Textbox**
332 Glendale Avenue
Lexington, KY 40511

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Pro Staff Personnel Services
dba Dobbs Temporary Services, Inc. dba
Digital People)**

Jacob Hutchings, Chief Executive Officer
**Digital Light Source, Inc.**
50 Webster Avenue, 4th Floor
New Rochelle, NY 10801

Gregory Walsh, Esq.
Walsh & Gaertner, P.A.
525 Park St., Suite 230
Saint Paul, MN 55103
(Counsel for **Direct Service Transport, Inc.)**

David Johnson, Esq.
McNair, Larson & Carlson, Ltd.
51 Broadway, Suite 600
Fargo, ND 58108
(Counsel for **Direct Transport, Ltd.)**

Officer, Managing Agent, Or General Agent
**Direct Air Service, Inc.**
320 Elizabeth Ave
Newark, NJ 07112

Patrick Burns, Esq.
Dinsmore & Shohl
1900 Chemed Center, 255 E. Fifth Street
Cincinnati, OH 45202
(Counsel for **Direct Expediting LLC)**

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Diversco, Inc.)**

Richard W. Dixon, RegAgt/President
**Dixon Machine Co., Inc.**
1567 Tilco Drive
Frederick, MD 21704-6659

Thomas Flynn, Esq.
Larkin Hoffman Daly & Lindgren Ltd.
1500 Wells Fargo Plaza, 7900 Xerxes Ave. S.
Minneapolis, MN 55431
(Counsel for **DL's Die Cutting, Inc.)**

Neesha Hetcher
Manier & Herod, a Tennesee Professional
Corporation
One Nashville Place, Suite 2200, 150 4th
Ave.
Nashville, TN 37219
(Counsel for **DMB, LLC)**

Kirby Schlegel, Owner
**DM Hockey Holdings LLC**
3030 Olive Street, Suite 520
Dallas, TX 75219

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Doghouse Computers, Inc. dba
Doghouse Computers**)

Jon Vigano, Esq.
Schiff Hardin, LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
(Counsel for **Domino Amjet, Inc.**)

Donald Fuller
**Don Fuller Trucking, Inc.**
642 Harris Road
Ferndale, NY 12734

Kate M. Mooney, RegAgt/Principal
**Specialty Footwear Group, Inc. fka Dorsey
Safety Products Company dba Dorsey
Safety Shoes Inc.**
1400 McCallie Avenue Suite 210
Chattanooga, TN 37404

Sarah Sparrow, Esq.
Tuggle Duggins & Meschan, P.C.
P.O. Box 2888, 228 West Market Street
Greensboro, NC 27402
(Counsel for **Dougherty Equipment
Company, Inc. dba Dougherty Equipment
Company**)

Rozanne Giunta, Esq.
Lambert, Leser, Isackson, Cook & Giunta, PC
916 Washington Avenue, Suite 309
Bay City, MI 48707
(Counsel for **Double R Transport, Inc.**)

Robert Pryor, Esq.
Pryor & Mandelup, L.L.P.
675 Old Country Road
Westbury, NY 11590
(Local Counsel for **Doug Andrus
Distributing LLC**)

Jared Allen, Esq.
Beard St. Clair Gaffney PA
2105 Coronado
Idaho Falls, ID 83404
(Counsel for **Doug Andrus Distributing
LLC**)

Jeff Welsh, President
**Dubois Chemicals, Inc.**
3630 East Kemper Road
Sharonville, OH 45241

Officer, Managing Agent, Or General Agent
**Duckerings Transport Ltd.**
7794 47 Avenue Close
Red Deer, AL T5P 2J9

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **Dunkel Bros. Machinery
Moving, Inc.**)

Joel Quadracci, President
**Duplainville Transport, Inc.**
N63 W23075 Hwy 7
Sussex, WI 53089

Mitchell Ladd, Owner
**Dust Busters Plus, Inc.**
116 Kraft Street
Clarksville, TN 37040

Jim Hundley
Wyatt, Early, Harris & Wheeler LLP
1912 East Chester Dr., #400
High Point, NC 27260
(Counsel for **DYC Supply Company**)

Officer, Managing Agent, Or General Agent
**Dyer Distributing, L.P. dba Dyer**
**Distributing & Warehousing dba Dyer**
**Distributing**
1009 E Court St.
Dyersburg, TN 38024

Jim Hundley
Wyatt, Early, Harris & Wheeler LLP
1912 East Chester Dr., #400
High Point, NC 27260
(Counsel for **Dynaric Inc.**)

David Doyaga, Sr., Esq.
Doyaga & Schafer
26 Court Street, Suite 1002
Brooklyn, NY 11242
(Local Counsel for **E & J Leasing, Inc.**)

S. Dagnal Rowe, Esq.
Wilmer & Lee
100 Washington Street, Suite 200
Huntsville, AL 35801
(Counsel for **E & J Leasing, Inc.**)

David Edelberg, Esq.
Nowell Amoroso Klein Bierman, P.A.
155 Polify Road
Hackensack, NJ 07601
(Counsel for **E & M Bindery, Inc.**)

Rocco Cavaliere, Esq.
Blank Rome, LLP
405 Lexington Avenue
New York, NY 10174
(Counsel for **Eagle Capital Corporation**)

Kirk Bromily, Esq.
Jeffers, Danielson Sonn & Aylward, P.S.
2600 Chester Kimm Road
Wenatchee, WA 98801
(Counsel for **Eagle Systems, Inc.**)

James Mozingo, Esq.
Knight MOzingo & Quarles, PLLC
601 Renaissance Way, Suite B
Jackson, MS 39296
(Counsel for **Eagle Transportation, LLC**
**dba Pettey Leach Trucking**)

Thomas Slome, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, NY 11530
(Counsel for **EAM-Mosca Corp.**)

Craig Helmreich, Esq.
Scopelitis, Garvin, Light, Hanson & Feary
10 W. Market Street, Ste 1500
Indianapolis, IN 46204
(Counsel for **Earl L. Henderson Trucking**
**Company and Commerce Bank, N.A., a**
**subsidiary of Commerce Bancshares, Inc.**)

Holly Kilibarda, Esq.
Nixon Peabody LLP
900 Elm Street
Manchester, NH 03101
(Counsel for **Eastman Kodak Company**)

David Nickless, Esq.
Nickless, Phillips & O'Connor
625 Main Street
Fitchburg, MA 01420
(Counsel for **Eastern Carrier Service**)

Michelle Greenberg, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(Counsel for **Eastmount Environmental**
**Services, LLC**)

Officer, Managing Agent, Or General Agent
**Easy Mover, Inc.**
1715 B Little Orchard St.
San Jose, CA 95125

Michael O'Neil, Esq.
Taft, Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(Counsel for **Eckhart & Company, Inc.**)

Matthew Fisher
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
(Counsel for **Ecological Fibers, Inc.**)

Tina Robertson, Esq.
Electronics for Imaging, Inc.
303 Velocity Way
San Mateo, CA 94404
(Counsel for **Electronics For Imaging, Inc.
dba EFI Inc. aka EFI Software**)

Jay Hellman, Esq.
SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
(Local Counsel for **E Fire, Inc.**)

B. Sean Akins, Esq.
Fortier & Akins, P.A.
108 E. Jefferson St.
Ripley, MS 38663
(Counsel for **E Fire, Inc.**)

Beth Ann Bivona, Esq.
Damon & Morey LLP
200 Delaware Avenue, Suite 1200
Buffalo, NY 14202
(Counsel for **EGW Personnel Services, LP**)

Edward E. Jackson, Owner
**Edward E. Jackson dba EJ's
Transportation aka EJ's Transport**
34083 Nebraska Lane
Yucaipa, CA 92399-2333

David Cocke, Esq.
Evans Petree PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
(Counsel for **Electric Motor Service, Inc.**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **Electric Drives, Inc.**)

Kenny Kirschstein, Vice President
**Ggs Capital Co. fdba Electrical South Inc.**
235 Burgess Road
Greensboro, NC 27409-9508

William Fiore, Esq.
Meyner and Landis LLP
One Gateway Center, Suite 2500
Newark, NJ 07102
(Counsel for **Electrical Equipment
Company**)

Brian Jackiw, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Ste 3000
Chicago, IL 60606
(Counsel for **Elettra North America, LLC**)

Officer, Managing Agent, Or General Agent
**Electro Design, Inc. dba Electro Design &
Drafting**
3660 Wilshire Blvd # 1100
Sanford, CA 90010

Wayne Elam, RegAgt/Principal
**EMC Trucking, Inc.**
5404 Highway 45 South
Selmer, TN 38375

Donald J. Emond Jr., President
**Emond Plumbing & Heating, Inc.**
104 Dean Street
Taunton, MA 02780

Ronn Potter, Esq.
Chandler, Potter & Associates
3800 Orange Stret, Suite 270
Riverside, CA 92501
(Counsel for **Employment Solutions, Inc.**)

Don Molstad, Esq.
Molstad Law Firm
701 Pierce Street, Suite 305
Sioux City, IA 51101
(Counsel for **Employment Connections Inc.**)

Edward T. Walsh Jr., President
**The Employability Group Inc.**
10 Oak Street
Taunton, MA 02780

Jack L. Cook, President
**E.M. Smith & Co.**
826 West Detweiller Drive
Peoria, IL 61615

Richard L. Wheeling Sr., President
**Energy Machinery, Inc. dba Energy Machinery**
10 Reservoir Park Drive
Rockland, MA 02370

Officer, Managing Agent, Or General Agent
**EFS, Inc. dba Engineered Facility Solutions, Inc.**
4804 Transit Road
Depew, NY 14043

Schuyler Carroll, Esq.
Arent Fox Kintner Plotkin & Kahn, PLLC
1675 Broadway
New York, NY 10019
(Local Counsel for **EnSafe Inc.**)

David Harris, Esq.
Burch, Porter & Johnson, PLLC
130 N. Court Avenue
Memphis, TN 38103
(Counsel for **EnSafe Inc.**)

Harlan Lazarus, Esq.
Lazarus & Lazarus
240 Madison Avenue
New York, NY 10018
(Counsel for **Domtar Paper Company, LLC dba Enterprise Group**)

Benjamin Blaustein, Esq.
Kelley, Drye & Warren
Washington Harbour Ste. 400
Washington, DC 20007
(Local Counsel for **Environmental Pneumatics, Inc.**)

Eric Breithaupt, Esq.
Christian Small LLP
505 20th Street North STE 1800
Birmingham, AL 35203
(Counsel for **Environmental Pneumatics, Inc.**)

David G. Keyes, Chief Executive Officer
**Envirosota, Inc.**
2950 Yorkton Boulevard
St. Paul, MN 55117

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **Envirobusiness, Inc.**)

John E. Carlin, Chief Executive Officer
**Environmental Sampling Technology, Inc.**
51 Fremont Street
Needham Heights, MA 02494

Kelly Kunka, RegAgt/Principal
**Equipment Depot, Ltd.**
4100 South IH35
Waco, TX 76706

Gregory Haupert
Rajkowski Hansmeier, Ltd.
11-7th Ave. N., P.O. Box 1433
Saint Cloud, MN 56302
(Counsel for **Erickson Electric Company**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Ernst Hoffman, Inc.**)

Barbara Cohen, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903
(Counsel for **E.R. Smith Associates, Inc.**)

Richard Alan Churilla, RegAgt/Principal
**Espresso Delivery Systems LLC**
895 Vallejo Street
San Francisco, CA 94133

Angela J. Etheridge, Chief Financial Officer
**Etheridge Electric Co., Inc.**
6711 Shiloh Road
Hahira, GA 31632

Michael Foster
Polsinelli Shughart
120 West 12th Street
Kansas City, MO 64105
(Counsel for **Bruno Unger USA dba
Euro-Knives USA**)

Dawn Arnold, Esq.
Rattet, Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue
Harrison, NY 10528
(Local Counsel for **Exchange Capital
Corporation**)

Jay Bequette, Esq.
Bequette & Bilingsley, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201
(Counsel for **Exchange Capital
Corporation**)

Mark L. Dette, RegAgt/Principal
**Exclusive Cargo, Inc.**
901 Wallace Falls Drive
Braselton, GA 30517

Julia Pettit
Stoel Rives LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
(Counsel for **Exopack, LLC**)

Robert Yan, Esq.
Farrell Fritz, P.C.
1320 RexCorp Plaza
Uniondale, NY 11556
(Counsel for **Express Messenger Systems,
Inc.**)

Lionel Liber, Esq.
Attorney at Law
1010 de la Gauchetiere Ouest, Suite 1230
Montreal, QB H3B 2N2
(Counsel for **Expro Transit Inc.**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Counsel for **Express America Trucking,
Inc.**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Factory & Steel
Transportation, Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Factory & Steel
Transportation, Inc.**)

Jason Sparrow, Partner
**Fairway Express Courier Service dba
Fairway Xpress Courier**
2131 Murfreesboro Pike
Nashville, TN 37217-3367

Lara Sheikh, Esq.
Curtis, Mallet-Prevost, Colt & Mosle
101 Park Avenue
New York, NY 10178
(Counsel for **Far West Finance, Inc.**)

Robert A. Geddes, RegAgt/President
**Farwest Freight Systems, Inc.**
4504 East Valley Highway East
Sumner, WA 98390-9502

John Jureller, Jr., Esq.
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017
(Local Counsel for **Fastechnology Group, LLC**)

Brian LaFlamme, Esq.
Summers Compton Wells PC
8909 Ladue Road
Saint Louis, MO 63124
(Counsel for **Fastechnology Group, LLC**)

Linda Michelle Burns, RegAgt/Officer
**Fayette Janitorial Service, LLC**
7120 Highway 76
Somerville, TN 38068

Officer, Managing Agent, Or General Agent
**Felter Freight Systems, Ltd. dba Felter Freight USA Inc.**
2400 Dundas Street West U-6, #382
, L5K 2R8

Barry Rothman
Strongin Rothman & Abrams, LLP
5 Hanover Square, 4th Floor
New York, NY 10004
(Local Counsel for **FFE Transportation Services, Inc.**)

Kerry Alleyne-Simmons
Law Office of Joyce W. Lindauer
8140 Walnut Hill Lane, Suite 301
Dallas, TX 75231
(Counsel for **FFE Transportation Services, Inc.**)

Jennifer Emens-Butler
Obuchowski & Emens-Butler
PO Box 60, 1542 Vt. Rt. 107
Bethel, VT 05032
(Counsel for **Fibermark North America, Inc. dba Fibermark DSI Inc.**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Dazian, LLC dba FIM, LLC**)

Anthony Manna, Chief Executive Officer
**Finish Line Binderies, Inc.**
6395 McDonough Drive
Norcross, GA 30093

William Ferguson, Chief Executive Officer
**First Response, Inc.**
1411 South Dickerson Road
Goodlettsville, TN 37072

Officer, Managing Agent, Or General Agent
**First Down Expedite, LLC**
W167 S7970 Parkland Drive
Muskego, WI 53150

Beverly Wild, Esq.
Beverly Wild Law Office, P.C.
105 South 4th Street
Guthrie Center, IA 50115
(Counsel for **Flanery Cleaning**)

Robert Sasloff, Esq.
Robinson, Brog, Leinwand, Greene, Genovese & Gluck P.C.
875 Third Avenue
New York, NY 10022
(Local Counsel for **Flex-Pak Corporation**)

Natalie McIntosh
Jenkins & Kling PC
10 South Brentwood Blvd., Suite 200
Clayton, MO 63105
(Counsel for **Flex-Pak Corporation**)

Erika Barnes, Esq.
Stites & Harbison PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
(Counsel for **Fleetone Factoring, LLC**)

Bruce Alter, Esq.
Alter, Goldman & Brescia, LLP
550 Mamaroneck Avenue
Harrison, NY 10528
(Counsel for **Fleet Global Services, Inc.Z**)

Leslie Starr Keating, President
**FL Transportation, Inc.**
7701 Legacy Drive
Plano, TX 75024

Sam Della Fera, Jr., Esq.
Trenk, DiPasquale, Webster, Della Fera &
Sodono P.C.
347 Mt. Pleasant Avenue, Suite 300
Orange, NJ 07052
(Local Counsel for **Flyboy Logistics Inc.**)

Elias Abilheira, Esq.
Abilheira & Associates, P.C.
34 East Main Street
Freehold, NJ 07728
(Counsel for **Flyboy Logistics Inc.**)

Hillel Goldman, Esq.
Mix & Godman, LLC
57 North Street, Suite 214
Danbury, CT 06810
(Counsel for **Focus Mailing, LLC**)

Hal Boyd, Esq.
Law Offices of John M. Lannom
422 McGaughey Street
Dyersburg, TN 38024
(Counsel for **Forcum Lannom Contractors,
LLC dba Forcum Lannom Materials**)

Richard N. Swanson, Registered Agent
**Fortran Printing, Inc.**
448-24 White Tail Drive
Aurora, OH 44202

Matthew Tamasco, Esq.
Schnader Harrison Segal & Lewis, LLP
140 Broadway, Suite 3100
New York, NY 10005
(Local Counsel for **Forbo Adhesives, LLC**)

Nicholas LePore, III, Esq.
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
(Counsel for **Forbo Adhesives, LLC**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Counsel for **Forward Air, Inc.**)

Harold E. Fortner Jr., RegAgt/Officer
**Fortner Graphic Solutions, Inc.**
1030 North Osage Boulevard
Nevada, MO 64772

Jeff Neusel, Principal
**Fowler Envelope LC**
3101 North 7th Street Trafficway
Kansas City, KS 66115

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **The Newark Group, Inc. dba
Franklin Boxboard Corp.**)

James Ronald Mantlo, President
**Franklin Express, Inc.**
2305 Bowling Green Rd
Franklin, KY 42134

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Local Counsel for **Franklin Pallet, Inc.**)

Amanda Blakeman, Esq.
Bell, Orr, Ayers & Moore, P.S.C.
1010 College Street; P.O. Box 738
Bowling Green, KY 42102
(Counsel for **Franklin Pallet, Inc.**)

Lois Fraser, President
**Fraser Direct Distribution Services, Ltd.**
100 Armstrong Avenue
Georgetown, ON L7G5S4

Bob Potter, Owner
**Frank Potter Trucking Co.**
213 Main Street
Boonville, MO 65233

Leslie Barr
Windels Marx Lane & Mittendorf, LLP
156 W 56th Street
New York, NY 10019
(Counsel for **Fragomen, Del Rey, Bernsen & Loewy, LLP**)

Kathryn Sallie, Esq.
Rhoads & Sinon LLP
One S. Market Sq., 12th Floor
Harrisburg, PA 17101
(Counsel for **Franklin Freight Brokerage, Inc.**)

C. Jerome Teel, Jr., Esq.
Attorney at Law
425 East Baltimore Street
Jackson, TN 38301
(Counsel for **French's Catering & Design**)

Moshie Solomon, Esq.
Law Offices of Moshie Solomon, P.C.

,
(Counsel for **Freight All Kinds, Inc.**)

Bruce Dopke
Attorney at Law
P.O. Box 681246
Schaumburg, IL 60168
(Counsel for **The Freight Escape, Inc. dba Freight Escape**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Freight Force, Inc. dba Freight Force**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Freight Force, Inc. dba Freight Force**)

James L. Johnson, RegAgt/President
**Freeland Harris Consulting Engineers of Kentucky, Inc. dba Freeland Harris Consulting**
201 West Short Street
Lexington, KY 40507

Ralph Franks, Owner
**Ralph Franks dba Fresh Cut Lawn Maintenance**
4024 Smith Road
Mitchell, GA 30820

Steve Naito, Esq.
Tarlow Naito & Summers, LLP
150 SW Harrison Street, Suite 200
Portland, OR 97201
(Counsel for **FTL, Inc. dba FTL A Distribution Inc.**)

Ilan Scharf, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California St. 15th Fl.
San Francisco, Ca 94111
(Local Counsel for **Fujifilm Graphic Systems U.S.A., Inc.**)

Steven Kahn
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
(Counsel for **Fujifilm Graphic Systems U.S.A., Inc.**)

Mark Haut, Esq.
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103
(Local Counsel for **Fulbright & Jaworski L.L.P.**)

John Schwartz
Fulbright & Jaworski, L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
(Counsel for **Fulbright & Jaworski L.L.P.**)

Michelle Greenberg, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(Counsel for **Garrison Service Company, Inc.**)

Demetra Liggins, Esq.
Thompson & Knight LLP
919 Third Avenue, 39th Floor
New York, NY 10022
(Local Counsel for **Garner Printing Company dba Garner Publishing Company**)

Allison Byman, Esq.
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX 77002
(Counsel for **Garner Printing Company dba Garner Publishing Company**)

Officer, Managing Agent, Or General Agent
**Gateway Transportation Service, Inc.**
1374 Charlestown Industrial Drive
St. Charles, MO 63303

Stephen Yonaty, Esq.
Cannon, Heyman & Weiss, LLP
726 Exchange Street, Suite 516
Buffalo, NY 14210
(Local Counsel for **Gateway Press, Incorporated**)

Sara Abner, Esq.
Frost Brown Tood LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202
(Counsel for **Gateway Press, Incorporated**)

Monique C. Robitaille, RegAgt/President
**G Brouillette & Sons, Inc.**
535 John Hancock Road
Taunton, MA 02780

Glenn Reisman, Esq.
Law Firm of Glenn Reisman
2 Corporate Drive, Suite 234
Shelton, CT 06484
(Counsel for **GE Betz, Inc.**)

Glenn Reisman, Esq.
Law Firm of Glenn Reisman
2 Corporate Drive, Suite 234
Shelton, CT 06484
(Counsel for **GE Energy and Industrial Services, Inc.**)

Bonnie Anderson, Esq.
Anderson Law Offices, PC
620 DeWitt, Suite 102
Clovis, CA 93612
(Counsel for **Geil Enterprises, Inc.**)

Peter Budelman, President
**General Roll Leaf Mfg., Co., Inc.**
31 Falls Industrial Park Road
Hudson, NY 12075

Michael Wallin
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
(Counsel for **General Rewinding, Inc. dba General Newsprint**)

Marilyn Simon, Esq.
Marilyn Simon & Associates
110 East 59th Street, 23rd Floor
New York, NY 10022
(Local Counsel for **J.E.S. Personnel Consultants, Inc. dba Genie Temporary Service**)

John Lipinsky, Esq.
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, IL 60532
(Counsel for **J.E.S. Personnel Consultants, Inc. dba Genie Temporary Service**)

Officer, Managing Agent, Or General Agent
**General Help, LLC dba General Help Company**
610 North Main Street
Brockton, MA 02301

Lawrence Young, Esq.
CGA Law Firm
135 N. George St.
York, PA 17401
(Counsel for **Gene R. Williams Trucking, Inc.**)

Nava Hazan, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
(Local Counsel for **Genesis Group, Inc. aka Genesis Logistics**)

Nathan Coco, Esq.
McDermott, Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
(Counsel for **Genesis Group, Inc. aka Genesis Logistics**)

Officer, Managing Agent, Or General Agent
**General System, Inc.**
8111 Chapel Manor Lane
Ellicott, MD 21041

Myles Alderman, Jr., Esq.
Alderman & Alderman
20 Church Street, 7th Floor
Hartford, CT 06103
(Counsel for **George M. Douglas Company, Incorporated**)

Donald Hutchinson, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226
(Counsel for **Georgia-Pacific Corporation**)

Bruce Beckmann, Esq.
Beckmann & Associates LLC
90 Park Ave., Suite 1710
New York, NY 10016
(Counsel for **G.E. Richards Graphic Supplies Co., Inc. dba GE Richards Graphic Supply**)

Daniel Goldberg, Esq.
Ruberto, Isreal & Weiner, P.C.
100 North Washington Street
Boston, MA 02114
(Counsel for **GE Supply Logistics LLC dba GE Supply**)

Thomas Gaffney, Esq.
Lippes Mathias Wexler Friedman LLP
665 Main Street, Suite 300
Buffalo, NY 14203
(Counsel for **GES Control Systems, Inc.**)

Gregory Puhl, President
**G.F. Puhl Company, Inc.**
240 Airport Road
Gallatin, TN 37066

Larry Wagner, President
**Gleeson Trucking, Inc. dba Gleeson Trucking**
1455 Tomike
Elsmere, KY 41018

Jas Gill, President
**Global Eagle Transportation, Inc.**
1155 3rd St. #120
Oakland, CA 94607

Gurbachan Singh, Principal
**Golden State Distributions Inc.**
750 Greenlanve Street
Manteca, CA 95336

David Neier, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(Local Counsel for **Goss International Americas, Inc.**)

Daniel McGuire, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(Counsel for **Goss International Americas, Inc.**)

Pamela Smith Holleman, Esq
Sullivan & Worchester LLP
One Post Office Square
Boston, MA 02109
(Counsel for **Graphics Microsystems, Inc.**)

Devon Eggert, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Ste 3000
Chicago, IL 60606
(Counsel for **Graphic Innovators, Inc.**)

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Local Counsel for **Wiese Planning & Engineering, Inc. and GWJ Enterprises, LLC fdba Grady W. Jones Co.**)

David Blaylock, Esq.
Glankler Brown, PLLC
1700 One Commerce Square
Memphis, TN 38103
(Counsel for **Wiese Planning & Engineering, Inc. and GWJ Enterprises, LLC fdba Grady W. Jones Co.**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **Grafikamerica, Inc.**)

Brian Bromberg, Officer
**Grafsolve LLC dba Graphic Arts Specialties**
2740 Cable Place
Downey, IL 60064

Harold Auerback, Esq.
Glassberg, Pollak & Associates
425 California Street, Suite 850
San Francisco, CA 94104
(Counsel for **Terry Grimes Graphic Center of Sacramento, Inc. dba Graphic Center**)

Stephan Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Graphic Fullfillment & Finishing, Inc.**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Graphic Arts Service and Supply, Inc.**)

Nicole Bauer, Esq.
Plager, Krug & Bauer, Ltd.
10 North Galena Avenue
Freeport, IL 61032
(Counsel for **Graphic Arts Express, Inc.**)

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **Graphic Printing Roller Ltd.**)

Warren Hurwitz, Esq.
Attorney at Law
233 Needham Street S 300
Newton, MA 02464
(Counsel for **Graphic Binding, Inc.**)

Cameron Bellamy, President
**Gray Hair Software, Inc.**
365 New Albany Road
Moorestown, NJ 08057

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Grand River Printing, Inc.**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Great Plains Transportation Services, Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Great Plains Transportation Services, Inc.**)

Beth Ann Bivona, Esq.
Damon & Morey LLP
200 Delaware Avenue, Suite 1200
Buffalo, NY 14202
(Counsel for **GRE Fulfillment, Inc.**)

Officer, Managing Agent, Or General Agent
**Griffin Gear, Inc.**
P.O. Box 202
Roebuck, SC 29376

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **Griffin Trucking, LLC dba Griffin Trucking**)

Stephanie Anelli, Esq.
Venable LLP
Rockefeller Center, 1270 Avenue of the Americ
New York, NY 10020
(Local Counsel for **Group Logic, Inc.**)

Frederick Carter, Esq.
Venable LLP
575 7th Street NW
Washington, DC 20004
(Counsel for **Group Logic, Inc.**)

Charles Simpson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
(Counsel for **Groupe Lelys Inc, Le dba Groupe Lelys**)

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **GS Freight, Inc.**)

Anthony Giuliano, Esq.
Pryor & Mandelup, L.L.P.
675 Old Country Road
Westbury, NY 11590
(Counsel for **Galasso Trucking & Rigging, Inc. dba GTI Galasso Trucking, Inc.**)

Officer, Managing Agent, Or General Agent
**Guaranteed Air Freight & Forwarding, Inc. dba Guaranteed Air Freight**
4555 McDonnell Blvd
St. Louis, MO 63134

Russel Allen, Esq.
Allen & Sheridan, LLP
4949 S.W. Meadows Road, Suite 460
Lake Oswego, OR 97035
(Counsel for **Gulick Freight Service Logistics, Inc.**)

Rickey Holmes, RegAgt/Officer
**H & H Transportation, Inc.**
3400 NNE Loop 323 TRLR 30
Tyler, TX 75708

Joseph D. Simms, RegAgt/Officer
**Habif, Arogeti & Wynne, P.C. dba HA&W**
5 Concourse Parkway Suite 1000
Atlanta, GA 30328

Stuart Brinn, Esq.
Strauss & Troy LPA
150 East Fourth St, 4th Floor
Cincinnati, OH 45202
(Counsel for **Hadronics, Inc.**)

David Wheeler, Esq.
Morre & Van Allen
40 Calhoun Street, Suite 300
Charleston, SC 29401
(Counsel for **Hagemeyer North America, Inc.**)

Alan Gottlieb, Esq.
Sapiro Gottlieb & Kroll
One Auer Court
East Brunswick, NJ 08816
(Counsel for **Halasz Electrical Contractors Inc.**)

Mort Branzburg, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
(Counsel for **The Hamilton-Ryker Group, LLC and Hamilton-Ryker Company LLC**)

Franklin C. Flippo Jr., President
**Hanover Controls & Supply Corp. dba Hanover Controls**
10964 Richardson Road
Ashland, VA 23005

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **Haney Truck Line LLC dba Haney Truck Line, Inc.**)

Charles Martiny, President
**Handling Systems, Inc.**
106 Park South Court
Nashville, TN 37211

Joe Goldkopf, Vice President
**Hartford Direct**
129 Worthington Ridge
Berlin, CT 06037-1634

Harold G. Bibbs, President
**Harold Bibbs & Sons Trucking, Inc.**
14974 State Highway 164
Hornersville, MO 63855

Steven H. Mancuso, Owner
**S. Mancuso, Inc. and Steven Mancuso dba**
**Hart Industries/Silver Recovery Systems**
43 Doran Street
East Haven, CT 06512

Jeremy Fischer, Esq.
Bernstein Shur
100 Middle Street
Portland, ME 04104
(Counsel for **Hartt Transportation Systems,**
**Inc.**)

Charity Neukomm
Lloyd & McDaniel, PLC
11405 Park Road, Suite 200
Louisville, KY 40223
(Counsel for **W. Frank Harshaw and**
**Associates, Inc. dba Harshaw Trane**
**Service**)

Renee Bjorklund, Vice President
**Hasco Oil Co., Inc.**
2800 Temple Ave.
Long Beach, CA 90806

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **The Newark Group, Inc. dba**
**Haverhill Paperboard**)

Robert W. Haws Sr., Owner
**Robert W. Haws Sr. dba Haws**
**Commercial Cleaning**
625 Bingaman Road
Orrtanna, PA 17353

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Haywood Trucking, Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Haywood Trucking, Inc.**)

Frank Moore, Jr., Esq.
Cole & Moore, P.S.C.
921 College Street
Bowling Green, KY 42102
(Counsel for **Western Kentucky Shoes, Inc.**
**dba Hayes Shoes**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **HB3, Inc.**)

Samuel Wisotzkey, Esq.
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, WI 53212
(Counsel for **H.B. Fuller Company**)

Robert Hawley, Esq.
The Hearst Corporation
300 West 57th Street, 40th Floor
New York, NY 10019
(Counsel for **The Hearst Corporation dba**
**Hearst Magazine**)

John E. Sircy, Principal
**Henry A. Petter Supply Company LLC**
**dba Henry A Petter Supply Co.**
5110 Charter Oak Drive
Paducah, KY 42001

David Aaronson
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, NY 10005
(Counsel for **Henkel Corporation dba Henkel Adhesives**)

Ward Hendrickson, President
**Hendrickson Trucking, Inc.**
7080 Florin Perkins Road
Sacramento, CA 95828

Steven Wallace, Esq.
The Kunin Law Offices, LLC
412 Missouri Avenue
East Saint Louis, IL 62201
(Counsel for **Hetzels Overland Transport, Inc. dba Hetzels Overland Transport**)

R. Hugh Stephens
Stephens & Stephens, LLP
410 Main Street
Buffalo, NY 14202
(Counsel for **HFW Industries, Incorporated**)

Shanell McClain, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(Counsel for **Larry Hickox Trucking dba Hickox Trucking**)

Mark Frankel, Esq.
Backenroth Frankel & Krinsky, LLP
489 5th Avenue
New York, NY 10017
(Local Counsel for **Highway Distribution Systems, Inc.**)

Clayton Davidson, Esq.
McNees, Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17108
(Counsel for **Highway Distribution Systems, Inc.**)

L. Karl Renwanz, RegAgt/President
**High Speed Video Inc.**
150 Cordaville Road
Southboro, MA 01772

Satreeven Singh, President
**Highway Freight Systems, Inc.**
4115 Hummingbird Lane
Bethlehem, PA 18020

Officer, Managing Agent, Or General Agent
**Highwaymen, Inc.**
5807 Charlie Taylor Road
Sugar Grove, VA 24375

Charlie Hilley, Owner
**Hilley Trucking**
3649 County Road 43
Section, AL 35771

Norman Sterns, President
**Hillside Custom Machining, Welding & Fabrication, LLC dba Hillside Custom Machine**
313 National Road
Exton, PA 19341

John Humphrey, Esq.
Taft, Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
(Counsel for **Hines Bindery Systems Service, Inc. dba Hines Bindery Systems, Inc.**)

Aaron Smith, Esq.
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
(Counsel for **Hire Dynamics Rx, LLC dba Hire Dynamics, LLC**)

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **Hogan Transports, Inc.**)

Kevin Patmore, Esq.
Attorney at Law
Liberty Building, Suite 200
Santa Claus, IN 47579
(Counsel for **Koch Development Corporation dba Holiday World Theme Park**)

Bruce Fader, Esq.
Law Office of Bruce P. Fader
70 West Road (Rt. 83)
Ellington, CT 06029
(Counsel for **Homestead Fuel, Incorporated**)

Richard Johnson, Esq.
Johnson & Repasky, PLLC
535 Wellington Way, Suite 380
Lexington, KY 40503
(Counsel for **Honeycutt Mechanical Contractors, Inc. dba Honeycutt Mechanical, Inc.**)

Officer, Managing Agent, Or General Agent
**Honey Baked Ham Company, Inc.**
5445 Triangle Parkway #400
Norcross, GA 30092-2584

Abigail Snow, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, NY 10169
(Counsel for **Horizon Paper Co., Inc.**)

Samuel Hodson, Esq.
Barnes & Thornburg LLP
11 So. Meridian Street
Indianapolis, IN 46204
(Counsel for **Hostmann-Steinberg, Inc. dba Hostmann Steinberg**)

David Hosea, Principal
**Hosea Project Movers, LLC**
3951 Madison Pike
Covington, KY 41017-9704

Steven Wallace, Esq.
The Kunin Law Offices, LLC
412 Missouri Avenue
East Saint Louis, IL 62201
(Counsel for **Hot Brokers, Inc.**)

Mac Palmiere, Chief Executive Officer
**Howe Sound Pulp and Paper Limited Partnership**
3838 Port Mellon Highway
Port Mellon, BC V0N 2S0

Randy Kim Shearburn, Owner
**HTE Technologies**
1014 Polo Downs Drive
Town & Country, MO 63017

Robert Cohen, Esq.
Law Offices of Robert L. Cohen
1350 Broadway, Suite 2500
New York, NY 10018
(Counsel for **Hurletron Incorporated**)

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Local Counsel for **Hurst Logistics, Inc.**)

Brian Kane, Esq.
Kane, Norby & Reddick, P.C.
2100 Asbury Rd., Suite 2
Dubuque, IA 52001
(Counsel for **Hurst Logistics, Inc.**)

Edward T. Walsh, RegAgt/President
**H.W. Temps, Inc.**
121 Depot Street
South Easton, MA 02375

Anthony Manhart
Perkins Thompson
One Canal Plaza
Portland, ME
(Counsel for **Hyster New England, Inc.**)

Constantine Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Ave., 20th Floor
New York, NY 10022
(Counsel for **International Business
Machines Corporation dba IBM
Corporation**)

Paul Lutz
The Law Offices of Griffith Strickler Lerman
Solymos & Calki
110 South Northern Way
York, PA 17402
(Counsel for **IGS Knives, Inc.**)

Paul Rubin, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
(Local Counsel for **IH Services, Inc.**)

F. Marion Hughes, Esq.
Smith Moore Leatherwood LLP
300 East McBee Avenue, Suite 500
Greenville, SC 29601
(Counsel for **IH Services, Inc.**)

Francisco Connell, Esq.
Chuhak & Tecson, P.C.
30 S. Wacker Drive, Ste 2600
Chicago, IL 60606
(Counsel for **ILF Technologies, LLC dba
ILF Technology LLC**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **IMC America Inc.**)

Michael Curtin, RegAgt/President
**IMG Technologies, Inc.**
1101 31st Street, Suite 105
Downers Grove, IL 60515

Pierre Jalette, Principal
**Imprimerie Graphica Inc.**
4148, boul.de Portland
Sherbrooke, QB J1L 2Y4

Michael Lyons, Esq.
Law Office of Ralph W. Powers, Jr., P.C.
5415 Water Street
Upper Marlboro, MD 20773
(Counsel for **Industrial Knife Co., Inc. dba
Industrial Knife Company**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Industrial Solutions, LLC**)

Kathleen Gomes
Peppel, Gomes & MacIntosh, P.C.
474 Perkins Extended, Suite 205
Memphis, TN 38117
(Counsel for **Industrial Machine and
Fabrication, Inc.**)

Ronald Chorches, Esq.
Law Offices of Ronald I. Chorches, LLC
449 Silas Deane Hwy, 2nd Floor
Wethersfield, CT 06109
(Counsel for **Independent Courier of CT
Trucking, Inc.**)

Jeff DeJoode, Esq.
March, McMillan and DeJoode
402 East Jackson
Macomb, IL 61455
(Counsel for **Industrial Support Services,
Inc. dba Industrial Support Services**)

Chris Robinson, RegAgt/President
**Industrial Maintenances & Engineering
Corporation**
1531 J.P. Hennessey Drive
La Vergne, TN 37086

Scott Reddie, Esq.
McCormick, Barstow, Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93729
(Counsel for **Industrial Piping Co.**)

Constantine Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Ave., 20th Floor
New York, NY 10022
(Counsel for **Infoprint Solutions Company,
LLC**)

Scott Schreiber, Esq.
Stahl Cowen Crowley Addis LLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603
(Counsel for **In-Line Finishing Solutions
LLC dba In-Line Finishing Equipment
LLC dba Inline Finishing Solutions**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Innolutions, Inc.**)

Steven Wells
Hodgson Russ, LLP
The Guaranty Bldg, 140 Pearl St, #100
Buffalo, NY 14202
(Counsel for **Inncon Automation
Corporation**)

Christopher Lynch, Esq.
Reed Smith LLP
599 Lexington Aveune, 30th Floor
New York, NY 10022
(Counsel for **Innovative Staff Solutions,
Inc.**)

Officer, Managing Agent, Or General Agent
**InPress Systems AB**
Borasvagen 17D
Ulricehamn, 523 37

Mark Frankel, Esq.
Backenroth Frankel & Krinsky, LLP
489 5th Avenue
New York, NY 10017
(Counsel for **Inserts USA Inc.**)

Frank J. Hanus, III, RegAgt/President
**Insulfab Plastics, Inc. dba Insulfab Plastics**
834 Hayne Streeet
Spartanburg, SC 29301

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **International Ink Company,
L.L.C.**)

Cindy Michaels, RegAgt/President
**International Laser Group, Inc.**
6002 Variel Avenue
Woodland Hills, CA 91367

David Verlen, President
**IMC - MetalsAmerica, LLC dba
International Metals & Chemicals Group**
99 East River Drive
East Hartford, CT 06108

Jennifer Christian, Esq
Thompson & Knight LLP
900 Third Avenue, 20th Floor
New York, NY 10022
(Local Counsel for **International Delivery
Solutions, LLC**)

Amanda Gibbs, Esq.
Reinhart Boerner Van Deuren SC
1000 North Water Street
Milwaukee, WI 53201
(Counsel for **International Delivery
Solutions, LLC**)

Harold Crowson, Jr., Esq.
Crowson & Crowson, LLP
725 South Mesa Hills, Building 2, Suite 2
El Paso, TX 79912
(Counsel for **Interstate Capital Corp.**)

Murray D. Martin, President
**Pitney Bowes, Inc. dba International Mail Express Inc.**
One Elmcroft Road
Stamford, CT 06926-0700

Jana Magnuson, Esq.
Pierce Atwood LLP
One Monument Square
Portland, ME 04101
(Counsel for **Irving Pulp & Paper, Limited dba Irving Paper Inc.**)

Arthur Russell, Esq.
Attorney at Law
14 Wall Street, 22nd Floor
New York, NY 10005
(Local Counsel for **ISC Sales, Inc.**)

Tony Petrocchi, Esq.
Weil & Petrocchi PC
1601 Elm Street, Suite 1900
Dallas, TX 75201
(Counsel for **ISC Sales, Inc.**)

Marc Wolstenholme, President
**Iselann-Moss Industries, Inc. dba Iselann Moss**
41 Slater Road
Cranston, RI 02920

Donald Thompson, Esq.
Attorney at Law
55 West Monroe #3950
Chicago, IL 60603
(Counsel for **IWM Corporation dba Industrial Water Management Corporation**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **J & E Truck Leasing, Inc. dba J&E Truck Leasing**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **J & E Truck Leasing, Inc. dba J&E Truck Leasing**)

Gordon Conn, Jr.
Kalina Wills Gisvold & Clark, PLLP
6160 Summit Drive, #560
Minneapolis, MN 55430
(Counsel for **J & R Schugel Trucking, Inc.**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **J & W Cartage Co., Inc.**)

Michael Carney, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005
(Counsel for **Jacobson Staffing Company, L.C. dba Jacobson Industrial Services**)

William Herlihy, President
**Jackson Corrugated Container Company dba Jackson Corrugated Container**
225 River Road
Middletown, CT 06457

Fred Stevens, Esq.
Fox Rothschild LLP
100 Park Avenue, Ste. 1500
New York, NY 10017
(Local Counsel for **Jacobi Carbons, Inc.**)

Mark McCreary, Esq.
Fox Rothschild LLP
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103
(Counsel for **Jacobi Carbons, Inc.**)

Mitchell Banas, Jr., Esq.
Jaeckle, Fleischmann & Mugel, LLP
Twelve Fountain Plaza, Suite 800
Buffalo, NY 14202
(Counsel for **Jaeckle Fleischmann & Mugel, LLP dba Jaeckle Fleischmann & Mugel**)

Billy L. James, Owner
**James Transportation Services**
1481 Porterville Road
Atoka, TN 38004

Alan W. Jardis, Principal
**Jardis Industries, Inc.**
1201 Ardmore Avenue
Itasca, IL 60143-1103

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **Jason Ware Imagery LLC**)

Officer, Managing Agent, Or General Agent
**Jasso Trucking**
18240 Gregory Street
Bloomington, CA 92316-2514

Thomas Lorino, Principal
**JDC Logistics Inc.**
9809 S Franklin Drive
Franklin, WI 53132

Len Trivigno, Esq.
Carter, Ledyard & Milburn, LLP
2 Wall Street
New York, NY 10005
(Counsel for **JD Factors, LLC**)

Craig Carson, Chief Executive Officer
**Jeco Plastic Products, LLC**
885 Andico Rd.
Cartersburg, IN 46168

Officer, Managing Agent, Or General Agent
**Jeff Spencer Trucking, Inc.**
8060 Highway 18
Lake City, AR 72437

Una Young Kang
Saiber LLC
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
(Counsel for **Jefco, Inc.**)

Officer, Managing Agent, Or General Agent
**Jenco Micro Edge, Inc.**
68C North Biesecker Road
Thomasville, PA 17364

Julie Dyas, Esq.
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022
(Counsel for **Jenkins Transportation, LLC**)

Arthur Baumeister, Jr., Esq.
Amigone, Sanchez, Mattrey & Marshall, LLP
350 Main Street
Buffalo, NY 14202
(Counsel for **Jernigan Trucking, Inc.**)

Tina Robertson, Esq.
Electronics for Imaging, Inc.
303 Velocity Way
San Mateo, CA 94404
(Counsel for **Electronics For Imaging, Inc. aka EFI fka Jetrion LLC**)

Steven Blakely, Esq.
Acton & Snyder, LLP
11 East North Street
Danville, IL 61832
(Counsel for **John H. Pasquale & J.H. Pasquale Consulting**)

Thomas P. Bohan, President
**J.L. Mcintosh, Inc.**
24 Chickering Drive
Dover, MA 02030

Ray F. Williams, Chief Executive Officer
**J-Lynn, Inc. dba JL Transportation**
2301 24th Avenue North
Birmingham, AL 35234

John Ennis, Sr., President
**JNJ Express, Inc dba JNJ Logistics**
3891 Homewood Rd.
Memphis, TN 38118

Christopher Peer, Esq.
Hahn Loeser
200 Public Square
Cleveland, OH 44114
(Counsel for **Johnson Controls, Inc.**)

Michelle Greenberg, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(Counsel for **Johnston Trucking, Inc.**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **The John Lawrence Group, Inc.**)

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **John Bouchard & Sons Co.**)

J.W. Taylor
Brown, Garganese, Weiss & D'Agresta, P.A.
111 North Orange Avenue, Suite 2000
Orlando, FL 32802
(Counsel for **John J. Jerue Transportation, Inc. dba John J Jerue Transportation**)

Sharon Johnston, Principal
**Johnston Technologies, Inc.**
130 Seaboard Lane, A-13
Franklin, TN 37067

James R. Jones, President
**T.A. Baer Logistics, LLC dba Jones Shipley Express**
16121 Business Parkway
Hagerstown, MD 21740

Ronnie Jones, Owner
**Jones Brothers Towing Inc. dba Jones Brothers Towing & Trucking, Inc.**
1995 Bradshaw Road
Hopkinsville, KY 42240-9214

James J. Koegel, President
**Jones Express, Inc.**
654 Enterprise Dr.
Linfield, PA 19468

Hatika Nakouri, Principal
**Joncas Postexperts, Inc. dba Joncas Post Experts**
7875 Route Transcanadienne
Ville Saint-Laurent, QC H45 1L3

Eric A. Jorgenson, Principal
**Jorgenson & Co.**
40 East Verdugo Avenue
Burbank, CA 91502

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **Jorson & Carlson Co.**)

Brian De Filippo, Principal
**Journey Freight International**
1869 32e Avenue
Lachine, QB H8T 3J1

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **J.P.F. Inc.**)

Bruce Burkey, Esq.
Taylor Law Offices, P.C.
122 East Washington Avenue
Effingham, IL 62401
(Counsel for **JP Logistics, Inc.**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **JTL Trailers LLC**)

Officer, Managing Agent, Or General Agent
**Just Right Equipment**
92 North Main Street, Building 9
Windsor, NJ 08561

Mark King, RegAgt/Principal
**J.V. Trucking, Inc. dba JV Trucking**
19223 East Colima Road Suite 8
Rowland Heights, CA 91748

Harold Karchner, President
**Karchner Team Logistics, Inc.**
425 Jaycee Drive
Hazelton, PA 18202

Donna Culver
Morris, Nichols, Arsht & Tunnell LLP
1201 N Market St., Suite 1800
Wilmington, DE 19801
(Counsel for **Katahdin Paper Company LLC dba Katahdin Services Co. LLC**)

Janice Grubin
Todtman, Nachamie, Spizz & Johns, PC
425 Park Avenue
New York, NY 10022
(Counsel for **KBA North America, Inc.**)

Lori Lapid Jones, Esq.
Lori Lapin Jones PLLC
98 Cutter Mill Road, Suite 201 North
Great Neck, NY 11021
(Local Counsel for **KDXpress LLC**)

B. David Sweeney, Esq.
Sweeney, Yopp & Brown, PLLC
2657 Appling Road, Suite 102
Memphis, TN 38134
(Counsel for **KDXpress LLC**)

Terence Watson
Law Offices of Ira S. Sacks LLP
575 Madison Avenue, 10th Floor
New York, NY 10022
(Counsel for **Kelle's Transport Service, Inc.**)

Dan Shaked, Esq.
Shaked & Posner
225 West 36th Street, 8th Floor
New York, NY 10018
(Local Counsel for **Ken-Tenn Truck & Trailer**)

William Kendall, III, Esq.
Waldrop & Hall
106 South Liberty Street, P.O. Box 726
Jackson, TN 38301
(Counsel for **Ken-Tenn Truck & Trailer**)

Emily Pagorski, Esq.
Stoll Keenon Ogden PLLC
500 West Jefferson Street
Louisville, KY 40202
(Counsel for **Kenway Distributors, Inc.**)

Andrew Steil, Esq.
Rinke Noonan
Suite 300, U.S. Bank Plaza, P.O. Box 1497
Saint Cloud, MN 56302
(Counsel for **Kenning Outsource Group, Inc.**)

Michael T. Debusschere, President
**Kentuckiana Engineering Company**
4350 Brownsboro Road
Louisville, KY 40207

Kevin D. Brown, RegAgt/President
**Kevico Express, Inc.**
3324 Clearview Drive
Richmond, VA 23234

Officer, Managing Agent, Or General Agent
**Kevin Patterson Transport Inc.**
131 Rg St Pierro O
Saint-Remi, QC, CN J0L2N0

Marc Carson, RegAgt/Officer
**Keystone Industries, Inc.**
140 Manufacturers Court
Winder, GA 30680

Robert Berkelhammer, Esq.
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
(Counsel for **Key Container Corporation**)

Arshwinder S. Grewal, President
**Keystone Logistics Solutions, Inc.**
1550 Harrisonburg Pike
Carlisle, PA 17015-7657

Joseph J. Liberatore, President
**Kforce.com, Inc.**
1001 East Palm Avenue
Tampa, FL 33605

Gwendolyn Godfrey, Esq.
Bryan Cave LLP
1201 West Peachtree Street, NW, 14th Floor
Atlanta, GA 30309
(Counsel for **Kimberly-Clark
Corporationzkenn..,**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **King's Express, Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **King's Express, Inc.**)

David Toni, President
**King Supply, Inc.**
9145 King Street
Franklin Park, IL 60131

Larry King, President
**Kingdom Express, Inc.**
5140 West 104th Street
Inglewood, CA 90304

Mark Dessauer, Esq.
Hunter, Smith & Davis, LLP
1212 North Eastman Road
Kingsport, TN 37664
(Counsel for **Tennessee Valley
Manufacturing Solutions, Inc. dba
Kingsport Book Inc.**)

E. Franklin Childress, Jr.
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(Counsel for **International Paper Company
dba Kirk Paper Packaging & Graphics**)

Robert Michaelson, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
(Counsel for **K&L Gates LLP fka
Kirkpatrick & Lockhart LLP**)

Richard A. Kleeberg, President
**Kleeberg Sheet Metal, Inc.**
65 Westover Road
Ludlow, MA 01056

Dan Shaked, Esq.
Shaked & Posner
225 West 36th Street, 8th Floor
New York, NY 10018
(Local Counsel for **Kline Mechanical
Systems, Inc. dba Kline Heating and Air
Conditioning, Inc)**

James McCullough, II, Esq.
Brunini Grantham Grower & Hewes PLLC
190 East Capitol Street
Jackson, MS 39201
(Counsel for **Kline Mechanical Systems,
Inc. dba Kline Heating and Air
Conditioning, Inc)**

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Knight Transportation,
Inc.)**

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Knight Transportation, Inc.)**

Holly Kilibarda, Esq.
Nixon Peabody LLP
900 Elm Street
Manchester, NH 03101
(Counsel for **Eastman Kodak Company dba
Kodak Versamark, Inc.)**

Holly Kilibarda, Esq.
Nixon Peabody LLP
900 Elm Street
Manchester, NH 03101
(Counsel for **Eastman Kodak Company dba
Kodak Graphic Communications
Company)**

Lauren McEvoy, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017
(Local Counsel for **Kolbus America, Inc.)**

Louis Solimine, Esq.
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
(Counsel for **Kolbus America, Inc.)**

Jerry Padian
Tashjian & Padian Attorneys at Law
15 West 36th Street
New York, NY 10018
(Counsel for **Kolnik Trucking
Incorporated)**

Jerrold Fink, Esq.
Masuda, Funai, Eifert & Mitchell, Ltd.
203 North LaSalle Street, Suite 2500
Chicago, IL 60601
(Counsel for **Komori America Corporation)**

Greg Yates, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
(Local Counsel for **Komatsu Forklift U.S.A.,
LLC)**

Jason DeJonker, Esq.
Seyfarth Shaw LLP
700 Louisiana St. Suite 3700
Houston, TX 77002
(Counsel for **Komatsu Forklift U.S.A.,
LLC)**

Mike Gutshall, President
**I. Kruger Inc. aka Kruger Inc.**
401 Harrison Oaks Boulevard
Cary, NC 27513

Kelly Meltzer, Esq.
Grenley, Rotenberg, Evans, Bragg & Bodie, P.C.
1211 SW 5th Avenue, Suite 1100
Portland, OR 97204
(Counsel for **Krujex Transport Corp.**)

Judy Calton, Esq.
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
Detroit, MI 48226
(Counsel for **Kruger Pulp & Paper Sales, Inc. dba Kruger Paper**)

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **K+ Technology Solutions, LLC**)

Michael Fielding, Esq.
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(Counsel for **Kuhl Lumber & Pallets, Inc.**)

Terence Watson, Esq.
Law Offices of Ira S. Sacks LLP
575 Madison Avenue, 10th Floor
New York, NY 10022
(Counsel for **K Walter Service Corporation**)

Robert Duimstra, Esq.
Menn Law Firm Ltd.
2501 East Enterprise Avenue
Appleton, WI 54912
(Counsel for **Tann Corporation dba Langbein Engelbracht America aka L&E America**)

Michelle Greenberg, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(Counsel for **Label Source, Ltd.**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **Los Angeles Grinding Co. aka LA Grinding Co. Inc.**)

Duane Weaver, Esq.
Horvath & Weaver, P.C.
10 S. LaSalle Street, Suite 1400
Chicago, IL 60603
(Counsel for **Lagrou Distribution System, Inc.**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Lakes Executive Search, Inc.**)

Jay Hellman, Esq.
SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
(Local Counsel for **Lann Chemical & Supply Co.**)

B. Sean Akins, Esq.
Fortier & Akins, P.A.
108 E. Jefferson St.
Ripley, MS 38663
(Counsel for **Lann Chemical & Supply Co.**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Landstar Inway, Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Landstar Inway, Inc.**)

Lewis N. Sears, RegAgt/Principal
**Lantern Associates, L.L.C.**
17 Kerby Lane
Mendham, NJ 07945

Henry Wang, Esq.
Gray Plant Mooty
500 IDS Ctr/80 S. Eighth St.
Minneapolis, MN 55402
(Counsel for **Lawson Software Americas, Inc.**)

Officer, Managing Agent, Or General Agent
**Lawrence Service, Inc. dba Lawrence Service**
245 Preston Street
Jackson, TN 38301

Officer, Managing Agent, Or General Agent
**Layne Industrial Supplyd**
638 Hanna Dr
Ripley, TN 38063

Jeffrey Courter, Esq.
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
(Counsel for **Library Binding Service, Inc. dba Library Binding Corp.**)

Alex Spizz, Esq.
Todtman, Nachamie,Spizz & Johns, P.C.
425 Park Avenue
New York, NY 10022
(Counsel for **L D Davis Industries, Inc.**)

Joseph Zapata, Jr., Esq.
Fox Rothschild LLP
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648
(Counsel for **Leadership 21 Worldwide dba Leadership Worldwide, Inc.**)

Bobby McClure, RegAgt/Principal
**Left Lane Transportation, Inc.**
663 Brooks Street
Batesville, AR 72501

Bryan Leinbach, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022
(Counsel for **Phoenix Color Corp. dba Lehigh Phoenix**)

David Knauss, Chief Executive Officer
**Lehigh Construction Group, Inc. dba Lehigh**
4327 South Taylor Road
Orchard Park, NY 14127

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Lewis F. McDonald, Inc. dba LF McDonald Inc. Transfer**)

Robert Van Horn, RegAgt/President
**Liberty Book and Bible Manufactures Inc.**
901 East Maryland Street
Indianapolis, IN 46202

Christopher Gresh, Esq.
Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174
(Counsel for **Central National-Gottesman Inc. dba Lindenmeyr Book Publishing**)

Susan Peipher, Esq.
Blakinger, Byler & Thomas, P.C.
28 Penn Square
Lancaster, PA 17603
(Counsel for **Lion Industrial Knife Company, Inc. dba Lion Industrial Knife Co.**)

Genevieve Merritt, Vice President
**Liquid Capital Exchange, Inc.**
5525 North Macarthur Boulevard
Irving, TX 75038-2615

Lisa Bergman, Principal
**Bergman Clean & Lisa Bergman Professional**
1140 Jessica Lane
Fernley, NV 89408

Christopher Gresh, Esq.
Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174
(Counsel for **Lithographics, Inc.**)

Officer, Managing Agent, Or General Agent
**Litho Service Canada, Inc.**
135 Oliva-Turgeon Street
Sherbrooke, QC J1C 0R4

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **Litco Automation, Inc. dba Litco Automation**)

Andrew Helfand, Esq.
Helfand & Helfand
60 East 42nd Street, Suite 1048
New York, NY 10165
(Local Counsel for **Lemon's Maintenance dba L M S Company**)

Jim Lyons, Esq.
Lyons & Cone, P.L.C.
PO Box 7044; 407 S. Main
Jonesboro, AR 72403
(Counsel for **Lemon's Maintenance dba L M S Company**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Logan Security, Inc. dba Logan Security**)

Yvon Berube, President
**LogiMethods**
1200 McGill College Avenue Suite 1100
Montreal, QC H3B 4G7

Al Taxis
Meyer, Knight & Williams, LLP
8100 Washington Avenue, Suit 1000
Houston, TX 77007
(Counsel for **Lone Star Temps, L.C.**)

Steven Wallace, Esq.
The Kunin Law Offices, LLC
412 Missouri Avenue
East Saint Louis, IL 62201
(Counsel for **Loudon Machine, Inc.**)

Maximino Medina, Jr., Esq.
Zeldes, Needl & Cooper PC
1000 Lafayette Blvd., P.O. Box 1740
Bridgeport, CT 06601
(Counsel for **L.P. MacAdams Company, Inc.**)

Dawn Arnold, Esq.
Rattet, Pasternak & Gordon Oliver, LLP
550 Mamaroneck Avenue
Harrison, NY 10528
(Counsel for **LSQ Funding Group, L.C.**)

Malcolm Futhey, III, Esq.
Farris, Bobango, Branan PLC
40 S. Main St., Suite 2000, One Commerce Squa
Memphis, TN 38103
(Counsel for **Luttrell Belting Supply Company, Inc.**)

Constantine Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Ave., 20th Floor
New York, NY 10022
(Local Counsel for **L.W. Parrish, LLC**)

David Hopper, Esq.
Cook, Heyward, Lee, Hopper & Feehan, P.C.
4551 Cox Road, Suite 210
Glen Allen, VA 23058
(Counsel for **L.W. Parrish, LLC**)

Peter D'Amico, Esq.
Attorney at Law
194 Waterman Street
Providence, RI 02906
(Counsel for **M&G Materials Handling Co.**)

Michael Allen Noonan, President
**M & J Noonan Express, Inc.**
10412 Dixie Highway
Florence, KY 41042

Officer, Managing Agent, Or General Agent
**M & L Trucking and FEC Company aka Old Frontier Family, Inc.**
213 East 2nd Street
Seaford, DE 19973

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Machtronic Products Co., Inc.**)

James Coffey, Esq.
Nutter, McClennen & Fish, LLP
155 Seaport Blvd, Seaport West
Boston, MA 02210
(Counsel for **Macdermid Printing Solutions, LLC**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Machine Diagnostics of Memphis**)

Bryon P. Johnson, RegAgt/Principal
**MCD, Inc. dba Madison Cutting Die Inc.**
2547 Progress Road
Madison, WI 53716

Nina Link, President
**Magazine Publishers of America, Inc.**
575 Lexington Avenue
Manhattan, NY 10022

Henry Wang, Esq.
Gray Plant Mooty
500 IDS Ctr/80 S. Eighth St.
Minneapolis, MN 55402
(Counsel for **Maiers Transport & Warehousing, Inc.**)

Gary Stahl, Esq.
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
(Counsel for **Mail Contractors of America, Inc.**)

Pannu Gurvinder, RegAgt/President
**Malwa Transport, Inc.**
43908 Loganwood Court
Ashburn, VA 20147

Samuel Wisotzkey, Esq.
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, WI 53212
(Counsel for **Manpower Inc.**)

Michelle Greenberg, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(Counsel for **Man Roland Inc.**)

Jonathan Raulston
Engel, Hairston & Johanson, PC
109 North 20th Street, 4th Floor
Birmingham, AL 35202
(Counsel for **Manville Electric Motor Co., Inc.**)

Eric Zabicki, Esq.
Pick & Zabicki LLP
369 Lexington Avenue, 12th Floor
New York, NY 10017
(Local Counsel for **The Maple Press Company dba Maple-Vail Book Manufacturing**)

Kathryn Sallie, Esq.
Rhoads & Sinon LLP
One S. Market Sq., 12th Floor
Harrisburg, PA 17101
(Counsel for **The Maple Press Company dba Maple-Vail Book Manufacturing**)

Officer, Managing Agent, Or General Agent
**Master Flo Technology, Inc.**
1233 Tessier St.
Hawkesbury, ON K6A 3R1

Craig Helmreich, Esq.
Scopelitis, Garvin, Light, Hanson & Feary
10 W. Market Street, Ste 1500
Indianapolis, IN 46204
(Counsel for **The Mason and Dixon Lines, Incorporated dba Mason and Dixon Lines, Inc.**)

Benson Masterman, RegAgt/Principal
**Masterman's, LLP**
11 C Street
Auburn, MA 01501-000

Ralph Waddell
Barrett & Deacon, P.A.
P.O. Box 1700
Jonesboro, AR 72403
(Counsel for **MPC Color Inc. dba Master Printing Company aka Master Print Group**)

Thomas Gays, II, Esq.
Saunders, Cary & Patterson
9100 Arboretum Pkwy, Suite 300
Richmond, VA 23236
(Counsel for **Master Machine & Engineering Co., Inc. dba Master Machine & Engineering**)

Merle Meyers
Meyers Law Group, P.C.
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
(Counsel for **Matson Integrated Logistics, Inc. fka Matson Intermodal System, Inc.**)

Randall L. McCord, RegAgt/Officer
**McCord Material Handling Group LLC dba Material Handling Group**
3725 Getwell Cove
Memphis, TN 38118

Tim Barrows, RegAgt/Principal
**Matrix Partners International LLC**
2 Park Avenue, 4th Floor
Manhattan, NY 10016

Merle Meyers
Meyers Law Group, P.C.
44 Montgomery Street, Suite 1010
San Francisco, CA 94104
(Counsel for **Matson Integrated Logistics, Inc.**)

Daniel Schmutter, Esq.
Farer Fersko, A Professional Assn.
600 South Avenue
Westfield, NJ 07091
(Counsel for **Maumee Express, Inc.**)

Christopher Jaime, Esq.
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, NV 89520
(Counsel for **Maupin, Cox & Legoy, a
Professional Corporation**)

David Schilli, Esq.
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
(Counsel for **Max Daetwyler Corp.**)

Marsh McDaniel, President
**McDanco Transportation, Inc.**
8300 South Central Expressway
Dallas, TX 75241-7815

Tiiara Patton, Esq.
Calfee, Halter & Griswold, LLP
800 Superior Avenue
Cleveland, OH 44114
(Counsel for **McGrann Paper Corporation**)

Arthur Ruegger, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
(Local Counsel for **McKenzie Banking
Company**)

Stephen Hughes, Esq.
Kizer, Bonds, Hughes & Bowen, PLLC
PO Box 320
Milan, TN 38358
(Counsel for **McKenzie Banking Company**)

Demetra Liggins, Esq.
Thompson & Knight LLP
919 Third Avenue, 39th Floor
New York, NY 10022
(Local Counsel for **McKaypres, Inc. dba
McKay Press, Inc.**)

Allison Byman, Esq.
Thompson & Knight LLP
333 Clay Street, Suite 3300
Houston, TX 77002
(Counsel for **McKaypres, Inc. dba McKay
Press, Inc.**)

Jon Vigano, Esq.
Schiff Hardin, LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
(Counsel for **McMaster Carr Supply
Company**)

Jerry L. Hyde, President
**Premier Graphics, Inc. and Premier
Graphics Holding, Inc.**
2500 West Loop South Suite 500
Houston, TX 77027

Mark C. Soderquist, RegAgt/President
**MCS Registration Services**
1051 Kant Street
Englewood, FL 34224

Michelle Greenberg, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(Counsel for **MCS Services, Inc. and Micro
Computer Solutions, Inc. dba MCS**)

Shelly Young, RegAgt/Principal
**MCX, LLC**
12 County Road 473
Luka, MS 38852

Robert Haupt, Esq.
Phillips Murrah P.C.
101 N. Robinson Ave.
Oklahoma City, OK 73102
(Counsel for **Media Technology, Incorporated**)

Leonard Lesser, Esq.
Simon Lesser PC
420 Lexington Avenue
New York, NY 10170
(Counsel for **Megtec Systems, Inc.**)

David Blaylock, Esq.
Glankler Brown, PLLC
1700 One Commerce Square
Memphis, TN 38103
(Counsel for **Dr. Pepper Bottling Co. of Paragould, Inc. dba Mellow Moon Dist.**)

Gregory A. Dickinson, RegAgt/President
**Merchants Distribution Service, LTD.**
1420 11th Avenue NE
Altoona, IA 50009

Daniel Carroll, Esq.
Ingram, Yuzek, Gainen, Carroll & Bertolotti, LLP
250 Park Avenue
New York, NY 10177
(Local Counsel for **Meridian Express, Inc.**)

John Riccione, Esq.
Aronberg Goldgehn Davis & Garmisa
One IBM Plaza, Ste. 3000
Chicago, IL 60611
(Counsel for **Meridian Express, Inc.**)

Steve Blough, RegAgt/President
**Mercurygate International, Inc.**
1654 Old Apex Road
Cary, NC 27513

Jason Tucker, Principal
**Mercury Holdings, LLC dba Mercury Transportations**
6740 Eastgate Boulevard
Lebanon, TN 37090-6019

Suzana Koch
Brouse McDowell
388 South Main Street, Suite 500
Akron, OH 44311
(Counsel for **Mettler-Toledo, Inc.**)

Officer, Managing Agent, Or General Agent
**Werner Enterprises L.P. dba Metal Supermarkets-Dallas**
1216 Dolton Drive, Suite 101
Dallas, TX 75207

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Local Counsel for **Metroplex Supply Company**)

Virginia Hammerle, Esq.
Hammerle Finley
2220 San Jacinto Blvd., Suite 200
Denton, TX 76205
(Counsel for **Metroplex Supply Company**)

Mark Kundla, Esq.
Hardin, Kundla, McKeon & Poletto
673 Morris Ave
Springfield, NJ 07081
(Counsel for **Heritage Operating, L.P. dba Metro Lift Propane**)

Officer, Managing Agent, Or General Agent
**Metafix, Inc.**
1925 46th Avenue
Lachine (Montreal), QC H8T 2P1

Radomir Dobrasinovic, President
**MGR Express, Inc. dba MGR Express**
8705 45th Street
Lyons, IL 60534

Ryan MacDonald
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(Counsel for **Micro Tech Staffing Group, Inc.**)

David Catuogno, Esq.
Forman Holt Eliades & Ravin LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652
(Counsel for **Wyndham Worldwide Corporation dba Microtel Inn & Suites**)

Narlyne P. Desir, RegAgt/Principal
**Ednard Universal Business, Inc. dba Midwest Specialty Products**
3278 Fairhaven Ave.
Kissimmee, FL 34746

Jim Lyons, Esq.
Lyons & Cone, P.L.C.
PO Box 7044; 407 S. Main
Jonesboro, AR 72403
(Counsel for **Mid-South Plumbing & Electrical Supply Company, Inc.**)

Jerry Palagiewicz, President
**Midwest Trucking Transport, Inc.**
455 South Frontage Road
Willowbrook, IL 60527

Liese Howarth, Esq.
Gallagher & Howarth, PC
68 Bridge Street, Suite 207
Suffield, CT 06078
(Counsel for **Midwestern Transit Service, Inc.**)

Fred Brown, President
**Midway Industrial Forklift Services, Inc.**
300 Pearl Street
Ottawa, IL 61350

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Midwest Transport, Inc.**)

Officer, Managing Agent, Or General Agent
**Midland Express, Inc. dba Midland Express**
69 Ainger Cir
Sacramento, CA 95835

Carey Schreiber, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(Counsel for **Midland Paper Company**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Milan Express Co., Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Milan Express Co., Inc.**)

Stephen Dexter, Esq.
Lathrop & Gage LLP
370 17th Street, Suite 4650
Denver, CO 80202
(Counsel for **Miller-Cooper Company**)

Sam Simmerman, Esq.
Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A.
4775 Munson Street NW
Canton, OH 44735
(Counsel for **Millwood, Inc.**)

Arthur Gilloon
Gilloon, Wright & Hamel, PC
770 Main Street
Dubuque, IA 52001
(Counsel for **Miller Electric Supply, Inc.**)

Christopher Gresh, Esq.
Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174
(Counsel for **Millwood Trucking, Inc.**)

D. Clay Ward, Esq.
Ward and Spires, LLC
445 Walker Street
Augusta, GA 30901
(Counsel for **McGowen Printing & Mailing,
Inc. dba Miller Printing and Mailing**)

Jan Conlin, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402
(Counsel for **Miracle Logistics, Inc.**)

James Shenwick, Esq.
Shenwick & Associates
655 Third Avenue, 20th Floor
New York, NY 10017
(Local Counsel for **Mission Uniform &
Linen Svc dba Mission Uniform Service**)

Sidney Tinberg, Esq.
Attorney at Law
21 S. California Street, Suite 206
Ventura, CA 93001
(Counsel for **Mission Uniform & Linen Svc
dba Mission Uniform Service**)

Mike Gilliland, President
**MLG Trucking, Inc.**
318 Winchester Road
Memphis, TN 37501

Officer, Managing Agent, Or General Agent
**MNG Truckline dba MNG Truckline Inc.**
3220 E American Ave
Fresno, CA 93725

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **The Newark Group, Inc. dba
Mobile Paperboard Corp.**)

Mark A. Cauwels, RegAgt/Principal
**Modern Air Mechanical dba Modern Air**
2200 Cooper Avenue
Merced, CA 95348

Gerald Couch, President
**Modern Handling Equipment Company**
2501 Durham Road
Bristol, PA 19007

Bruce Sattin, Esq.
Szaferman, Lakind, Blumstein & Blader, P.C.
101 Grovers Mill Road, Suite 200
Trenton, NJ 08648
(Counsel for **Monroe Graphics, LLC dba
Monroe Graphic Service**)

James W. Dechman, RegAgt/President
**Monitoring Technology Corporation**
12701 Fair Lakes Circle, Suite 320
Fairfax, VA 22033

Bruce Mitchell, Esq.
Mitchell & Associates
3390 Peachtree Road, 5th Fl., Lenox Towers
S.
Atlanta, GA 30326
(Counsel for **Morgan Southern, Inc.**)

Kimberly Robinson, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg
LLP
200 West Madison St., Suite 3900
Chicago, IL 60606
(Counsel for **Motion Industries, Inc.**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **Motor Air Dispatch, Inc.**)

Officer, Managing Agent, Or General Agent
**M P Transport, Inc. dba MP Transport**
15 Salt Creek Road Suite 412
Hinsdale, IL 60521

Officer, Managing Agent, Or General Agent
**M R A Carrier Inc.**
2113 North Ellendale Avenue
Fresno, CA 93722

Jana Magnuson, Esq.
Pierce Atwood LLP
One Monument Square
Portland, ME 04101
(Counsel for **Myllykoski North America Inc.**)

John Griffin, President
**Nama Graphics, Inc.**
100 West Roosevelt Road B-8
Wheaton, IL 60187

James Coffey, Esq.
Nutter, McClennen & Fish, LLP
155 Seaport Blvd, Seaport West
Boston, MA 02210
(Counsel for **Napp Systems Inc.**)

Officer, Managing Agent, Or General Agent
**Narrowgate, L.P. fdba Narrowgate, Inc.**
3011 Red Hawk Drive
Grand Prairie, TX 75051

David Aaronson
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, NY 10005
(Counsel for **National Starch LLC dba National Starch & Chemical Co.**)

James Rollins, Esq.
Holland & Knight LLP
1201 West Peachtree NE, Suite 2000
Atlanta, GA 30309
(Counsel for **Nationwide-Southeast Inc.**)

Steven Douglass, Esq.
Harris Shelton Hanover Walsh, PLLC
2700 One Commerce Square
Memphis, TN 38103
(Counsel for **National Filters Corporation fka National Filter Center, Inc.**)

David P. Carney, Principal
**Nationwide Transport Finance LLP dba Nationwide Transport Finance**
2650 Lake Sahara Drive Suite 200
Las Vegas, NV 89117

Brian Jackiw
Freeborn & Peters LLP
311 South Wacker
Chicago, IL 60606
(Counsel for **National Fire Sprinklers, Inc.**)

Norman Bock
Leibowitz & Bock
225 Broadway, 41st Floor
New York, NY 10007
(Counsel for **National Packaging Specialists, Inc.**)

David Steinberger, Chairman of the Board
**National Book Foundation, Inc. dba National Book Foundation**
95 Madison Avenue, #709
Manhattan, NY 10016

James Rollins, Esq.
Holland & Knight LLP
1201 West Peachtree NE, Suite 2000
Atlanta, GA 30309
(Counsel for **Nationwide Magazine & Book Distributors, Inc. dba Nationwide Midwest**)

Randall Fishman, Esq.
Ballin, Ballin & Fishman, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103
(Counsel for **National Bankers Trust and D & D Carriers**)

Lyle R. Olson, President
**Nebraska Atlantic Transportation, Inc.**
21852 R & R Road
Gretna, NE 68028

Michelle McMahon, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
(Local Counsel for **Neenah Paper, Inc.**)

Gwendolyn Godfrey, Esq.
Bryan Cave LLP
1201 West Peachtree Street, NW, 14th Floor
Atlanta, GA 30309
(Counsel for **Neenah Paper, Inc.**)

Brad Beaton, Chief Executive Officer
**New England Newspaper Supply Company, Inc. dba Neusco**
9 Railroad Avenue
East Millbury, MA 01527-4199

Robert Martinez, Esq.
Law Office of Robert E. Martinez, PLLC
81 Main Street, Suite 300
White Plains, NY 10601
(Counsel for **Nerak Systems, L.P. dba Nerak Systems, Inc.**)

Peter Costello, President
**Premier Farnell, PLC dba Newark aka Premier Farnell Canada, Ltd.**
150 Armley Road
Leeds, UK LS12 2QQ

Nino Vella, President
**New Pig Corporation**
One Pork Avenue
Tipton, PA 16684

Terence Watson, Esq.
Law Offices of Ira S. Sacks LLP
575 Madison Avenue, 10th Floor
New York, NY 10022
(Counsel for **New England Finishing, Inc.**)

Shawn Fox, Esq.
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105
(Counsel for **New Penn Motor Express, Inc.**)

William Kohler, Esq.
Kohler & Barnes, P.C.
300 Westage Business Center Drive, Suite 350
Fishkill, NY 12524
(Counsel for **N.Y.U.V., Inc. aka New York U V Inc.**)

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **The Newark Group, Inc. dba Newark Paperboard Products**)

Ramie O'Neil, Esq.
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
(Counsel for **New Leaf Paper, Inc.**)

Gregory Koldys, Esq.
Mickelson Barnet, P.C.
30 Cornell Street
New Bedford, MA 02740
(Counsel for **New Bedford Thread Co., Inc.**)

Singh Ajmer, Owner
**Singh Ajmer dba New Public Transport**
5727 North Mitre Avenue
Fresno, CA 93722

Kenneth Kable, Esq.
Braun Kendrick Finkbeiner
4301 Fashion Square Blvd.
Saginaw, MI 48603
(Counsel for **New Dimensions**)

Jeffrey Vanacore, Esq.
Arent Fox Kintner Plotkin & Kahn, PLLC
1675 Broadway
New York, NY 10019
(Counsel for **Newpage Corporation**)

Jeffrey Brenstein, Esq.
McElroy, Deutsch, Mulvaney & Carpenter
LLP
Three Gateway Center
Newark, NJ 07102
(Counsel for **Niagara Frontier Custom Fabrication Inc.**)

Brian Jackiw, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Ste 3000
Chicago, IL 60606
(Counsel for **National Industrial Coatings, Inc. dba Nicoat**)

Carl B. Landau, Principal
**Niche Publications, Inc. dba Niche Media**
508 2nd Street, #106
Davis, CA 95616-4664

Joseph Yar, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **R R Donnelley dba The Nielsen Company aka Nielsen Ohio Valley Litho**)

Sandra Mayerson, Esq.
Squire, Sanders & Dempsey L.L.P.
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
(Local Counsel for **Nippon Paper Industries USA Co., Ltd.**)

Bruce Borrus, Esq.
Riddell Williams P.S.
1001 Fourth Ave. Plaza, Suite 4500
Seattle, WA 98154
(Counsel for **Nippon Paper Industries USA Co., Ltd.**)

Courtney Gilmer, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street, Suite 1000
Nashville, TN 37201
(Counsel for **Nolensville Printing Co.**)

Officer, Managing Agent, Or General Agent
**S. Minhas & Non Stop Fastfreight, Inc.**
92 Rue Lamarche
Dollard-Des-Ormeaux, QC H9B3E4

Edward P. Campbell, Chief Executive Officer
**Nordson Corporation**
28601 Clemens Road
Westlake, OH 44145

Roy Prange, Esq.
Quarles & Brady LLP
33 East Main St., Suite 900
Madison, WI 53703
(Counsel for **Norske Skog (USA) Inc.**)

Barbara Yong, Esq.
Golan & Christie LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602
(Counsel for **Norkol Converting Corporation**)

John De Lorme, RegAgt/Principal
**North American Cerutti Corporation**
15800 West Overland Drive
New Berlin, WI 53151

Fred Stevens, Esq.
Fox Rothschild LLP
100 Park Avenue, Ste. 1500
New York, NY 10017
(Local Counsel for **North American
Publishing Co. & Gold Ink Awards**)

Mark McCreary, Esq.
Fox Rothschild LLP
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103
(Counsel for **North American Publishing
Co. & Gold Ink Awards**)

Barbara Yong, Esq.
Golan & Christie LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602
(Counsel for **Norkol, Inc.**)

John Mueller, Esq.
Harter Secrest & Emery LLP
12 Fountain Plaza, Suite 400
Buffalo, NY 14202
(Counsel for **Norampac Leominster Inc.**)

Officer, Managing Agent, Or General Agent
**Norman Davis, Inc. dba Norman Davis
Trucking**
1760 Old Columbia Road
Dickson, TN 37055

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Northeast Industrial
Technologies, Inc. dba Northeast Industrial
Technology**)

Edward Harvey, Officer
**Northstar Transportation Solutions LLC**
2800 Cantrell Road, #500
Little Rock, AR 72202

Scott Wolf, Esq.
Schlossbert & Associates P.C.
35 Braintree Hill Office Park, Suite 303
Braintree, MA
(Counsel for **Nova Marketing, Inc.**)

Christopher Hawkins, Esq.
Bradley Arant Rose & White LLP
One Federal Place, 1819 5th Ave N
Birmingham, AL 35203
(Counsel for **EBSCO Industries, Inc. dba
NSC International**)

Officer, Managing Agent, Or General Agent
**NTC**
4001 Peacock Dr.
Bethlehem, PA 18020

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Numerical Concepts, Inc.**)

Kelly Romano, President
**Carrier Rental Systems, Inc. dba Nutemp**
One Carrier Place
Farmington, CT 06034

Paul Rosenthal, Esq.
Preston & Malcom
110-112 Court Square
Monroe, GA 30655
(Counsel for **NuVision Graphics, Inc.**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Oak Harbor Freight Lines,
Inc.**)

L. Ted Mawla, Esq.
Robert Half International Inc.
2884 Sand Hill Road, Suite 200
Menlo Park, CA 94025
(Counsel for **Robert Half International, Inc. dba OfficeTeam**)

Bernice Lee, Esq.
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, Suite 300
Boca Raton, FL 33431
(Counsel for **Office Depot, Inc.**)

Rick Estep, President
**Oklahoma-Air Filter Sales & Service Co.**
101 East Hill Street
Oklahoma City, OK 73105

Mark E. Corndell, RegAgt/President
**Olympic Adhesives, Inc**
670 Canton Street
Norwood, MA 02062

Theodore Psarros, President
**Olympic Delivery Service, Inc.**
295 Turnpike Street
Canton, MA 02021

Adam Kegley, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507
(Counsel for **Omnisource Integrated Supply, LLC**)

Steve Holland, President
**On Board Xpress, Inc.**
754 Port America Pl
Grapevine, TX 76051

Kevin Tompsett, Esq.
Harris Beach PLLC
99 Garnsey Rd.
Pittsford, NY 14534
(Counsel for **Ongweoweh, Corp.**)

Cynthia Feeley, Esq.
Feeley & Associates, P.C.
161 North Clark Street, Suite 4700
Chicago, IL 60601
(Counsel for **On-Hand Distributors, Incorporated dba On-Hand Adhesives**)

Adam Wikla, President
**Optima Expedited Trucking, Inc.**
2615 Crestwood
Deerfield, IL 60015

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Orange Commercial Credit**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Orange Commercial Credit**)

Jim Kotek, President
**ORBIS Corporation**
1645 Bergstrom Road
Neenah, WI 54957-0367

Dwight Haygood, Jr.
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street, Suite 2800
Louisville, KY 40202
(Counsel for **Orr Safety Corporation dba Orr Safety Equipment Company**)

John Miller, Esq.
Miller Law Firm, P.C.
974 3rd St., Suite 15
Windsor Heights, IA 50324
(Counsel for **Office Systems Exchange, Inc. dba OSE Office Furniture**)

Michelle Greenberg, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(Counsel for **William Holingsworth dba P & H Forklift Service**)

Allan Bloomfield, Esq.
Attorney at Law
118-21 Queens Boulevard, Suite 617
Flushing, NY 11375
(Local Counsel for **P & M Services, Inc.**)

Mark Demorest
Dermorest Law Firm PLLC
555 S. Old Woodward, Suite 21U
Birmingham, MI 48009
(Counsel for **P & M Services, Inc.**)

Russell Channen
Phillips, Gerstein & Channen, LLP
25 Kenoza Avenue
Haverhill, MA 01830
(Counsel for **Pacific Packaging Products, Inc.**)

Herbert Mondros, Esq.
Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, DE 19801
(Counsel for **Packaging Services of Maryland, Inc.**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **Pacific East Transportation Company, Inc.**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Packaging Systems, Inc.**)

Timothy A. Pack, RegAgt/President
**Pack Graphics, Inc.**
112 Bryon Avenue
Berea, KY 40403

William Ganzak, Principal
**Zak Brothers Printing, L.L.C. dba Palmer Printing Co.**
5480 Cass Avenue
Detroit, MI 48202

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Palmentere Bros. Cartage Service, Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Palmentere Bros. Cartage Service, Inc.**)

Tom Wilson, President
**Palace Sports & Entertainment, Inc.**
3777 Lapeer Road
Auburn Hills, MI 48326

Virginia Tostado, Principal
**C. Orozco Trucking dba Palmito Trucking**
8512 Chester Avenue
Paramount, CA 90723

Scott Pyfer
Lindabury, McCormick, Estabrook & Cooper, P.C.
53 Cardinal Drive
Westfield, NJ 07091
(Counsel for **Pamarco, Incorporated dba Pamarco Global Graphis**)

Joseph O'Neil, Jr., Esq.
Montgomery, McCracken, Walker & Rhoads,
LLP
123 South Broad Street, 28th Floor
Philadelphia, PA 19109
(Counsel for **Panel Prints, Inc.**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Panther II
Transportation, Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Panther II Transportation,
Inc.**)

Robert F. Campbell, RegAgt/President
**Panther Oil Company, Inc.**
396 Airways Boulevard
Jackson, TN 38301

George Geeslin, Esq.
George M. Geeslin, Attorney at Law
3525 Piedmont Center, Suite 550
Atlanta, GA 30305
(Counsel for **Paperfold/Graphic Finishers,
Inc.**)

Randy Mathena, President
**Paper Cutters, Inc.**
840 North Highway 25 Bypass
Greenville, SC 29601

Laurence Laurenzi, RegAgt/President
**Paragon Data Systems, Inc.**
2218 Superior Avenue
Cleveland, OH 44114

Robert C. Parker Jr., President
**Parker Solvents Company, Inc.**
3619 Wheeler Avenue
Fort Smith, AR 72901

Rema Awad
PARC Management, LLC
7892 Baymeadows Way
Jacksonville, FL 32256
(Counsel for **PARC Elitch Gardens, LLC
dba Parc Elitch Gardens**)

Craig Helmreich, Esq.
Scopelitis, Garvin, Light, Hanson & Feary
10 W. Market Street, Ste 1500
Indianapolis, IN 46204
(Counsel for **Paschall Truck Lines, Inc.**)

Samuel J. Patterson Jr., RegAgt/Principal
**Patterson Freight Companies dba
Patterson Freight Systems, Inc.**
2400 Roberts Ranch Road
Plant City, FL 33566

Jennifer Cranston, Esq.
Ciardi, Ciardi & Astin, P.C.
2005 Market Street, Suite 1930
Philadelphia, PA 19103
(Counsel for **Patrick Transportation
Company**)

C. William Mulligan, II, Esq.
Attorney at Law
3165 South Alma School Road, #29-PMB155
Chandler, AZ 85248
(Counsel for **P.C.I. Industrial Supply, Inc.
dba PCI Industrial Supply**)

Alan Ostrowitz, Esq.
Ostrowitz & Ostrowitz, Esqs.
225 Gordons Corner Road, Suite 1J
Manalapan, NJ 07726
(Local Counsel for **Penn Graphics
Equipment, Inc.**)

Jack Seitz, Esq.
Lesavoy Butz & Seitz LLC
7535 Windsor Drive, Suite 200
Allentown, PA 18195
(Counsel for **Penn Graphics Equipment,
Inc.**)

David Aaronson
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, NY 10005
(Local Counsel for **Penske Truck Leasing
Corporation**)

David Primack, Esq.
Drinker Biddle & Reath LLP
1100 N. Market Street
Wilmington, DE 19801
(Counsel for **Penske Truck Leasing
Corporation**)

Selene Costello
Penton Media, Inc.
249 W 17th Street, 4th Floor
New York, NY 10011
(Local Counsel for **Penton Media, Inc.**)

Robert Krebs
Jones Day
77 West Wacker Drive
Chicago, IL 60601
(Counsel for **Penton Media, Inc.**)

Stephen Turman, Esq.
Moritt, Hock, Hamroff & Horowitz, LLC
400 Garden City Plaza, Ste. 202
Garden City, NY 11530
(Counsel for **Peoples Capital and Leasing
Corp. dba Peoples Capital & Lease**)

Thomas Genova, Esq.
Genova & Malin
1136 Route 9
Wappingers Fall, NY 12590
(Counsel for **Perretta Graphics Corp.**)

Jennifer Emens-Butler
Obuchowski & Emens-Butler
PO Box 60, 1542 Vt. Rt. 107
Bethel, VT 05032
(Counsel for **Fibermark North America,
Inc. dba Permalin Products Company**)

Steven Cooper, President
**TrueBlue, Inc. dba Spartan Staffing, LLC
fdba Personnel Management, Inc.**
1015 A Street
Tacoma, WA 98402

Janice Grubin
Todtman, Nachamie, Spizz & Johns, PC
425 Park Avenue
New York, NY 10022
(Counsel for **Petit Printing Corp.**)

Paul Edwin Wilson, RegAgt/Principal
**P.E. Wilson Trucking, LLC dba PE Wilson
Trucking**
1880 Dunkirk Road
Lexington, KY 40504

Bruce Roberson, President
**PSC, LLC dba Phillip Service Corp.**
5151 San Felipe Suite 1600
Houston, TX 77056

John L. Philips, President
**Philips Brothers Electrical Contractors,
Inc.**
235 Sweet Spring Road
Glenmoore, PA 19343-15

D. Clay Ward, Esq.
Ward and Spires, LLC
445 Walker Street
Augusta, GA 30901
(Counsel for **Phoenix Commercial Printers,
Inc. dba Phoenix Commercial Printing,
Inc.**)

Edwin L. Douglass Jr., RegAgt/Principal
**Phoenix Oil Company**
1829 Gordon Highway
Augusta, GA 30904

Elan Levey
Levinson Arshonsky & Kurtz, LLP
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
(Counsel for **Phoenix Capital Group, L.L.C.**)

Sam Della Fera, Jr., Esq.
Trenk, DiPasquale, Webster, Della Fera & Sodono P.C.
347 Mt. Pleasant Avenue, Suite 300
Orange, NJ 07052
(Local Counsel for **Pioneer Logistics Systems, Inc.**)

Elias Abilheira, Esq.
Abilheira & Associates, P.C.
34 East Main Street
Freehold, NJ 07728
(Counsel for **Pioneer Logistics Systems, Inc.**)

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **Pitman Company**)

Charles J. Tasch, Chief Executive Officer
**Plasma Coatings, Inc.**
80 Turnpike Drive
Waterbury, CT 06708

Donald Campbell, Jr., Esq.
Giordano Halleran & Ciesla
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
(Counsel for **Plasti-Clad Metal Products, Inc. dba Plasti Clad Metal Products**)

Brian Jackiw, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Ste 3000
Chicago, IL 60606
(Counsel for **P.M. Recycling, Inc.**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Pollution Control Industries, Inc.**)

Timothy Niarhos, Esq.
Attorney at Law
321 29th Avenue North
Nashville, TN 37203
(Counsel for **Pook Chemical, LLC**)

Gerald Kohn, Esq.
Rolls Kohn & Associates, LLP
20 Court Street
Buffalo, NY 14202
(Counsel for **Pooley, Inc.**)

Edward Dinki, Esq.
Nicholas, Perot, Smith, Bernhart & Zosh, PC
12364 Main Road
Akron, NY 14001
(Counsel for **Povinelli Grinding Service, Inc. dba Povinelli Grinding Service**)

Kenneth Baker
Eastman & Smith Ltd.
PO Box 10032
Toledo, OH 43699
(Counsel for **Power Brushes, Inc.**)

Russell Savory, Esq.
Gotten, Wilson, Savory & Beard, PLLC
88 Union Avenue, 14th Floor
Memphis, TN 38103
(Counsel for **Power Equipment Co. of Memphis**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **Power Transmission Specialties, Inc.**)

Nathaniel Story, Esq.
Hirschler Fleischer PC
2100 E. Cary Street
Richmond, VA 23223
(Counsel for **Powertec Inc.**)

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **Power & Control Resources**)

Gregory Newell, President
**Powerhandling, Inc. dba Powerhandling**
3223 N. Market Street
Spokane, WA 99207

David Grogan, Esq.
Shumaker, Loop & Kendrick, LLP
128 S. Tryon St., Ste. 1800
Charlotte, NC 28202
(Counsel for **Precision Products &
Consulting, Inc.**)

James C. Benjamin, President
**Precision Brush Co.**
6700 Parkland Blvd
Cleveland, OH 44139

John Harper, Esq.
John I. Harper, P.C.
5 George C. Wilson Court, Suite B
Augusta, GA 30909
(Counsel for **Precision Pallet Company**)

Lewis Schwartz
Lewis D. Schwartz, P.C.
3700 West 7th Street
Fort Worth, TX 76107
(Counsel for **Pressroom Solutions, Inc.**)

Officer, Managing Agent, Or General Agent
**Premier Medical Group, P.C.**
1850 Business Park Drive Suite 110A
Clarksville, TN 37043

Officer, Managing Agent, Or General Agent
**GHL Packaging Group fka Preferred
Packaging Systems, Inc. dba Preferred
Packaging Systems**
9357 Richmond Place #103
Rancho Cucamonga, CA 91730

Debra Cohen, Esq.
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022
(Counsel for **Preferred Packaging Co., Inc.**)

Roland Jones, Esq.
Jones & Associates
1230 6th Avenue 7th Floor
New York, NY 10020
(Counsel for **Premium Personnel, Inc.**)

Stephen Turman, Esq.
Moritt, Hock, Hamroff & Horowitz, LLC
400 Garden City Plaza, Ste. 202
Garden City, NY 11530
(Counsel for **Preprint Logistics
Management, Inc.**)

Officer, Managing Agent, Or General Agent
**Precision Tool & Engineering, Inc. dba
Precision Tool & Engineering**
1500 Radford Rd
Dubuque, IA 52002

Michael Britton, Esq.
Shields, Britton & Frazier, P.C.
5401 Village Creek Drive
Plano, TX 75093
(Counsel for **Press Control Services, Inc.**)

Brian Leone, Esq.
Myatt Brandes & Gast, PC
323 South College Avenue, Suite 1
Fort Collins, CO 80524
(Counsel for **Precision Knife and Tool
Company LLC, dba Precision Knife
Grinding**)

Jeffrey Margolin, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(Counsel for **PriceWaterhouseCoopers
LLP**)

Gif Thornton, Esq.
Adams and Reese LLP
424 Church Street, Suite 2800
Nashville, TN 37219
(Counsel for **Printing Industries
Association, Inc., of Southern California
and Printing Industry of Minnesota, Inc.
and Printing Indu**)

John E. Prim, Chief Executive Officer
**Prim Hall Enterprises, Inc.**
11 Spellman Road
Plattsburgh, NY 12901

Richard B. Liroff, RegAgt/President
**Printers' Service, Inc.**
26 Blanchard Street
Newark, NJ 07105

Victor Hugo Osorio, Principal
**Prime Delivery Service, Inc. and Primetime
Express, Inc. dba Primetime Express**
110 North Maclay Avenue, Suite 11
San Fernando, CA 91340

Thomas Roach, President
**Printwell Acquisition Company, Inc. dba
Printwell**
26975 Northline Road
Taylor, MI 48180

Officer, Managing Agent, Or General Agent
**Priority Transportation, LLC**
6070 Collett Rd.
Farmington, NY 14425

Jonathan Scharff, Esq.
Harris Shelton Honover Walsh, PLLC
One Commerce Square, Suite 2700
Memphis, TN 38103
(Counsel for **Process & Power, Inc.**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Pro Staff Personnel Service,
Inc.**)

Rick Pescovitz, Owner
**Professional Image, Inc.**
4300 Creek Road
Cincinnati, OH 45241

Geoffrey Peters, Esq.
Weltman, Weinberg & Reis Co., L.P.A.
175 South 3rd Street, Suite 900
Columbus, OH 43215
(Counsel for **Proforma, Inc.**)

Don O. Lewis, President
**Pro-Tech Security, Inc.**
3624 Park Avenue
Memphis, TN 38111-5630

Joseph Yar
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
(Counsel for **R.R. Donnelley & Sons
Company fdba Pro Line Printing Inc.**)

Thomas M. Paradis, RegAgt/President
**Professional Transportation Brokers, Inc.**
2005 East 20th Avenue
Denver, CO 80205

Bob Wiederhold, Officer
**Prowest Pneumatics & Supply, LLC**
6350 S. Brentwood St.
Lakewood, CO 80123

**Putman, Inc. and Professional Resources, Inc. and A-1 Staffing, Inc.**
900 Central Avenue
Nebraska City, NE 68410

Joseph Clasen, Esq.
Robinson & Cole LLP
885 Third Ave., 28th Floor
New York, NY 10022
(Local Counsel for **Prudential Relocation, Inc.**)

Christopher Major, Esq.
Robinson & Cole LLP
1055 Washington Blvd.
Stamford, CT 06901
(Counsel for **Prudential Relocation, Inc.**)

Kristan Howard, Esq.
Flaster Greenberg, P.C.
1600 JFK Boulevard, 2nd Floor, Suite 200
Philadelphia, PA 19103
(Counsel for **Rho-Chem, LLC fka Rho-Chem Corporation**)

James Rich, Principal
**P S, Inc.**
3115 E. Division St.
Mount Juliet, TN 37122

**Puebla Transport Company Corp.**
102 Webster Avenue
Paterson, NJ 07501

Jerome A. Reynolds, Principal
**Quality Cartage, Inc. dba QTI Inc.**
7580 State Rd.
Oak Lawn, IL 60459

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Counsel for **Quaker Transport, Inc.**)

Stephanie McGehee, Esq.
Harned Bachert & McGehee PSC
324 East 10th Avenue
Bowling Green, KY 42101
(Counsel for **QP1, Inc. dba Quality Personnel**)

Wayne Davis, Esq.
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, NY 10022
(Counsel for **Qualified Resources International LLC**)

Joyce Bray, President
**Quality Rework and Sorting, Inc.**
604 Haring Road
Franklin, KY 42134

**Qualitec Professional Services-San Antonio, L.P. dba Qualitec Professional Service**
15810 Park Ten Place, Suite 255
Houston, TX 77084

Ervin Quiroa, RegAgt/Owner
**Quiroa's Transportation LLC**
368 Dyer Avenue
Cranston, RI 02920

Shanna O'Neal
Saul Ewing LLP
1200 Liberty Ridge Drive, Suite 200
Wayne, PA 19087
(Counsel for **QVC, Inc. dba QVC Network**)

Paul Beaudry, Principal
**R & B Transportation, LLC**
949 Old Claremont Road
Unity, NH 03603

Mark Ledwin, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
(Local Counsel for **R & L Carriers, Inc.**)

John Bryant, Esq.
Dean & Fulkerson, P.C.
801 W Big Beaver Rd, Fifth Floor
Troy, MI 48084
(Counsel for **R & L Carriers, Inc.**)

Sam Della Fera, Jr., Esq.
Trenk, DiPasquale, Webster, Della Fera & Sodono P.C.
347 Mt. Pleasant Avenue, Suite 300
Orange, NJ 07052
(Local Counsel for **R & R Freight Services**)

Elias Abilheira, Esq.
Abilheira & Associates, P.C.
34 East Main Street
Freehold, NJ 07728
(Counsel for **R & R Freight Services**)

Scott Ramsey, Principal
**R & R Wood Products, Inc.**
309 East Broad Street
Dickson, TN 37055

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **R.A. Brooks Trucking, Co., Inc.**)

Kazimer Wrobel, President
**Raider Express, Inc.**
2400 Cold Springs Road
Fort Worth, TX 76106

James Ryan, Esq.
Attorney at Law
1131 Raymond Avenue
La Grange, IL 60526
(Counsel for **R. A. Kerley Ink Engineers, Inc.**)

Jeff Miller, President
**Randik Paper Co. dba Randik**
136 Flamingo Drive
Modesto, CA 95358

Barbara Ellis-Monro, Esq.
Ellenberg, Ogier, Rothschild & Rosenfeld, PC
170 Mitchell Street SW
Atlanta, GA 30303
(Counsel for **Randstad Staffing Services, Inc.**)

Jonathan Bernstein
Morgan Lewis & Bockius LLP
225 Franklin Street 16th Floor
Boston, MA 02110
(Counsel for **Rand-Whitney Container LLC**)

James F. Egloff, Chief Executive Officer
**Rapid Service Engraving Company dba Rapid Service**
1593 Genesee Street
Buffalo, NY 14211

Craig Helmreich, Esq.
Scopelitis, Garvin, Light, Hanson & Feary
10 W. Market Street, Ste 1500
Indianapolis, IN 46204
(Counsel for **Ravens Trucking, Inc.**)

Graham Stieglitz, Esq.
Burr & Forman LLP
171 17th St. NW, Suite 1100
Atlanta, GA 30363
(Counsel for **RBW Logistics Corporation**)

Marshall Turner, Esq.
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(Local Counsel for **RBX, Inc. dba RBX Transportation, Inc.**)

Michael Fielding, Esq.
Blackwell, Sanders, Peper and Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(Counsel for **RBX, Inc. dba RBX Transportation, Inc.**)

Thomas August
Jackier Gould, P.C.
121 West Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
(Counsel for **RCS International, Inc.**)

Officer, Managing Agent, Or General Agent
**Ready Trucking, Inc.**
6262 Seminole Drive
Olive Branch, MS 38654

Roy D. Tillman, Owner
**Reading Traffic Services aka Kulp's Motor Express**
362 Highland Road
Atglen, PA 19310

Thomas Gays II, Esq.
Saunders, Cary & Patterson
9100 Arboretum Pkwy, Suite 300
Richmond, VA 23236
(Counsel for **Recycled Pallets, Inc. dba Recycled Pallets**)

William Healy, Esq.
Campeau Goodsell Smith, L.C.
440 N. 1st Street, Suite 100
San Jose, CA 95112
(Counsel for **Redline PDM**)

Katherine B. Crowley, Chief Executive Officer
**Red Fish Logistics, Inc.**
200 Corporate Center Drive
Stockbridge, GA 30281

Joshua Lewis, Esq.
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
(Local Counsel for **Reed Smith LLP fka Reed Smith Sachnoff & Weaver**)

Gary Caplan, Esq.
Reed Smith LLP
10 South Wacker Drive 40th FL
Chicago, IL 60606
(Counsel for **Reed Smith LLP fka Reed Smith Sachnoff & Weaver**)

Peter Yoars, Jr., Esq.
Knox McLaughlin Gornall & Sennett, P.C.
509 North Main Street
Jamestown, NY 14701
(Counsel for **Regal Services dba Regal Service**)

Jeffrey Brenstein, Esq.
McElroy, Deutsch, Mulvaney & Carpenter LLP
Three Gateway Center
Newark, NJ 07102
(Counsel for **James Register dba Register Construction**)

Timothy A. Houseman, RegAgt/President
**Remedy Express, Inc.**
180 Miller Court
Carbondale, IL 62902

Officer, Managing Agent, Or General Agent
**REM Enterprises, Inc.**
1008 Union Road, Suite B
Gastonia, NC 28054

Edward Rozenthal, Principal
**REM Transportation, Inc.**
2404 E. 23rd St.
Brooklyn, NY 11235

Steven C. Metzger
Metzger & McDonald PLLC
3626 N. Hall Street
Dallas, TX 75219
(Counsel for **Results Staffing, Inc.**)

Lewis Siegel, Esq.
Attorney at Law
355 Lexington Avenue, Suite 1400
New York, NY 10017
(Counsel for **The Reynolds Company**)

Brent Strickland, Esq.
Whiteford, Taylor & Preston
7 Saint Paul Street, Suite 1400
Baltimore, MD 21202
(Local Counsel for **Rubber & Gasket Company of America, Inc. dba RGA Allied Belting**)

Jason Bramlett, Esq.
Friday Eldredge & Clark LLP
3425 North Futrall Drive, Suite 103
Fayetteville, AR 72703
(Counsel for **Rubber & Gasket Company of America, Inc. dba RGA Allied Belting**)

Inderjit Singh, RegAgt/Officer
**RGS Carrier, Inc.**
7664 North Santa Fe Avenue
Fresno, CA 93722

Steven H. Harrall, RegAgt/President
**Rhody Transportation & Warehousing, Inc. dba Rhody Transportation, Inc.**
600 Callahan Road
North Kingstown, RI 02852

Thomas Saporito, President
**RHR International Company**
220 Gerry Drive
Wood Dale, IL 60191-1147

Michael Levin, Esq.
Barger & Wolen LLP
10 East, 40th Street, 40th Floor
New York, NY 10016
(Counsel for **Richmond Supply Company**)

Michelle Greenberg, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(Counsel for **Richard L. Hodges, Inc.**)

Stephanie W. Richardson, RegAgt/Principal
**Richardson Trucking, Inc.**
4501 Webster Street North
Tampa, FL 33610

Nancy Schlichting
Lenhart Obenshain PC
100 10th Street NE
Charlottesville, VA 22902
(Counsel for **Riddleberger Brothers, Inc.**)

Daryn G. Riechmann, President
**Riechmann Transport, Inc.**
484 West Pike Drive
Highland, IL 62249

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Riley Electric Company, Inc.**)

Horst K. Steinhart, President
**Rima Enterprises, Inc.**
5340 Argosy Avenue
Huntington Beach, CA 92649

Harlan Lazarus, Esq.
Lazarus & Lazarus
240 Madison Avenue
New York, NY 10018
(Counsel for **Ris Paper Company, Inc.**)

Jeffrey Ruderman, Esq.
Kyruli Shanks Hart & Zizmor LLP
420 Lexington Avenue, Suite 2320
New York, NY 10170
(Counsel for **Rite Cargo Express Inc.**)

Mary F. Sammons, President
**Rite Aid Corporation**
30 Hunter Lane
Camp Hill, PA 17011

Peter Pape, Principal
**Riverside Manufacturing Group, Inc. dba Riverside Group**
655 Driving Park
Rochester, NY 14613

William M. Grojean, RegAgt/Principal
**Riverside Transport, Inc.**
6700 N.W. Riverspark Drive
Riverside, MO 64150

Richard Kimball, RegAgt/Principal
**R. J. Kimball Construction, Inc.**
9757 Seventh Suite 802
Rancho Cucamonga, CA 91730

Officer, Managing Agent, Or General Agent
**RLB & Associates**
221 Notting Hill Boulevard
Louisville, KY 40245

Michelle Greenberg, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(Counsel for **Steve D. Hodge dba Roadshop**)

William Sterrett, President
**Roanoke Trade Services, Inc. and Navigators Insurance Company and Navigators Management (UK) Ltd.**
1475 E. Woodfield Rd., Suite 500
Schaumburg, IL 60173

Douglas Otto, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(Counsel for **Roadlink USA East, L.L.C.**)

Craig Helmreich, Esq.
Scopelitis, Garvin, Light, Hanson & Feary
10 W. Market Street, Ste 1500
Indianapolis, IN 46204
(Counsel for **Roadrunner Dawes Freight Systems, Inc. dba Roadrunner Transportation Services, Inc.**)

Dwayne Roberts, President
**Roberts Electric Motors, Inc.**
5841 Urban Pike
Urbana, MD 21704

Paul Labov, Esq.
Edwards Angell Palmer and Dodge LLP
750 Lexington Avenue
New York, NY 10022
(Local Counsel for **Rock-Tenn Company**)

Ted Hight, III, Esq.
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, GA 30092
(Counsel for **Rock-Tenn Company**)

Mark Dummer, President
**Rockford Industrial Equipment, Inc. dba Rockford Industrial Equipment**
3675 Mansfiled Street
Rockford, IL 61109

Mark B. Rogers, RegAgt/President
**Rogers Logistics Group, Ltd. dba Rogers Group**
645 Chandler Street
Worcester, MA 01602

Stephen Grow
Warner Norcross & Judd, LLP
111 Lyon Street, NW, Suite 900
Grand Rapids, MI 49503
(Counsel for **Rogers Printing, Inc.**)

Diane E. Vuocolo
Greenberg Traurig, LLP
2700 Commerce Square, 2001 Markert Street
Philadelphia, PA 19103
(Counsel for **Roosevelt Paper Company**)

Joel Shafferman
Shafferman & Feldman LLP
286 Madison Avenue, Suite 502
New York, NY 10017
(Counsel for **Roskam Automatic Machinery, Inc.**)

Samuel Hodson, Esq.
Barnes & Thornburg LLP
11 So. Meridian Street
Indianapolis, IN 46204
(Counsel for **Ross-Gage Inc.**)

Corey Grandmaison, Esq.
Braun Kendrick Finkbeiner
4301 Fashion Square Blvd.
Saginaw, MI 48603
(Counsel for **Rost Cleaning Services**)

Stephan Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Rosie Deer Express, LLC**)

Bill Head, RegAgt/Principal
**Royal Freight, L.P.**
407 West Sioux Road
Pharr, TX 78577

James JordaN, Esq.
Warren Jordan Narron Shackleford &
Mackay, P.L.L.C.
343 South White Street
Wake Forest, NC 27588
(Counsel for **RSC Equipment Rental, Inc.**)

Paul H. Vanhenkelum, RegAgt/President
**RSV Engineering Inc.**
W232S7530 Big Bend Drive
Big Bend, WI 53103

Tammee McVey, Esq.
Bryan Cave LLP
1200 Main Street Suite 3500
Kansas City, MO 64105
(Counsel for **RTS Financial Service, Inc.**)

Fereidon Ashouri, President
**All American Flooring, Inc. dba Rug Mart**
4490 Alpha Road, Suite 100
Farmers Branch, TX 75244

Charlotte Fochler, Officer
**Rumble Trucking & Logistics, Inc. dba
Rumble Trucking**
205 North Ridge Street
Port Sanilac, MI 48469

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **RWI Transportation
LLC**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **RWI Transportation LLC**)

Wendy Rosenthal, Esq.
Clifford Chance Rogers & Wells LLP
10 Upper Bank St.
London,
(Counsel for **Rycoline Products, Inc.**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **S & W Express, Inc.**)

Jeffrey Cox, Esq.
Law Office of Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **S & W Express, Inc.**)

Mark Higgins, President
**Safeguard Filter Company, Inc.**
3629 East 62nd Court
Davenport, IA 52807

Officer, Managing Agent, Or General Agent
**James C. Ferebee dba Safety & Health
Consultant**
112 Lee Road
Dickson, TN 37055

Steve Brooks, RegAgt/Principal
**Safetynet, Inc.**
2025 Chicago Avenue
Box Springs, CA 92507

Carey A. Wimberly Jr., Owner
**Carey A. Wimberly, Jr. dba Sahira
Trucking**
5815 Woodcrest Avenue
Philadelphia, PA 19131

Michelle McMahon, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
(Local Counsel for **Saia Motor Freight Line,
LLC fka Saia Motor Freight Line, Inc.**)

Purvi Shah, Esq.
Bryan Cave LLP
1200 Main Street Suite 3500
Kansas City, MO 64105
(Counsel for **Saia Motor Freight Line, LLC
fka Saia Motor Freight Line, Inc.**)

Constantine Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Ave., 20th Floor
New York, NY 10022
(Counsel for **Samuel Strapping Systems,
Inc.**)

Mark Schnitzer, Esq.
Reid & Hellyer, APC
P.O. Box 1300
Riverside, CA 92502
(Counsel for **Santa Fe Machine Works, Inc.**)

Officer, Managing Agent, Or General Agent
**SAS System Automation**
3017 St. Clair Avenue
Burlington, ON L7N3P5

John Gassert, Esq.
Rudy, Gassert, Yetka & Pritchett, P.A.
813 Cloquet Avenue
Cloquet, MN 55720
(Counsel for **Savanna Pallets, Inc.**)

Carl Schott, RegAgt/Owner
**Schott Farms, Inc.**
440 Industrial Drive
Advance, MO 63730

Officer, Managing Agent, Or General Agent
**Schroeder Freight, Inc.**
1447 Highway 75
Winnipeg, MB rv 1l5

Timothy Nixon, Esq.
Godfrey & Kahn S.C.
780 North Water Street
Milwaukee, WI 53202
(Counsel for **School Specialty, Inc.**)

Barbara Yong, Esq.
Golan & Christie LLP
70 West Madison Street, Suite 1500
Chicago, IL 60602
(Counsel for **Scout Sourcing, Inc.**)

Philip Scott, Chief Executive Officer
**Scott-Gross Company, Inc.**
664 Magnolia Avenue
Lexington, KY 40505

Constantine Dranius, Esq.
Dranias, Harrington & Wilson
77 West Washington Street, Suite 1020
Chicago, IL 60602
(Counsel for **SD Direct Messenger Service, Inc. dba SD Direct Messenger Service**)

Bill Barthelemy, President
**Securitas Security Services, USA, Inc.**
2 Campus Drive
Parsippany, NJ 07054

Zvi Guttman, Esq.
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, MD 21282
(Counsel for ~~John R. Seiberlich, Inc. dba~~
**Seiberlich Trane**)

Dennis Hoelzer, President
**Sentinel Technologies, Inc.**
2250 Warrenville Road
Downers Grove, IL 60515

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Sevenoaks Capital Associates, LLC fdba Sevenoaks Capital Corporation**)

Lori Lapid Jones, Esq.
Lori Lapin Jones PLLC
98 Cutter Mill Road, Suite 201 North
Great Neck, NY 11021
(Local Counsel for **Shaw Material Handling Systems, Inc.**)

Steven Douglass, Esq.
Harris Shelton Hanover Walsh, PLLC
2700 One Commerce Square
Memphis, TN 38103
(Counsel for **Shaw Material Handling Systems, Inc.**)

Jeremy Fischer, Esq.
Bernstein Shur
100 Middle Street
Portland, ME 04104
(Counsel for **Shaker Advertising Agency, Inc.**)

Wanda Borges, Esq.
Borges & Associates, LLC
575 Underhill Blvd
Syosset, NY 11791
(Counsel for **Sharp Electronics Corporation**)

~~Adele Shackelford, RegAgt/President~~
**Shackelford Enterprises, Inc.**
525 West 117th Street
Chicago, IL 60628

Charles Summerall, IV, Esq.
Buist Moore Smythe McGee P.A.
5 Exchange Street
Charleston, SC 29401
(Counsel for **Shealy Electrical Wholesalers, Inc.**)

John Short, President
**Short Distribution, Inc.**
1273 Cornell Road
Green Bay, WI 54313

Officer, Managing Agent, Or General Agent
**Shoals Transportation LLC**
1505 Jackson Hwy
Tuscumbia, AL 35674

Angela Miller, Esq.
Phillips, Lytle, Hitchcock, Blaine & Huber
LLP
3400 HSBC Center
Buffalo, NY 14203
(Counsel for **Siemens Water Technologies Corp.**)

Angela Miller, Esq.
Phillips, Lytle, Hitchcock, Blaine & Huber
LLP
3400 HSBC Center
Buffalo, NY 14203
(Counsel for **Siemens Industry, Inc. fdba Siemens Building Technologies, Inc.**)

Officer, Managing Agent, Or General Agent
**Signode Service Business**
3456 N. Ridge Avenue
Arlington Heights, IL 60004

James Jennings III, Esq.
Bellinger & DeWolf, LLP
11815 IH 10 West, Suite 105
San Antonio, TX 78230
(Counsel for **Signature Cards, L.P.**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **Sigma Breakthrough Technologies, Inc. dba Sigma Breakthrough Tech**)

Neal Cohen, Esq.
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022
(Local Counsel for **SSA Security, Inc. dba Silverhawk Security**)

Matthew Thullen
Law Office of Matthew P. Thullen
150 Technology Drive, Suite 150
Irvine, CA 92618
(Counsel for **SSA Security, Inc. dba Silverhawk Security**)

Marilyn Alice Marx Leathers, Principal
**Silver Streak, Inc.**
7675 McVille Road
Burlington, KY 41005

Leslie Berkoff, Esq.
Moritt, Hock, Hamroff & Horowitz, LLC
400 Garden City Plaza, Ste. 202
Garden City, NY 11530
(Local Counsel for **Illinois Tool Works Inc. dba Simco Company Inc.**)

Kimberly Bacher, Esq.
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(Counsel for **Illinois Tool Works Inc. dba Simco Company Inc.**)

Jason Alter, Esq.
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
(Counsel for **SimplexGrinnell L.P.**)

John J. Chromey, RegAgt/President
**Peradam, Inc. dba Sir Speedy Printing aka Sir Speedy**
1351 Edwin Miller Boulevard
Martinsburg, WV 25404

Ann O'Reilly
LeVander, Gillen & Miller, P.A.
633 South Concord Street, Suite 400
South St. Paul, MN 55075
(Counsel for **Sitma, USA, Inc.**)

Elmer George, Esq.
Attorney at Law
105 West Main Street
Lebanon, KY 40033
(Counsel for **S & L Factory Services, Incorporated**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Smith Cartage, Inc.**)

Charles E. Aldridge, RegAgt/Principal
**Smokey Tranpsort, Inc.**
3220 West State Road 442
Edgewater, FL 32132-0880

Jason Rodriguez, Esq.
Higier Allen & Lautin, P.C.
5057 Keller Springs Rd, Suite 600
Addison, TX 75001
(Counsel for **Snelling Staffing, L.L.C. dba Snelling Personnel Services**)

Jin Shin
Softchoice Corporation
173 Dufferin Street
Toronto, ON M6K 3H7
(Counsel for **Softchoice Corporation**)

Jasbir Singh, RegAgt/Officer
**Sohal Brothers Inc. dba Sohal Bros.**
3411 Cathedral Circle
Stockton, CA 95212

Zak Thomas, Esq.
Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219
(Counsel for **Solideal USA Inc. fdba Solideal Industrial Tire, Inc.**)

Timothy W. Smith, Chief Executive Officer
**SolTech, Inc.**
3445 Peachtree Road NE
Atlanta, GA 30326

Officer, Managing Agent, Or General Agent
**Sons & Brothers Trucking, LLC**
32047 Morrison Line Road
Browerville, MN 56438

Ryan Jensen, Esq.
SOS Staffing Services, Inc.
2650 South Decker Lake Blvd., Suite 500
Salt Lake City, UT 84119
(Counsel for **SOS Staffing Services, Inc.**)

Officer, Managing Agent, Or General Agent
**Alejandro Soto Chavez dba Soto Transportation, Inc.**
192 Bluebird Drive
Windsor, CA 95492

James Tillipman, Esq.
Attorney at Law
1717 4th Street, 3rd Floor
Santa Monica, CA 90401
(Counsel for **Southwest Logistics, Inc.**)

Tracy Beeson
Morrel Saffa Craige
3501 South Yale Avenue
Tulsa, OK 74135
(Counsel for **Southern Material Handling Company**)

Michael Dorey, Esq.
Lidji & Dorey
500 North Akard, Suite 3500
Dallas, TX 75201
(Counsel for **Source, Inc.**)

Benjamin Harmon, IV
SGS International, Inc.
5301 Lewis Road
Sandston, VA 23150
(Counsel for **Southern Graphic Systems, Inc.**)

Michael Carney, Esq.
Cahill Gordon & Reindel LLP
Eighty Pine Street
New York, NY 10005
(Counsel for **The Jacobson Companies, Inc.
dba Southwest Storage & Distribution
L.L.P.**)

Ben Aderholt, Esq.
Looper Reed & McGraw
1300 Post Oak Boulevard, Suite 2000
Houston, TX 77056
(Counsel for **Rexel, Inc. fdba Southland
Electrical Supply**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Southeastern Laboratories,
Inc.**)

Paul Thelen, Chief Executive Officer
**Source Business Forms Incorporated**
303 4th Avenue South #C
Sartell, MN 56377

Joseph G. Little, RegAgt/Principal
**Southwest Material Handling, Inc.**
3725 Nobel Ct.
Mira Loma, CA 91752

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **South East Carriers,
Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **South East Carriers, Inc.**)

Robert Duff Jr., RegAgt/Officer
**Southern Instruments, Inc.**
420 Dividend Drive Suite F
Peachtree City, GA 30269-3528

Mark A. Newton, Principal
**Southern Industrial, LLC**
1251 Georgetown Road, Suite L
Lexington, KY 40511

Jim Hundley
Wyatt, Early, Harris & Wheeler LLP
1912 East Chester Dr., #400
High Point, NC 27260
(Counsel for **Southern Film Extruders, Inc.**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **Spa Finder, Inc. dba
SpaFinder, Inc.**)

Officer, Managing Agent, Or General Agent
**ProActive Ink dba Spectrum Industrial
Services, Inc.**
1580 20th Street East
Owen Sound, ON N4K 5P5

David Hock, Esq.
Cohen, Weiss & Simon LLP
330 West 42nd Street, 25th Floor
New York, NY 10036
(Counsel for **Graphic Communications
Union Local 527-S aka Specialties & Paper
Product Union 527**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Spectra Color Corporation**)

Joseph Wentzell
Wentzell Law Office, P.L.L.C.
2812 Anthony Lane South
Minneapolis, MN 55418
(Counsel for **Spectrum Supply Company**)

Kenneth Baum, Esq.
Cole, Schotz, Meisel, Forman & Leonard,
P.A.
25 Main Street
Hackensack, NJ 07602
(Counsel for **Spiral Binding Company, Inc.**)

Tiffany Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
(Counsel for **Spirit Services Company**)

Dean Behrens, President
**Spirit Express Trucking, Inc.**
16700 East Smith Road
Aurora, CO 80011

Kenneth Misken, Esq.
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102
(Counsel for **Sprint Nextel Corporation**)

Craig Winstead, Principal
**Sprint Print, Inc.**
23 Bulin Street
Madisonville, KY 42431

Francis J. Krampe, RegAgt/Officer
**SS Chad Express, LLC**
292 Rural Route #1
Neoga, IL 62447

Bob McBride, RegAgt/President
**State Systems, Inc.**
3755 Cherry Road
Memphis, TN 38118

George Shuster, Jr., Esq.
WilmerHale
60 State Street
Boston, MA 02109
(Counsel for **Staples, Inc.**)

Patrick Orr, Esq.
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017
(Local Counsel for **Staffmark**)

Jill Bradley, Esq.
Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
(Counsel for **Staffmark**)

John Yolda, RegAgt/Owner
**State Line Transport LLC**
27 John Street
Danielson, CT 06239

Terence Watson, Esq.
Law Offices of Ira S. Sacks LLP
575 Madison Avenue, 10th Floor
New York, NY 10022
(Counsel for **Staffworks, LLC**)

Larry Ball, Esq.
Hall, Estill
100 North Broadway, Suite 2900
Oklahoma City, OK 73102
(Counsel for **Steve's Bindery Service, Inc.**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Steadfast
Transcontinent, Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Steadfast Transcontinent, Inc.**)

Officer, Managing Agent, Or General Agent
**Stefi Trans, Inc.**
54 Kieffer Place
Dollard Des Ormeaux, PQ  H9B 1H8

Officer, Managing Agent, Or General Agent
**Stewart & Stevenson Acquisition LLC dba
Stewart & Stevenson**
1000 Louisiana St Ste 5900
Houston, TX  77002

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY  10507
(Counsel for **Stix Transportation, Inc. dba
Stix Transportaiton**)

R. Scott Moore, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington Avenue, Suite 2500
Saint Louis, MO  63101
(Counsel for **St. Louis Metallizing
Company**)

Jeffrey Vanacore, Esq.
Arent Fox Kintner Plotkin & Kahn, PLLC
1675 Broadway
New York, NY  10019
(Counsel for **Newpage Wisconsin System
Inc. fdba Stora Enso North America Corp.**)

Fatima Lobo, Esq.
Lobo & Novak, LLP
280 Adams Street
Manchester, CT  06042
(Counsel for **STP Bindery Services, Inc.**)

Ilene Feldman, Esq
Collins & Feldman
325 Reef Road, Suite 105
Fairfield, CT  06825
(Counsel for **Streamline Incorporated**)

Officer, Managing Agent, Or General Agent
**Strategic Selling Solutions**
4 Bernard Court
Buffalo Grove, IL  60089

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY  10507
(Local Counsel for **Sunbelt Finance, L.L.C.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA  22182
(Counsel for **Sunbelt Finance, L.L.C.**)

Paul Hooten, Esq.
Paul J. Hooten & Associates
5505 Nesconset Highway, Suite 203
Mount Sinai, NY  11766
(Counsel for **Sunbelt Sales & Markting
Associates, Inc.**)

Michael Williams, Esq.
Eleets Logistics, Inc.
6413 Congress Avenue, Suite 260
Boca Raton, FL  33487
(Counsel for **Sunteck Transport Co., Inc.
dba Sunteck Transport Group, Inc.**)

Andrew Steil, Esq.
Rinke Noonan
Suite 300, U.S. Bank Plaza, P.O. Box 1497
Saint Cloud, MN  56302
(Counsel for **Sunray Printing Solutions,
Inc.**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY  10507
(Local Counsel for **Sundown Express, LLC**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Sundown Express, LLC**)

Steven Wallace, Esq.
The Kunin Law Offices, LLC
412 Missouri Avenue
East Saint Louis, IL 62201
(Counsel for **Support Products, Inc.**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Superior Saw Service, Inc.**)

Roger Waddle, RegAgt/President
**Michigan Trucking dba Super Service, Inc.
dba GTS Transportation, LLC**
250 Super Service Drive
Somerset, KY 42501

Jacques Catafago, Esq.
The Catafago Law Firm, P.C.
350 5th Avenue, Suite 4810
New York, NY 10118
(Counsel for **Superhot Messenger Service,
Inc.**)

Vicky Marachelian, Principal
**Superior Electric Motor Service Inc.**
4623 Hampton St.
Vernon, CA 90058

Douglas E. Schinzing, President
**Sure Trucking, Inc.**
1810 H Avenue
Dakota City, NE 68731

Lawrence Frank, Esq.
Thomas, Long, Niesen & Kennard
212 Locust Street, Suite 500
Harrisburg, PA 17101
(Counsel for **Susquehanna Air Conditioning
Refrigeration Service, Inc.**)

Tadeusz Szukis, RegAgt/Principal
**Sweetway Express Inc.**
2 Route 519
Newton, NJ 07860

Joseph Lemkin, Esq.
Duane Morris LLP
744 Broad st. Suite 1200
Newark, NJ 07102
(Local Counsel for **Swift Transportation
Co., Inc.**)

Todd Burgess, Esq.
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, AZ 85016
(Counsel for **Swift Transportation Co., Inc.**)

Officer, Managing Agent, Or General Agent
**Synergy Gas Corporation dba Synergy
Gas, Inc.**
175 Price Parkway
South Farmingdale, NY 11735

Lawrence Polster, Chief Executive Officer
**System Scale Corporation**
4393 West 96th Street
Indianapolis, IN 46268

David Rettalick, President
**Systran Financial Services Corporation**
4949 SW Meadows Road Suite 500
Mountain Park, OR 97035

Manuel A. Ponce, RegAgt/Principal
**T & L Trucking, Inc.**
14130 NW 1st Avenue
North Miami, FL 33168

Jeffrey Hellman, Esq.
Zeisler & Zeisler PC
558 Clinton Avenue
Bridgeport, CT 06605
(Counsel for **Totoket Wire Products
Corporation dba Taconic Wire
Corporation**)

Michelle Greenberg, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(Counsel for **Resham S. Takhar dba Takhar Trucking**)

Edward Tanzini, RegAgt/Principal
**The Tancor Corporation**
1611 Virginia Drive
Midland, MI 48642

Naresh Kushwaha, President
**Tara Transport, Inc.**
1215 West 1st
Sanford, FL 32771

Officer, Managing Agent, Or General Agent
**Ontario Limited Financials dba TBN Transport**
1015 Westport Cres
Mississauga, ON L5T 1EB

Phil Raible, Esq.
Rayner Rowe LLP
75 Rockerfeller Plaza, 20th Floor
New York, NY 10019
(Counsel for **TCI Business Capital, Inc.**)

David Slaperud, President
**Technodiaman USA Inc. & Technodiamant Almere BV**
35A Kennedy Road
Tranquility, NJ 07879

Holly Kilibarda, Esq.
Nixon Peabody LLP
900 Elm Street
Manchester, NH 03101
(Counsel for **Eastman Kodak Company fdba Tech Services International, LLC**)

James W. Sorber, President
**Temp Star Staffing Ltd. dba Tempstar Staffing**
4411 North 5th State Highway
Temple, PA 19560-0600

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Doug Landry Enterprises, Inc. dba Tennessee Saw & Knife**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Tennessee Express, Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Tennessee Express, Inc.**)

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **Terry Anderson dba Terry Anderson Trucking**)

Brian Jackiw, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Ste 3000
Chicago, IL 60606
(Counsel for **Tetra Tech, Inc.**)

Wendy Marcari, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
(Counsel for **Textron Financial Corporation**)

Tim G. Ivy, Owner
**Tim G. Ivy dba TBI Mechanical**
1889 Peace Chapel Road
Decaturville, TN 38329-4681

Jon Vigano, Esq.
Schiff Hardin, LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
(Counsel for **Thermal Care, Inc. dba
Thermal Care**)

Thomas Shaw, President
**Thermal Label Warehouse, Inc.**
44 E Congress St.
Corry, PA 16407

Gerald Mouzis, Esq.
The Mouzis Law Firm
13681 Newport Avenue, Suite 8-605
Tustin, CA 92780
(Counsel for **Thermalair, Inc.**)

Brian Jackiw
Freeborn & Peters LLP
311 South Wacker
Chicago, IL 60606
(Counsel for **Thiele Technologies, Inc. dba
Thiele Technologies**)

Michelle Greenberg, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
(Counsel for **Think Ink, Inc.**)

Theresa Brown-Edwards
Potter Anderson & Corroon LLP
1313 N. Market St., Hercules Pl. 6th Fl.
Wilmington, DE 19899
(Counsel for **Thoroughbred Direct
Intermodal Services, Inc.**)

Edward Gavin, Jr., President
**Tibbetts Electric, Inc.**
144 High Street
Canton, MA 02021

James Bastian, Esq.
Shulman Hodges & Bastian LLP
26632 Towne Centre Drive, Suite 300
Foothill Ranch, CA 92610
(Counsel for **Tiger Electric, Inc.**)

Officer, Managing Agent, Or General Agent
**Tim's Trucking**
3713 Gibbons Parkway
Carmichael, CA 95608

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Local Counsel for **Titan Transfer, Inc.**)

John Husk, Esq.
Seaton & Husk, L.P.
2240 Gallows Road
Vienna, VA 22182
(Counsel for **Titan Transfer, Inc.**)

Lauren McEvoy, Esq.
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, NY 10017
(Local Counsel for **IKS Klingelnberg Gmbh
dba TKM United States, Inc.**)

Louis Solimine, Esq.
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
(Counsel for **IKS Klingelnberg Gmbh dba
TKM United States, Inc.**)

Clayton Davidson, Esq.
McNees, Wallace & Nurick LLC
100 Pine Street
Harrisburg, PA 17108
(Counsel for **To-Jo Mushrooms, Inc. dba To
Jo Mushrooms Transportation LLC**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **Tokarz Transportation, LLC**)

Joseph Schmall
Bradley & Riley PC
2007 1st Avenue SE
Cedar Rapids, IA 52406
(Counsel for **YMH-Torrance, Inc. fdba Torrance Electric Company, Inc.**)

Gordon Strout, Jr., Owner
**Total Lubrication Services & Supplies, LLC & Total Lubrication Services LLC dba Total Lubrication Services**
185 Oberlin Avenue North
Lakewood, NJ 08701-4525

Lisa Harper, Esq.
Chorey, Taylor & Feil
3399 Peachtree Road NE
Atlanta, GA 30326
(Counsel for **Atlanta Fork Lifts, Inc. dba Toyota Forklifts of Atlanta**)

J. Alex Kress, Esq.
Riker, Danzig, Scherer, Hyland & Perretti, LLP
One Speedwell Avenue
Morristown, NJ 07962
(Counsel for **Ingersoll Rand Co. dba Trane Company**)

Margaret Westbrook, Esq.
K&L Gates
4350 The Lassiter at N. Hills Ave., Ste 3000
Raleigh, NC 27619
(Counsel for **Transport Clearings East, Inc. dba Transport Clearings LLC**)

David Monin, RegAgt/President
**Trade Winds Transit, Inc.**
1065 Blomfield Road
Bardstown, KY 40004

Andrew Goldman, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
(Local Counsel for **Transportation Alliance Bank Inc.**)

Jeffrey Shields, Esq.
Jones Waldo
170 S. Main Street, Suite 1500
Salt Lake City, UT 84101
(Counsel for **Transportation Alliance Bank Inc.**)

Kevin Checkett, Esq.
Checkett & Pauly
517 South Main Street
Carthage, MO 64836
(Counsel for **Transport Distribution Company**)

Barry Gutterman, Esq.
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, NY 10507
(Counsel for **Transportation Specialists, Inc.**)

Robert Butts, RegAgt/President
**Transportation Management Services, Inc.**
166600 Table Mountain Parkway
Golden, CO 80403

Craig Helmreich, Esq.
Scopelitis, Garvin, Light, Hanson & Feary
10 W. Market Street, Ste 1500
Indianapolis, IN 46204
(Counsel for **Tradewinds Transportation, LLC**)

Officer, Managing Agent, Or General Agent
**Transport Denis Cyr**
10765 Cote De Liesse, Suite 496
Dorval, Quebec, CA H9P 1A7

Jack Jensen, Jr., President
**Transportation Consultants, Inc.**
1000 Edwards Avenue
Harahan, LA 70123

Bill Barron, Esq.
Barron, Johnson & Parham
124 East Court Square
Trenton, TN 38382
(Counsel for **Trenton Industrial Laundry.**)

Richard W. Donner, RegAgt/Principal
**Trenton Mills, LLC**
400 Factory Street
Trenton, TN 38382

Jeffrey Kerscher, Esq.
Handwork & Kerscher, LLP
1090 W. South Boundary St., Suite 150
Perrysburg, OH 43551
(Counsel for **T.S. Expediting Services, Inc.
aka Tri-State Expedited Service, Inc.**)

Wes Hammond
Wild, Carter & Tipton
246 West Shaw Avenue
Fresno, CA 93704
(Counsel for **Trius Trucking, Inc. aka Trius
Truckline Inc.**)

Nick Haynes, RegAgt/President
**Tri State Belting**
170 Jim Court
Louisville, KY 40229

Elaine Clarke, RegAgt/Officer
**Turn Around Trucking, Inc.**
104 Clydebank Place
Kissimmee, FL 34758

Charles Stebbins, III, Esq.
Warlick, Tritt, Stebbins & Hall, LLP
P.O. Box 1495
Augusta, GA 30903
(Counsel for **TWM, Inc. dba Norrell
Services**)

Laurence Barry
Uline
2200 South Lakeside Drive
Waukegan, IL 60085
(Counsel for **Uline Inc. dba Uline Shipping
Supply**)

Brian Jackiw, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Ste 3000
Chicago, IL 60606
(Counsel for **Ultimate Finish Inc.**)

Kelli Bohuslav-Kail, Esq.
Receivable Management Services
307 International Circle, Ste 270
Hunt Valley, MD 21030
(Counsel for **United Parcel Service, Inc.**)

Richard Hutson, Esq.
Fullerton & Knowles, P.C.
12642 Chapel Road
Clifton, VA 20124
(Counsel for **United Rentals, Inc.**)

Ilene Feldman, Esq
Collins & Feldman
325 Reef Road, Suite 105
Fairfield, CT 06825
(Counsel for **Union Pacific Railroad**)

Officer, Managing Agent, Or General Agent
**West Tennessee Express, Inc. and First
South Bank**
1862 Highway 45 Bypass
Jackson, TN 38305

David J. Carabetta, President
**United Industrial Services, Inc. and United
Oil Recovery, Inc.**
47 Gracey Avenue
Meriden, CT 06451

Merrilee MacLean, Esq.
Karr, Tuttle, Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98101
(Counsel for **Univar USA Inc.**)

Michael Pappone, ESq.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(Counsel for **UniFirst Corporation**)

Brandon Witkow, Esq.
Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
(Counsel for **Uniglobe Courier Services, Inc.**)

Vernon Inge, Esq.
LeClair Ryan
701 East Byrd Street
Richmond, VA 23218
(Counsel for **UniStaff LLC**)

Craig Helmreich, Esq.
Scopelitis, Garvin, Light, Hanson & Feary
10 W. Market Street, Ste 1500
Indianapolis, IN 46204
(Counsel for **Universal Am-Can Ltd**)

Stephen Yonaty, Esq.
Cannon, Heyman & Weiss, LLP
726 Exchange Street, Suite 516
Buffalo, NY 14210
(Local Counsel for **United Mail, LLC**)

LeAnders Jones
Frost Brown Tood LLC
400 W. Market Street, 32nd Floor
Louisville, KY 40202
(Counsel for **United Mail, LLC**)

Officer, Managing Agent, Or General Agent
**Universal Funding LLP**
5620 St. Barnabas Road, Suite 290
Oxon Hill, MD 20745

Brendan Collins, Esq.
GKG Law, P.C.
1054 31st Street, NW, Suite 200
Washington, DC 20007
(Counsel for **Unit Cargo Container Line, Inc.**)

Richard Koral, Esq.
Attorney at Law
180 Ridgefield Avenue
South Salem, NY 10590
(Counsel for **Universal Color Corporation, Inc.**)

Joseph Lemkin, Esq.
Duane Morris LLP
744 Broad st. Suite 1200
Newark, NJ 07102
(Counsel for **Unilever United States, Inc.**)

Sara Lorber, Esq.
The Law Office of William J. Factor, Ltd.
105 West Madison, Suite 400
Chicago, IL 60602
(Counsel for **UPM-Kymmene, Inc.**)

Stephen Milo, Esq.
Wharton, Aldhizer & Weaver, PLC
125 South Augusta Street, Suite 2000
Staunton, VA 24401
(Counsel for **UPromise, Inc.**)

Kelli Bohuslav-Kail, Esq.
Receivable Management Services
307 International Circle, Ste 270
Hunt Valley, MD 21030
(Counsel for **UPS Supply Chain Solutions, Inc. dba UPS Freight**)

Steven Montgomery, Esq.
Rawle & Henderson LLP
14 Wall Street, 27th Floor
New York, NY 10005
(Counsel for **USA Truck, Inc.**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **U.S.A. Cartage, Inc.**)

Shawn Fox, Esq.
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105
(Counsel for **USF Holland, Inc.**)

Shawn Fox, Esq.
McGuire Woods LLP
50 North Laura St. Ste. 3300
Jacksonville, FL 32202
(Local Counsel for **USF Reddaway, Inc.**)

Stephen Gladstone
Frantz Ward LLP
2500 Key Center, 127 Public Square
Cleveland, OH 44114
(Counsel for **USF Reddaway, Inc.**)

Christy Wilson, RegAgt/President
**US Industrial Sales, Inc.**
2720 Union Hall Raod
Clarksville, TN 37040

Michael Bennett, Esq.
Lichtsinn & Haensel, S.C.
111 East Wisconsin Avenue, Suite 1800
Milwaukee, WI 53202
(Counsel for **Tricom Inc. of Milwaukee and StaffCo Management Group, Inc.**)

Kevin Feazell, Esq.
Cors & Bassett, LLC
537 East Pete Rose Way, Suite 400
Cincinnati, OH 45202
(Counsel for **Valco Cincinnati, Inc. dba Valco Melton**)

Constantine Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Ave., 20th Floor
New York, NY 10022
(Counsel for **Valley Industrial Rubber Products Co., Inc.**)

Allen Francis, Esq.
Fletcher Fealko Shoudy & Francis, P.C.
522 Michigan Street
Port Huron, MI 48060
(Counsel for **Dunn Paper, Inc. and Valentine Paper, Inc.**)

Jon Vaninger, RegAgt/President
**Max Pak Corp. fka Van Pak Corporation**
1758 Warmington Court
Manchester, MO 63021

Thomas F. Vaughan, RegAgt/Principal
**Vaughan's Industrial Repair, Inc. dba Vaughan's Industrial Repair Co.**
16224 Garfield Avenue
Paramount, CA 90723

Melissa Block, Chief Executive Officer
**Vaughan Baugh Express, Inc.**
711 Golf Course Drive
Searcy, AR 72143-4887

Gregory Netland, President
**Vedior Holding US, Inc.**
60 Harvard Mill Square
Wakefield, MA 01880-3208

James Shea, Esq.
James W. Shea, LLC
209 Foxon Road
North Branford, CT 06471
(Counsel for **Veemetco, Inc.**)

Marshall Turner, Esq.
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(Local Counsel for **Vertis, Inc.**)

Michael Fielding, Esq.
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(Counsel for **Vertis, Inc.**)

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **Vercusky Painting, Inc.**)

Angela Abreu, Esq.
McCarter & English, LLP
100 Mulberry Street
Newark, NJ 07102
(Counsel for **Victor Envelope Company**)

Victor Najera, Officer
**Victors Tech Cleaning**
402 Jean Drive
La Vergne, TN 37086

David Adler, Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
(Counsel for **VideoJet Technologies Inc.**)

Thomas R. Marvin, RegAgt/Principal
**Vincent Electric Company**
8383 Baldwin Street
Concord, CA 94521

Stephen Scarce, Esq.
Parker, Pollard & Brown, P.C.
6802 Paragon Place, Suite 300
Richmond, VA 23230
(Counsel for **Virginia Specialties Products**)

Mark Vuono, Esq.
Vuono & Gray, LLC
2310 Grant Building
Pittsburgh, PA 15219
(Counsel for **Vitran Express, Inc.**)

Dino Mazzone
BCF LLP
1100 Rene-Levesque Blvd. W., 25th Fl.
Montreal, QB H3B 5C9
(Counsel for **Vitesse Transport
Corporation**)

Leslie Yuan, Esq.
VM Ware, Inc.
3401 Hillview Avenue
Palo Alto, CA 94304
(Counsel for **VM Ware, Inc.**)

Christopher Gresh, Esq.
Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174
(Local Counsel for **Vouk Transportation,
Inc.**)

Kevin Keech, Esq.
Keech Law Firm, P.A.
4800 West Commercial Drive
Little Rock, AR 72216
(Counsel for **Vouk Transportation, Inc.**)

Greggory Brandt, Esq.
Wendel Rosen Black & Dean
1111 Broadway, 24th Floor
Oakland, CA 94607
(Counsel for **Vulcan, Inc.**)

Brian Jackiw, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Ste 3000
Chicago, IL 60606
(Counsel for **Walt Powley Inline, Inc.**)

Emil Vogt, Owner
**Warco Transportation, Inc.**
600 Prospect Avenue
Piscataway, NJ 08854

Stephen Packman, Esq.
Archer & Greiner, P.C.
2 Penn Plaza, Suite 1500
New York, NY 10121
(Local Counsel for **Waste Management, Inc.**)

Douglas Leney, Esq.
Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033
(Counsel for **Waste Management, Inc.**)

Harry Habets, President
**Waste Industries, Inc. & Waste Industries LLC & Waste Industries**
3301 Benson Drive, Suite 601
Raleigh, NC 27609

Thomas L. Watts, RegAgt/Principal
**Watts Bindery Service LLC**
318 Parkwood Place
Frankfort, KY 40601

John Schreiber, Esq.
O'Neil, Cannon, Hollman, DeJong S.C.
111 East Wisconsin Avenue, Suite 1400
Milwaukee, WI 53202
(Counsel for **WCJ - Pilgrim Wire, LLC**)

Terence Watson, Esq.
Law Offices of Ira S. Sacks LLP
575 Madison Avenue, 10th Floor
New York, NY 10022
(Counsel for **Web Printing Controls, Company Incorporated**)

Dan Shaked, Esq.
Shaked & Posner
225 W. 36th Street, Fl. 8
New York, NY 10018
(Counsel for **Weber Paper Company**)

Richard Elmore, Esq.
Holland & Hart LLC
5441 Kietzke Lane, 2nd Floor
Reno, NV 89511
(Counsel for **Wedco, Inc.**)

Roger Schlossberg, Esq.
Schlossberg & Associates
134 West Washington Street
Hagerstown, MD 21740
(Counsel for **Weiss Bros. of Hagerstown, Inc.**)

Stephen Turman, Esq.
Moritt, Hock, Hamroff & Horowitz, LLC
400 Garden City Plaza, Ste. 202
Garden City, NY 11530
(Counsel for **Wells Fargo Central Bank & Wells Fargo & Company dba Wells Fargo Bank**)

Patrick Orr, Esq.
Klestadt & Winters, LLP
292 Madison Avenue, 17th Floor
New York, NY 10017
(Local Counsel for **Wesco International, Inc. dba Wesco Distributors**)

Helen Ward, Esq.
Cohen & Grisby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
(Counsel for **Wesco International, Inc. dba Wesco Distributors**)

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Local Counsel for **Westaff (USA), Inc.**)

Eireann Brooks, Esq.
The Select Family of Staffing Companies
3820 State Street
Santa Barbara, CA 93105
(Counsel for **Westaff (USA), Inc.**)

Richard Ruswick
Law Office of Richard P. Ruswick
401 East State Street, Suite 306
Ithica, NY 14850
(Counsel for **Western Innovations, Inc.**)

Ryszard Dziedzic, RegAgt/President
**West Wind Express, Inc.**
5125 West Lake Street
Chicago, IL 60644

Officer, Managing Agent, Or General Agent
**Wholesale Equipment of Fresno, Inc. dba
Wholesale Equipment**
3183 South Golden State Blvd.
Fresno, CA 93725

Elizabeth Groncki, Esq.
Howard, Hardyman & Worden, LLP
124 North Water Street, Suite 100
Rockford, IL 61110
(Counsel for **WIJT Technology, Inc.**)

T. A. Groover, President
**Wiley & Wilson, Inc. dba Wiley & Wilson**
127 Nationwide Drive
Lynchburg, VA 24502

Officer, Managing Agent, Or General Agent
**Wilderness Transport**
16246 162nd Avenue
Monticello, IA 52310-8009

Brian Jackiw, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Ste 3000
Chicago, IL 60606
(Counsel for **Windy Hill Foliage, Inc.**)

Gregory Hauswirth
Thorp Reed & Armstrong, LLP
One Oxford Centre, 301 Grant Street, 14th Fl.
Pittsburgh, PA 15219
(Counsel for **Wise Staffing Services, Inc.**)

William Hinchman, Esq.
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
(Local Counsel for **Wood Personnel Services
dba WPS**)

L. Gino Marchetti, Jr., Esq.
Taylor, Pigue, Marchetti & Mink, PLLC
2908 Posten Avenue
Nashville, TN 37203
(Counsel for **Wood Personnel Services dba
WPS**)

Fred Stevens, Esq.
Fox Rothschild LLP
100 Park Avenue, Ste. 1500
New York, NY 10017
(Local Counsel for **Mail Tech, LTD dba
World Marketing, Inc. dba World
Marketing Atlanta dba World Marketing
Chicago**)

Mark McCreary, Esq.
Fox Rothschild LLP
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103
(Counsel for **Mail Tech, LTD dba World
Marketing, Inc. dba World Marketing
Atlanta dba World Marketing Chicago**)

Officer, Managing Agent, Or General Agent
**World Wide Mailers Ltd.**
2744 Edna Street
Windsor, ON N8Y 1V2

Fred Stevens, Esq.
Fox Rothschild LLP
100 Park Avenue, Ste. 1500
New York, NY 10017
(Local Counsel for **World Marketing, Inc.
dba World Marketing Chicago and Mail
Tech, Ltd. dba World Marketing Chicago**)

Mark McCreary, Esq.
Fox Rothschild LLP
2000 Market Street, Twentieth Floor
Philadelphia, PA 19103
(Counsel for **World Marketing, Inc. dba**
**World Marketing Chicago and Mail Tech,**
**Ltd. dba World Marketing Chicago)**

Cheryl Humes, Esq.
Carpenter & Carpenter
101 North 11th Street
Sunbury, PA 17801
(Counsel for **Workforce Resources, Inc.)**

Steve E. Berner, RegAgt/Principal
**Worksource dba Worksource, Inc.**
162 Meadow Lane
Springfield, OH 45505

David Catuogno, Esq.
Forman Holt Eliades & Ravin LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652
(Counsel for **Wyndham Worldwide**
**Corporation dba Wyndham Hotel Group**
**and WWC Supplier Services Inc.)**

Roland Gary Jones, Esq.
Jones & Associates
1230 6th Avenue, 7th Floor
New York, NY 10020
(Counsel for **U.S. Xpress, Inc. dba Xpress**
**Direct)**

Wayne Chew, Esq.
Attorney at Law
20 First Plaza NW, Suite 517
Albuquerque, NM 87102
(Counsel for **Xynatech, Inc.)**

Barry Paul, RegAgt/Director
**Yale Trucks Kentuckiana, Inc. dba Yale**
**Kentuckiana Inc.**
4092 McCollum Court
Louisville, KY 40218

Glen Schermerhorn, Principal
**Yankee Courier Services, LLC**
5 Craftsman Road
East Windsor, CT 06088

Michelle Ardito, RegAgt/Principal
**Yankee Pallet Products, Inc.**
54 Kenwood Lane
Branford, CT 06405

James Molleur, Esq.
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005
(Counsel for **Yarmouth Lumber, Inc.)**

Douglas Neibauer
Strauss Neibauer
620 12th Street
Modesto, CA 95354
(Counsel for **Yard Masters, Inc.)**

Wendy Marcari, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
(Local Counsel for **YRC Inc. fka Yellow**
**Transportation Inc.)**

John Kostelnik, Esq.
Frantz Ward, LLP
2500 Key Center, 127 Public Square
Cleveland, OH 44114
(Counsel for **YRC Inc. fka Yellow**
**Transportation Inc.)**

Joseph Grima, Esq.
Joseph L. Grima & Assoc., P.C.
18232 Mack Avenue
Grosse Pointe, MI 48236
(Counsel for **Yes Express, Inc.)**

Lawrence Evans, Esq.
Grenley, Rotenberg, Evans, Bragg & Bodie,
P.C.
1211 SW 5th Avenue, Suite 1100
Portland, OR 97204
(Counsel for **YLR Express LLC**)

George W. Smith, RegAgt/Principal
**York Freight, Inc.**
1957 Highway 324
York, SC 29745-8581

William Bennett, III, Esq.
Bennett, Giuliano, McDonnell & Perrone,
LLP
494 Eighth Ave., 7th Floor
New York, NY 10001
(Counsel for **Yusen Air & Sea Service
(U.S.A.) Incorporated**)

Whitman Brisky, Esq.
Mauck & Baker, LLC
One North LaSalle St., Suite 600
Chicago, IL 60602
(Counsel for **Schneider Graphics, Inc. dba
Zappen Press, Inc.**)

Harry Maziar, President
**Zep Manufacturing Companym**
NW 1310 Seaboard Industrial Boulevard
Atlanta, GA 30318

Shelia Zilly, Officer
**Zilly Transportation Services LLC aka
Zilly Transportation**
1234 Bridgestone Blvd.
La Vergne, TN 37086